Form defntc (Rev. 4/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks Jr.  
    SSN/ITIN: xxx–xx–0775  
     Debtor

Bankruptcy Case No.: 16–40025

Chapter: 7

**CLERK'S DEFICIENCY NOTICE**

    NOTICE IS GIVEN THAT you have failed to file and/or have not properly filed the following document(s) required by the court:

    Credit Counseling Certificate due 02/05/2016  
    Schedule D due 02/05/2016

    Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. All documents or amendments must be executed and acknowledged by the debtor and attorney of record. Failure to file all required documents, complete with signatures and/or declarations, may result in your case being dismissed.

Dated: January 22, 2016

FOR THE COURT  
Traci E. Abrams, Clerk of Court  
110 E. Park Ave., Ste. 100  
Tallahassee, FL 32301

Service: by the Court to all Parties in Interest