UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In Re:                                                               Case No.
                                                                     Chapter
Julian Rodney Rooks Jr.,

                    Debtor(s)

**STATEMENT OF NO EMPLOYMENT INCOME**

*Check box if statement applies to debtor* [✓]   Debtor, Julian Rodney Rooks Jr., is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

[✓] Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

[ ] Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

*Check box if statement applies to joint-debtor* [ ]   Joint-debtor, _____, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

[ ] Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

[ ] Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 01/22/2016    Signature of Debtor: /s/ Julian Rodney Rooks Jr.

Date:               Signature of Joint-Debtor: /s/

By: /s/ _____
ATTORNEY SIGNATURE IF REPRESENTED BY COUNSEL

[Print Form]    [Reset Form]