B1040 (FORM 1040) (12/15)

| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |
|---|---|
| **PLAINTIFFS** Julian Rodney Rooks Jr., Barbara Rooks | **DEFENDANTS** see Complaint. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) *pro se* | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) ☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor ☐ Other ☐ Trustee | **PARTY** (Check One Box Only) ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor ☐ Other ☐ Trustee |

FILED 2016 JAN 22 P 4: 45 CLERK BANKRUPTCY COURT NORTHERN DISTRICT FL

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

(I) "SUBSTANTIAL MISREPRESENTATION" UNDER 34 C.F.R. § 668.71(a)(4)(c) (3 COUNTS) (II) FRAUDULENT CONCEALMENT (4 COUNTS) (III) FALSE STATEMENT (IV) FRAUDULENT INDUCEMENT (V) MISLEADING STATEMENT UNDER 34 C.F.R. §668.71(a)(4)(c) (VI) FRAUDULENT MISSREPRESENTATION (VII) USE OF A "PROHIBITED TRANSACTION" UNDER 34 C.F.R. § 682.212 (a)(1) and (2) AS A FRAUDULENT INDUCEMENT (VIII) "UNLAWFUL PAYMENT" UNDER 20 U.S.C. § 1097(c) (IX) LENDERS SUBJECT TO ALL CLAIMS UNDER 34 C.F.R. 682.209- REPAYMENT OF A LOAN(g)(1)(2)(3)(4) cascade (X) MAIL AND WIRE FRAUD UNDER 18 U.S.C. § 1341(- COUNTS) (XI) FORGERY UNDER 20 U.S.C. § 1097(a) (2 COUNTS more) (XII) FRAUD IN THE FACTUM (XIII) BREACH OF CONTRACT (2 COUNTS) (XIV) CRIMINAL CONSPIRACY BETWEEN SMU AND IT'S "SPECIAL COUNCIL" TO CONCEAL THE LOSS OF THE PLAINTIFF'S RECORDS (XV) CRIMINAL CONSPIRACY BETWEEN SMU'S VICE PRESIDENT AND SMU'S REGISTRAR TO CONCEAL THE LOSS OF THE PLAINTIFF'S RECORDS (XVI) CRIMINAL CONSPIRACY BETWEEN SMU AND IT'S CLINICAL COORDINATOR TO CONCEAL THE LOSS OF THE PLAINTIFFS RECORDS (XVII) "FALSE STATEMENTS RELATING TO HEALTH CARE MATTERS" UNDER 18 U.S.C. § 1035; "DEFINITIONS RELATING TO FEDERAL HEALTH CARE OFFENSES" UNDER 18 U.S.C. § 24 (2 COUNTS) (XVIII) CRIMINAL CONSPIRACY BETWEEN SMU AND IT'S ACCOUNTANT TO CONCEAL THE LOSS OF THE PLAINTIFFS RECORDS (XIX) SPECIAL PERMANENT DAMAGE GME (2 COUNTS) (XX) SPECIAL PERMANENT DAMAGE ECFMG (XXI) FAILURE OF SMU TO NOTIFY PLAINTIFFS AS CLAIMANTS UNDER F.S. 605.0714 (XXII) "DESTRUCTION, ALTERCATION OR FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATIONS AND BANKRUPTCY" UNDER SECTION 802 OF THE SARBANES-OXLEY ACT (5 COUNTS more, cascade) (XXIII)OBSTRUCTION OF JUSTICE UNDER THE SARBANES-OXLEY ACT (XXIV) RESTRUCTURING A CORPORATION FOR THE PURPOSE OF CONCEALING ASSETS BY FRAUDULENT TRANSFER UNDER 18 U.S.C. § 152(7)(8) (XXV) RESTRUCTURING A CORPORATION IN ANTICIPATION OF A CASE UNDER TITLE 11 (XXVI) FALSE STATEMENTS MADE TO A "STATE AGENCY" UNDER (Cali report) (XXVII) DEMANDS AGAINST THE UNITED STATES UNDER 18 U.S.C. § 1003 (need records for COUNTS) (XXVIII) UNLAWFUL GARNISHMENT MADE UNDER COLOR OF LAW (XXIX) DEFENDANTS FILED FALSE CLAIMS WITH THE UNITED STATES (2/4 COUNTS,each loan? Each note?) (XXX) FAILURE OF A STUDENT LENDER TO EXERCISE "DUE DILIGENCE" IN THE MAKING OF A STUDENT LOAN UNDER 34 C.F.R. § 682.206(b) (57 COUNTS (more)) (XXXI) FAILURE OF A STUDENT LOAN SERVICER TO EXERCISE "DUE DILEGENCE" IN THE SERVICING OF STUDENT LOANS UNDER 34 C.F.R § 682.208(a)(c)(1) (5 COUNTS)

(continued from page 1 of 3)

**(XXXII)** FAILURE OF A STUDENT LOAN SERVICER TO EXERCISE "DUE DILIGENCE" IN THE COLLECTING OF STUDENT LOANS UNDER 34 C.F.R. § 682.509(b) "SPECIAL CONDITIONS FOR FILING A CLAIM" (4 COUNTS (more))   **(XXXIII)** INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY A STUDENT LOAN SERVICER UNDER 18 U.S.C. § 876(d) "MAILING THREATENING COMMUNICATIONS"   **(XXXIV)** DISCHARGE OF EDUCATIONAL LOANS UNDER 26 USC 221(d)(1) and (2) and 11 USC 523(a)(8)(B)   **(XXXV)** DISCHARGE OF OTHER FEDERALLY INSURED EDUCATION LOANS UNDER 26 U.S.C. § 221(d)(1)(B)   **(XXXVI)** DISCHARGE OF FEDERALLY INSURED EDUCATION LOANS IN GENERAL UNDER 34 C.F.R. § 682.513(a)(1)(2)(3)(i) "FACTORS AFFECTING COVERAGE OF A LOAN UNDER THE LOAN GUARANTEE"   **(XXXVII)** VIOLATIONS OF THE PERMANENT ORDER OF THE COURT (cascade COUNTS)   **(XXXVIII)** FAILURE TO COMPLY WITH THE STATUTORY REQUIREMENTS OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)   **(XXXIX)** FAILURE TO COMPLY WITH THE STATUTORY REQUIREMENTS OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA) (- COUNTS cascade)   **(XL)** CONFLICT OF INTEREST   **(XLI)** AND FOR EQUITABLE, COMPENSATORY AND DECLARATORY RELIEF.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☒ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☒ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief - imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ *HOWEVER MUCH IS REASONABLE* |
| Other Relief Sought | *JURORS BELIEVE PLAINTIFFS ARE DUE* |

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||| 
|---|---|---|---|
| NAME OF DEBTOR | | BANKRUPTCY CASE NO. ||
| DISTRICT IN WHICH CASE IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| DATE 01/22/2016 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF) JULIAN RODNEY BOOKS JR. ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.