

RECEIVED AS PLAINTIFF / DEFENDANT / / JOINT //
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____ IN EVIDENCE
FOR ID. _____
DATE REC'D _____

NEGLIGENCE
B

SLM/LENDER FAILS DUE DILLEGENCE IN
MAKING LOANS

SLM/LENDER FAILS DUE DILLEGENCE IN
SERVICING LOANS

MEDICAL SCHOOL
LOANS DEFAULT

SLM/LENDER FAILS DUE DILLEGENCE IN
COLLECTING LOANS

TORT
B

SLM/LENDERS FILE
FALSE CLAIMS WITH
UNITED STATES

DAMAGES
UNLAWFUL GARNISHMENT
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
BK#1 (2008)
VIOLATIONS OF PERMANENT ORDER OF THE COURT
BK #2 (2015)
HARRASSMENT

SMU INITIAL FRAUD
CONTRACT

NEGLIGENCE
A

TORT
A

CONCEALMENT
OF LOSS  AND
CONCEALMENT OF
CAUSE OF ACTION

LOSS OF
RECORDS
(BREACH OF CONTRACT)

DAMAGES DUE TO
SPECIFIC ACTS
OF CONCEALMENT

DAMAGES
DENIED ECONOMIC
BENEFIT OF
MD DEGREE

"SPECIAL DAMAGES"
SCOPE OF LOSS/DAMAGE INCREASED WHEN SMU
DELETED ADDITIONAL RECORDS "SPECIAL DAMAGES"
TO CONCEAL WHEN SMU SENT RECORDS IN AN ATTEMPT
TO CONCEAL SMU's DUTY TO KEEP THE RECORDS.

SMU SENT FAKE RECORDS TO GME
TRAINING PROGRAM AT LEAST TWICE
TO CONCEAL THE LOSS

SMU SENT FALSE CERTIFICATIONS TO
THE ECFMG, THE MEDICAL BOARD
TESTING AUTHORITY TO CONCEAL
THE LOSS.

FRUSTRATION OF PLAINTIFF'S PURPOSE
OVER A GREAT DEAL OF TIME.

Coup de Gráce
These specific acts
ended my medical
career which took
years of work to
achieve.

Credentials

> The SMU Differen
> Admissions [+]
> Applications [+]
> Curriculum [+]
> Academic Suppor
> Faculty [+]
> Research [+]
> Financial [+]
> Bookstore
> FAQ [+]

Download Forms Library

The Government of Grand Cayman, British West Indies has fully chartered St Matthew's University. (click here to see document).

The accrediting body for St Matthew's University is the Accreditation Commission on Colleges of Medicine (ACCM). The United States Department of Education recognizes the ACCM as using accrediting standards similar to the accrediting body for medical schools in the United States. In 2007, the ACCM granted St. Matthew's University accreditation for six years, which is the longest accreditation period available under their protocol.

The World Health Organization lists St. Matthew's University in its most recent publication of the directory of medical schools.

The FAIMER International Medical Education Directory (IMED) of the Educational Commission for Foreign Medical Graduates (ECFMG) lists St Matthew's University in its listing of approved medical schools (click here).

St. Matthew's University is a member of the International Association of Medical Science Educators (IAMSE).

Approved by the State of New York for all clinical rotations, residencies and licensing. Please visit the New York State Education Department Office of Profession's website at http://www.op.nysed.gov/medforms.htm to view the listing of approved schools.

**A** ➤ Licensed by the Commission for Independent Education, Florida Department of Education.

Additional information regarding this institution may be obtained by contacting:

Florida Department of Education
Commission for Independent Education
325 West Gaines Street
Tallahassee, FL 32399-0400
(888) 224-6684 (toll free)
www.fldoe.org/cie

**B** ➤  **St. Matthew's University is one of only a small number of non-U.S. medical schools to be approved in both New York and Florida.**

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 2
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

## 2015 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F05000004855

Entity Name: ST. MATTHEW'S UNIVERSITY, INC.

**FILED**
**Feb 16, 2015**
**Secretary of State**
**CC5963334834**

**Current Principal Place of Business:**

12124 HIGH TECH AVE.
SUITE 350
ORLANDO, FL 32817

**A**

**Current Mailing Address:**

12124 HIGH TECH AVE.
SUITE 350
ORLANDO, FL 32817

FEI Number: 20-3322769                                    Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

MOYA, TERRY J
12124 HIGH TECH AVE
SUITE 350
ORLANDO, FL 32817 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | CHAN |
| Name | RODGER, STEVEN C   **B** | | Name | MARVIN, JOHN D |
| Address | 623 LAKE AVENUE | | Address | 2847 HAZEL GROVE LANE |
| City-State-Zip: | GREENWICH CT 06830 | | City-State-Zip: | OVIEDO FL 32766 |

| | |
|---|---|
| Title | CFO |
| Name | MOYA, TERRY |
| Address | 12124 HIGH TECH AVE. SUITE 350 |
| City-State-Zip: | ORLANDO FL 32817 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TERRY J MOYA                                    CFO                        02/16/2015

Electronic Signature of Signing Officer/Director Detail                                    Date

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _3_
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

DOCUMENT# F04000001347

**Entity Name:** ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., CORP.

**Current Principal Place of Business:**

REGATTA OFFICE PARK, LEEWARD 3
GRAND CAYMAN, CI

**A**

**Current Mailing Address:**

12124 HIGH TECH AVE.
SUITE 350
ORLANDO, FL 32817

**FEI Number:** 98-0367165                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MOYA, TERRY J
12124 HIGH TECH AVE
SUITE 350
ORLANDO, FL 32817 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

**SIGNATURE:** _____    Date _____

Electronic Signature of Registered Agent

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | CHAN | | Title | CFO |
| Name | MARVIN, JOHN D | | Name | MOYA, TERRY |
| Address | 2847 HAZEL GROVE LANE | | Address | 12124 HIGH TECH AVE. |
| City-State-Zip: | OVIEDO FL 32766 | **B** | City-State-Zip: | ORLANDO FL 32817 |

| | |
|---|---|
| Title | P |
| Name | RODGER, STEVEN |
| Address | 41 WEST PUTNAM AVE |
| City-State-Zip: | GREENWICH CT 06830 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

**SIGNATURE:** TERRY J MOYA                    CFO                    02/16/2015

Electronic Signature of Signing Officer/Director Detail                    Date

RECEIVED AS | PLAINTIFF | / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 4
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

Florida Department of
**Business**
**Professional**
Regulation

DBPR  ONLINE SERVICES

Log On

Search for a Licensee
Apply for a License
View Application Status
Find Exam Information
File a Complaint
AB&T Delinquent
 Invoice & Activity
List Search

**Licensee Details**

**Licensee Information**

Name:                 BEDARD KUROWICKI & CO CPA'S PC (Primary Name)
                      ST. MATTHEWS UNIVERSITY (DBA Name)

Main Address:         114 BROAD STREET
                      FLEMINGTON  New Jersey  08822

County:               OUT OF STATE

License Mailing:

LicenseLocation:      12124 HIGH TECH AVENUE SUITE 356
                      ORLANDO  FL  32817

County:               ORANGE

**License Information**

License Type:         FIRM
Rank:                 CPA Firms
License Number:       AD67120
Status:               Temporary Certificate
Licensure Date:       05/17/2011
Expires:              09/13/2011

Special Qualifications          Qualification Effective

View Related License Information
View License Complaint

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 5
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

---

THE STATE OF NEW JERSEY
DEPARTMENT OF LAW & PUBLIC SAFETY          NJHome | Services A to Z
DIVISION OF CONSUMER AFFAIRS


OAG Contact    DIVISION OF CONSUMER AFFAIRS

**License Information**

**Accurate as of May 23, 2014 2:45 PM**

Return to Search Results

**Name:** Bedard Kurowicki & Co CPAs PC

**Address:** Flemington,NJ

**Profession/License Type:** Accountancy,Firm Registration

**License No:** 20CB00328800

**License Status:** Active

**Status Change Reason:**

**Issue Date:** 1/2/1997

**Expiration Date:** 6/30/2015

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 6
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



# Virginia State Bar
*An agency of the Supreme Court of Virginia*

Aț

**Home**

**Professional Regulation**

**Member Resources**

**Public Resources**

**Pro Bono / Access to Legal Services**

**Conferences**

**Sections**

**News and Information**

## Virginia Lawyer Directory

| Roger Crawford Courtney |
|---|
| |
| Global Health & Education | Law + Policy, LLC |
| Suite 204 |
| 440 Belmont Bay Drive |
| Woodbridge, VA 22191-5451 |
| Phone: 703-764-3777, F: 703-649-3529 |
| |
| Member class:          Active ( More Info... ) |

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO. _____ 7 _____ |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |



Commonwealth of Virginia
State Corporation Commission

SCC
Clerk's
Information
System

CISM0180          CORPORATE DATA INQUIRY

05/29/14
19:09:14

**Help**

**Print**

**Signoff**

CORP ID:  0509220 - 0   STATUS: 10   TERM(AUTO AR/S)   STATUS DATE: 01/31/12

CORP NAME:  GLOBAL EDUCATION RESOURCES, LTD.

DATE OF CERTIFICATE:     09/23/1998  PERIOD OF DURATION:              INDUSTRY CODE:  00
STATE OF INCORPORATION:    VA VIRGINIA          STOCK INDICATOR:   S STOCK
MERGER IND:                          CONVERSION/DOMESTICATION IND:
GOOD STANDING IND:   N TERM(AUTO AR    MONITOR INDICATOR:
CHARTER FEE:   50.00      MON NO:              MON STATUS:   MONITOR DTE:
      R/A NAME:   ROGER C COURTNEY

SCC eFile!
Visit SCCeFile!

      STREET:   6108 WINNEPEG DR                          AR RTN MAIL:

      CITY:   BURKE                   STATE :  VA  ZIP:  22015
   R/A STATUS:   4  ATTORNEY          EFF. DATE:   09/23/98  LOC : 129
   ACCEPTED AR#:  210 27 0682   DATE: 09/29/10                 FAIRFAX COUNTY
   CURRENT AR#:  210 27 0682   DATE: 09/29/10  STATUS:  A   ASSESSMENT INDICATOR:   0
   YEAR     FEES     PENALTY     INTEREST     TAXES     BALANCE      TOTAL SHARES
    11     100.00     10.00                           110.00          5,000



Commonwealth of Virginia
State Corporation Commission

SCC
Clerk's
nformation
System

CISM1001   OFFICERS/DIRECTORS AND PRINCIPAL OFFICE

05/29/14
18:54:10

**Help**

**Print**

**Signoff**

CORPORATE ID:  0509220        CURRENT AR# 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 DATE 09/29/10

   CORP NAME:  GLOBAL EDUCATION RESOURCES, LTD.

      STREET:  6108 WINNEPEG DR

      CITY:  BURKE                STATE: VA  ZIP:  22015

S  C                                           DIR REQUIRED: Y
E  A              OFFICERS/DIRECTORS DISPLAY FOR AR# 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
L  T                    NAME                        TITLE          SIGN
   B   ROGER C COURTNEY                        PRES/CEO
   B   DONNA W COURTNEY                        VICE PRESIDENT

SCC eFile!
/isit SCCeFile!

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 8
CASE NO._____
ADVERSARY NO._____
FOR ID._____ IN EVIDENCE_____
DATE REC'D

**Commonwealth of Virginia**
**State Corporation Commission**

SCC
Clerk's
Information
System

Help

Print

Signoff

CISM8005          NAME SEARCH ALL ENTITIES                    12/07/15
                      (EXCLUDING GP)                          23:26:57
                                                              PAGE:    1
SEARCH NAME:  GLOBALHEALTHCARECONSTRUCTIONCORPORATION
GO TO PAGE:                                                   DIRECTION:  F
ENTITY-ID                ENTITY NAME                          STATUS/DATE
 1: F145092-5 □ GLOBAL HEALTH AND EDUCATION FOUNDATION        ACTIVE
                                                              02/26/93
 2: 0795583-4 □ GLOBAL HEALTH AND EDUCATION, INC             ACTIVE
                                                              09/06/15
 3: S416942-3 □ GLOBAL HEALTH AND EDUCATION - LAW AND POLICY, LLC  ACTIVE
                                                              10/17/13
 4: 0602181-0 □ GLOBAL HEALTH AND SOCIAL DEVELOPMENT NETWORK, INC.  PURGED
                                                              09/30/12
 5: 0771138-3 □ GLOBAL HEALTH AWARDS INC.                    ACTIVE
                                                              11/06/13
 6: 0554478-8 □ GLOBAL HEALTH & BUSINESS NETWORK, INC.
 7: 0726915-2 □ GLOBAL HEALTHCARE CONSTRUCT

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 9 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

---

**Commonwealth of Virginia**
**State Corporation Commission**

SCC
Clerk's
Information
System

Help

Print

Signoff

LLCM6150          LLC AGENT INQUIRY                           12/07/15
                                                              23:27:41
LLC ID:   S416942 - 3    LLC STATUS:  00  ACTIVE
LLC NAME: Global Health and Education - Law and Policy, LLC

CURRENT REGISTERED AGENT:
  NAME:   ROGER C COURTNEY
  STREET: 6108 WINNIPEG DR

  CITY:  BURKE                        STATE:  VA  ZIP:  22015-0000
  STATUS:  4  MEMBER OF    EFF DATE: 07/31/12    LOC:  129  FAIRFAX COUNTY

OLD REGISTERED AGENT:
  NAME:
  STREET:

  CITY:                              STATE:      ZIP:
  STATUS:              EFF DATE        LOC:

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 10 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

Davenport has alliances with at least two other Caribbean schools besides MUA that don't have access to federal U.S. loans -- St. Matthew's University in the Cayman Islands and the **University of Medicine and Health Sciences**, or UMHS, on St. Kitts, according to the schools' websites.

 MUA and St. Matthew's are owned by private equity firm **Equinox Capital**, through its R3 Education Inc. Steven Rodger, founder and managing partner of Greenwich, Connecticut-based Equinox, declined to discuss the schools. Equinox also owns Saba.

Davenport started the agreements with the medical schools in 2005, the university said in an e-mailed statement.

"Information pertaining to those students who choose to obtain loans related to their DU education is a personal matter and it is not appropriate for us to comment," according to the statement.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 11 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



HOME

MISSION

HOW WE WORK

SELECT TRANSACTIONS

INVESTMENT TEAM

CONTACT

*Focusing on the needs of mid-market companies with unrealized potential*

Equinox Capital, founded in 1996, specializes in equity and equity-related investments in mid-market companies with operating profitability and strong growth prospects, but where complex, underlying structural issues are preventing the realization of their full potential. We have worked with companies across a wide range of industries, with a concentration in the education, medical and technology sectors.

Equinox Capital is licensed as a Small Business Investment Company by the United States Small Business Administration.



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 12 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



HOME

MISSION

HOW WE WORK

SELECT TRANSACTIONS

INVESTMENT TEAM

CONTACT

### Saba University

Since its founding in 1993, more than 1,500 physicians have earned their M.D. at Saba University (www.saba.edu). Saba University School of Medicine has been accredited by the Accreditation Commission on Colleges of Medicine (ACCM) and its program has received approvals from licensing boards in New York, California and Florida. The campus is on Saba, which is located very near St. Maarten.



### Medical University of the Americas

Since its founding 1998, Medical University of the Americas (www.mua.edu) has awarded approximately 500 M.D.'s. The MUA program is accredited by the Accreditation Commission on Colleges of Medicine (ACCM) and its program has received approvals from the licensing board in New York. MUA is located on Nevis, near St. Kitts.



 ### St. Matthew's University

St. Matthew's University (www.stmatthews.edu) offers both a medical and a veterinary program. Since 1997, almost 1,500 students have obtained their M.D. and D.V.M. degrees from St. Matthews. The program is accredited by the Accreditation Commission on Colleges of Medicine (ACCM). St. Matthews is located in the Cayman Islands.



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 13
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

---

EQUINOX

HOME

MISSION

HOW WE WORK

SELECT TRANSACTIONS

INVESTMENT TEAM

CONTACT

### Steven C. Rodger

Founder

Steven C. Rodger is the founder and Managing Partner of Equinox Capital and is responsible for the firm's investment activities, resource allocation, portfolio oversight and administration. Mr. Rodger has over 21 years of private equity investment experience and has been responsible for numerous acquisitions and dispositions. Prior to founding Equinox, Mr. Rodger was a Principal of Bessemer Securities Corporation, a leading private equity firm. Prior to Bessemer, Mr. Rodger worked in the Mergers and Acquisitions department of Bear, Stearns & Co. Inc. and the investment banking department of Donaldson, Lufkin & Jenrette Securities Corporation. Mr. Rodger holds a B.A. from the University of Virginia and an M.B.A. from Harvard Business School.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 14
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

## 2015  FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F13000001781

**Entity Name: R3 EDUCATION INC.** ◄—— **A**

**Current Principal  Place of Business:**

27 JACKSON ROAD
SUITE 301
DEVENS, MA  01434

**Current Mailing Address:**

12124 HIGH TECH AVE
SUITE 350
ORLANDO, FL  32817  US

**FEI Number:** 20-8617566          **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MOYA, TERRY J  CFO
12124 HIGH TECH AVE
SUITE 350
ORLANDO, FL  32817  US

**FILED**
**Feb 12, 2015**
**Secretary of State**
**CC6057551824**

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  TERRY MOYA                                    02/12/2015

<u>Electronic Signature of Registered Agent</u>                              Date

**Officer/Director Detail :**

| | | | | | |
|---|---|---|---|---|---|
| Title | PD  ◄—— **B** | | Title | D  ◄—— **C** | |
| Name | RODGER, STEVEN C | | Name | DANIELS, C. BRYAN | |
| Address | 41 WEST PUTNAM AVENUE | | Address | 191 NORTH WACKER DRIVE #800 | |
| City-State-Zip: | GREENWICH CT  06830 | | City-State-Zip: | CHICAGO IL  60606 | |
| Title | SD | | Title | D | |
| Name | DONNELLEN, PATRICK J | | Name | CZUBA, GREGORY S | |
| Address | 41 WEST PUTNAM AVENUE | | Address | 27 JACKSON ROAD #301 | |
| City-State-Zip: | GREENWICH CT  06830 | | City-State-Zip: | DEVENS  MA  01434 | |
| Title | D | | Title | D  ◄—— **D** | |
| Name | DONAHUE, DONALD J | | Name | KING, STEPHEN | |
| Address | 27 JACKSON ROAD #301 | | Address | 191 NORTH WACKER DRIVE #800 | |
| City-State-Zip: | DEVENS  MA  01434 | | City-State-Zip: | CHICAGO IL  60606 | |
| Title | CFO | | Title | DIRECTOR | |
| Name | MOYA, TERRY J CFO | | Name | GOLDSTEIN, MITCHELL | |
| Address | 27 JACKSON ROAD SUITE 301 | | Address | 27 JACKSON ROAD SUITE 300 | |
| City-State-Zip: | DEVENS  MA  01434 | | City-State-Zip: | DEVENS  MA  01434 | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TERRY J. MOYA                    CFO                    02/12/2015

<u>Electronic Signature of Signing Officer/Director Detail</u>                              Date

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. __15__
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____  IN EVIDENCE _____
DATE REC'D _____

## William Francis Galvin
### Secretary of the Commonwealth of Massachusetts

HOME   DIRECTIONS   CONTACT US

# Corporations Division

## Business Entity Summary

**ID Number: 208617566**

**Summary for: R3 EDUCATION INC.**

| The exact name of the Foreign Corporation: R3 EDUCATION INC. |
|---|

The name was changed from: EIC HOLDING, INC. on 04-22-2008
The name was changed from: EIC ACQUISITION CORPORATION on 01-28-2008

**Entity type:** Foreign Corporation

**Identification Number:** 208617566

**Date of Registration in Massachusetts:** 03-14-2007

**Last date certain:**

**A** ► Organized under the laws of: State: DE Country: USA on: 01-16-2007

**Current Fiscal Month/Day:** 04/30   **Previous Fiscal Month/Day:** 12/31

The location of the Principal Office:

**E** ► Address: 27 JACKSON ROAD SUITE =300
City or town, State, Zip code, Country: DEVENS, MA 01434 USA

The location of the Massachusetts office, if any:

Address:
City or town, State, Zip code, Country:

The name and address of the Registered Agent:

Name: CORPORATION SERVICE COMPANY
Address: 84 STATE ST.
City or town, State, Zip code, Country: BOSTON, MA 02110 USA

The Officers and Directors of the Corporation:

| Title | Individual Name | Address |
|---|---|---|
| SECRETARY | PATRICK J DONNELLAN | 27 JACKSON RD DEVENS, MA 01434 USA |
| CEO | STEVEN C. RODGER | 27 JACKSON ROAD DEVENS, MA 01434 USA |
| CFO | TERRY J MOYA | 27 JACKSON ROAD DEVENS, MA 01434 USA |
| DIRECTOR | STEPHEN KING | 27 JACKSON RD DEVENS, MA 01434 USA |
| DIRECTOR | PATRICK J DONNELLAN | 27 JACKSON RD DEVENS, MA 01434 USA |
| DIRECTOR | GREGORY S CZUBA | 27 JACKSON RD DEVENS, MA 01434 USA |
| DIRECTOR | MITCHELL GOLDSTEIN | 27 JACKSON RD DEVENS, MA 01434 USA |
| DIRECTOR | C. BRYAN DANIELS | 27 JACKSON RD DEVENS, MA 01434 USA |
| DIRECTOR | DONALD DONAHUE | 27 JACKSON RD DEVENS, MA 01434 USA |
| DIRECTOR | STEVEN C. RODGER | 27 JACKSON ROAD DEVENS, MA 01434 USA |

**B** (SECRETARY)
**E** (DIRECTOR STEPHEN KING)
**D** (DIRECTOR MITCHELL GOLDSTEIN)
**C** (DIRECTOR STEVEN C. RODGER)

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. 16
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

**A**     **B**



**C**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 17-1 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

| | |
|---|---|
| SITE NUMBER | 1 |
| LEGAL NAME | DANIELS AND KING MANAGEMENT LP |
| DOING BUSINESS AS NAME | PRAIRIE CAPITAL |
| ADDRESS | 191 N WACKER DR 8TH 800 |
| CITY | CHICAGO |
| STATE | IL |
| ZIP CODE | 60606 |
| WARD | 42 |

| | |
|---|---|
| PAYMENT DATE | 08/03/2012 |
| CONDITIONAL APPROVAL | N |
| LICENSE TERM START DATE | 09/16/2012 |
| LICENSE TERM EXPIRATION DATE | 09/15/2014 |
| LICENSE APPROVED FOR ISSUANCE | 08/03/2012 |
| DATE ISSUED | 08/06/2012 |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 17-2 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

## Illinois Department of Financial & Professional Regulation

Manuel Flores, Acting Secretary

4/28/2014 Information found on:
Frank Olusegun Apantaku MD, Chicago, IL

| Profession | License No. | License Status | Original Issue Date | Current Exprtn | Ever Disciplined |
|---|---|---|---|---|---|
| Physician, Licensed | 036055818 | ACTIVE | 10/17/1977 | 07/31/2014 | |
| Physician Controlled Substance, Licensed | N/A | ACTIVE | 01/01/1997 | 07/31/2014 | N |
| Physician Controlled Substance, Licensed | N/A | ACTIVE | 10/19/2006 | 07/31/2014 | N |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 18 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D





**Portfolio Companies**
All
Current
Exited

**Sectors**
Business Services
Industrial Products
  and Services
Consumer Products
  and Services
Education
Financial Services
Healthcare

**Case Studies**
Navman Wireless
Plastimayd

**PDF Downloads**
Fund Deal Sheet
Company Fact Sheet

*Fund Investments*  Prairie Capital opened its doors in 1997 and invested its first fund in twenty-two companies. Over four subsequent funds, more than fifty additional platform companies have chosen Prairie as their private equity partner. We are currently investing out of the $300 million Prairie Capital V, bringing the experience of having invested in numerous industry sectors over a variety of business cycles.

*Prairie Capital Fund V*

| | | |
|---|---|---|
| Captek Softgel, Inc. | Industrial Water Treatment Solutions | Messenger, LLC |
| Northfield, LLC | Pyott-Boone Electronics, Inc. | Swiss-American Products, Inc. |
| TeacherMatch, LLC | | |

*Prairie Capital Fund IV*

| | | |
|---|---|---|
| Administar Services Group | Chicago Deferred Exchange | Cole Taylor Bank |
| FCA Packaging | Fortis Business Media | Insource Contract Services |
| Navman Wireless | Pioneer Metal Finishing | R3 Education |
| Specialized Education Services | Statlab Medical Products | Titanium Solutions |

R3 Education is a Massachusetts-based holding company that controls The Saba University School of Medicine ("Saba"), The Medical University of the Americas ("MUA") and St. Matthew University ("SMU"). Saba, MUA and SMU operate for-profit universities that award four-year graduate degrees in Doctors of Medicine. The universities operate ten-semester programs of instruction, offering three academic semesters per year and enrolling a new class of students in each academic semester. The first five semesters are taught on the schools' respective Caribbean campuses (Saba, Nevis and Grand Cayman) and are composed of basic sciences and pre-clinical courses. The remainder of the programs (in clinical rotations) are conducted primarily at U.S.-based teaching hospitals. Prairie Capital partnered with Equinox Capital to acquire the three universities. Contact Steve King or Bryan Daniels for more information.

**A**

**C**

*Prairie Capital Fund III*

| | | |
|---|---|---|
| Alden Industries | Buy-Rite | Creditors Interchange |
| Coffee Bean International | Colorbök | Double E |
| GPA | H3 Sportgear | M. Lee Smith |
| Mortgage Contracting Services | National Industrial Coatings | Plastimayd |
| ProVest | Regency Beauty Institute | S.R. Smith |
| St. Matthew's University | | |

**B**

*Prairie Capital Fund II*

| | | |
|---|---|---|
| American Changer | American Furniture Manufacturing | Benchmark Products |
| Color Associates | Cushcraft | E&B Giftware |
| Estes-Cox | Goldsmith | Hamilton Precision Metals |
| HealthScope Benefits | Innovative Concepts in Entertainment | Kifco |
| OpenFirst Holdings | Optronics | Perceptis |
| Remuda Ranch | Roman Decorating Products | Security Technologies |
| Stylecraft | Survey Sampling International | Texas DAR |

*Prairie Capital Mezzanine Fund*

| | | |
|---|---|---|
| Alaniz | American Staff Resources | Borgen Systems |
| Core Systems | DG Foods | First Texas |
| Fitness Products International | Furnace Parts | Healthkit |
| In The Swim | Krane Products | McKenzie Sports Products |
| Mechanical Products | Office Resources | ProSteel |
| Shan Industries | Stravina | Wisconsin Technicolor |
| [Confidential] | [Confidential] | [Confidential] |

©2012 Prairie Capital, L.P. All rights reserved.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO.
CASE NO.
ADVERSARY NO.
FOR ID._____ IN EVIDENCE
DATE REC'D

# Clinical Faculty and Preceptors

R. Abed, M.D., M.B., ChB, Mrcpsy
Psychiatry

Abi-Bol, M.D.
Obstetrics and Gynecology

Shahida Ahmad, M.D.
Neurology

Frank Apantaku, M.D.
General Surgery

Thirkra Basir, M.B., BhB, MRCP
Obstetrics and Gynecology

Ayaz Begg, M.D., MB, BS, Cairo,
MRCOG, MRCP, London
Psychiatry

Judy Benson, M.D.
Pediatrics

Morris Benson, M.D.
General Surgery

Abraham Botha, MB, BCh, FRCS
General Surgery

Michael J. Carmardi, M.D.
Ambulatory Care and Internal Medicine

Kenney Cathcart, M.D., D.O.
Endocrinology and Internal Medicine

Charles Cavallo, M.D.
General Surgery

Timothy Crum, M.D.
Pediatrics

Robert Cryer, M.B., M.D., Bchir, MRCP
General Medicine and Endocrinology

Enrique De la Guardia, M.D.
Pediatrics

Clyde Dorril, M.D.
Obstetrics and Gynecology

J. Evans-Jones, M.D.
Pediatrics

Paul Farrands, M.D., FRCS, BM, BS,
Nottingham
Surgery

David Fregeua, M.D.
Pediatrics

Klaus Gottlieb, M.D.
Gastroenterology

Gary L. Gustafson D.O.
Family Practice

John Hartley, M.D.
General Medicine and Respiratory Medicine

Claudette Heylinger-Thomas, M.D.
Pediatrics

Keith Hine, M.D., M.B., C.H.b., Birm, MRCP
General Medicine and Endocrinology

Clarence Hixon, M.D.
Surgery

Tha-Hsiung Hsu, M.D., FACP,
Internal Medicine

Victor Jaffe, M.A., Cambridge, FRCS
General Surgery and Psychiatry

M. Lambertz, M.D., Aachen, FRCS
General Surgery

Susan M. MacDonald, M.D.
Clinical Immunology, Research Professor

Michael Marcos, M.B., BcCh,
Ain Shams, MRCOG
Obstetrics and Gynecology

A. May M.D.
Internal Medicine & Psychiatry

McHugh, M.D.
Obstetrics and Gynecology

Barry McKenzie Grey, MB, BS,
London, MRCOG
Obstetrics and Gynecology

James McKnight. M.D.
Psychiatry

P.F. Meade, LRCP, M.D., London
Family Practice

Warner Meadows, M.D.
General Surgery

Dan Phillips, M.D.
Obstetrics and Gynecology

Ian Pollock, M.D., M.B., Bch, London, MRCP
Pediatrics

Michael Roberts, M.B., CHB, MRCP
Psychiatry

James Rogan
Family Practice

Ian Runcie, M.D.
Radiology

Neal Sandson, M.D.
Psychiatry

Michael Saul Shapiro, M.D.
Psychiatry and General Surgery

Earnest Simmons, M.D.
Family Practice

Scott P. Simmons, M.D.
Family Practice

Haba Sonyika, M.D.
Obstetrics and Gynecology

William Thomas, M.D.
Pathology

Joseph L. Torres, M.D.
Family Practice

Travers, M.D., MRCP,
Psychiatry

George Tucker, M.D.
Obstetrics and Gynecology

Dennis Turner, M.D.
Surgery

Thomas Valdes, M.D.
Emergency Medicine

Peter I. Vilkins, M.D., D.O.
General Surgery

Kelvin White, M.D.
Family Practice

Milton White, M.D.
Internal Medicine

Pierre Willemse, M.D., DRS,
Groningen, MRCP
General Medicine

Wayne G. Williams, M.D.
Family Practice

t h i r t y - o n e

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____ 20 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



Florida Department of
Business &
Professional
Regulation



DBPR ONLINE S

Home

Log On

Search for a Licensee
Apply for a License
View Application Status
Find Exam Information
File a Complaint
AB&T Delinquent
Invoice & Activity
List Search

## Licensee Details

### Licensee Information

| | |
|---|---|
| Name: | BURKE, DARLENE KATHRYN (Primary Name) |
| | (DBA Name) |
| Main Address: | 239 WAVA AVE |
| | NICEVILLE Florida 32578 |
| County: | OKALOOSA |
| License Mailing: | |
| LicenseLocation: | 239 WAVA AVE |
| | NICEVILLE FL 32578 |
| County: | OKALOOSA |

### License Information

| | |
|---|---|
| License Type: | Certified Public Accountant |
| Rank: | CPA |
| License Number: | AC0029813 |
| Status: | Current,Active |
| Licensure Date: | 02/28/1997 |
| Expires: | 12/31/2014 |
| Special Qualifications | Qualification Effective |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



PTINdirectory
The National Directory of Registered Tax Return Preparers & Tax Professionals

Select

Review A Tax Preparer    Update Free Listing    Get A Featured Listing    PTIN Certificates    Membership

## Niceville FL Tax Preparer Darlene Burke, CPA

Niceville Tax Preparer Darlene Burke, CPA          (0 Client Reviews)        Write

For tax preparation in Niceville, Florida, you can count on Darlene Burke, CPA, at Darlene Burke CPA Pa. Darlene Burke, CPA assists taxpayers and small businesses with taxes in Niceville, Florida and the surrounding communities. Whether you are an individual or a local business in or around Niceville, Florida, Darlene Burke, CPA has years of valuable experience as an IRS registered tax preparer.

Contact Darlene Burke, CPA, tax filing specialist in Niceville, Florida, for help with your taxes.

Darlene Burke CPA Pa
1005 College Blvd W Ste A, Niceville, FL 32578
Phone: 850-578-2801

Looking for the best local tax preparers and accountants located in Niceville, Florida?
Darlene Burke, CPA is a local tax preparer and Shareholder at Darlene Burke CPA Pa located in Niceville, Florida. Darlene Burke, CPA and other tax preparers and accountants located in Niceville, Florida will help you with tax preparation, tax planning, bookkeeping, accounting services, estate and trust taxes, and so much more.

Are you Darlene Burke, CPA, a tax preparer from Niceville, Florida?
Click here to upgrade your listing to a Premium Featured Listing with client reviews and ratings.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



# Gary McCutcheon, Ed.D

Director of Training at DynCorp Intl

United Arab Emirates · Higher Education

### Join LinkedIn and access Gary McCutcheon, Ed.D's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you and Gary McCutcheon, Ed.D know in common
- Get introduced to Gary McCutcheon, Ed.D
- Contact Gary McCutcheon, Ed.D directly

View Gary's full profile

### Gary McCutcheon, Ed.D's Overview

| | |
|---|---|
| Current | Director of Training at DynCorp Intl |
| Past | Dean of Clinical Students at St. Matthew's University |
| | Assistant Principal at Hillsborough and Pinellas County Schools |
| | Teacher and Intl. Baccalaureate Coordinator at Battery Creek High School |
| | see all · |
| Education | Nova Southeastern University |
| | Virginia Tech |
| | Lenape High School |
| Connections | 77 connections |

### Gary McCutcheon, Ed.D's Experience

### Director of Training
**DynCorp Intl**

Privately Held; 10,001+ employees; DCP; Defense & Space Industry

February 2011 – Present (3 years 6 months)

My faculty and staff of about 53 multi-nationals deliver foundation through advanced maintenance training on the full inventory of UAE Ground Forces combat vehicles.



### Dean of Clinical Students
**St. Matthew's University**

Privately Held; 51-200 employees; Higher Education Industry

August 2005 – March 2010 (4 years 8 months)



It was my pleasure to lead and work with a select team that combined the clinical placement desires of our 3rd and 4th year medical students with the total inventory of rotations available. When the inventory was low we were creative and aggressively resourceful in finding new and challenging clinical rotation sites. hospitals.and cooperating physicians.

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT  / / |
|---|
| EXHIBIT NO. |
| CASE NO. |
| ADVERSARY NO. |
| FOR ID. _____  IN EVIDENCE _____ |
| DATE REC'D |

Chancellor
John Marvin, M.B.A.

Chief Academic Officer
John Randall, MDCM

Dean of Clinical Sciences
Gordon Kuttner, M.D., M.B.A., F.A.C.O.G., F.A.C.S.

Dean of Basic Sciences
Basu Amitabha, M.B.B.S., M.D.

Associate Dean of Student Affairs, Basic Sciences
Alice Anne Coleman Brunn, Ph.D.

Associate Dean of Clinical Students
Terrence Reid

Associate Dean of Clinical Sciences
Mark Doherty, Ph.D.

Chief Financial Officer
Terry Moya

Director of Admissions
Adriana Marin-Negron

Director of Information Technology
Tom Miller

Registrar
Gloria Miranda-Avila

Procedure and Finance

Printable Forms

Application Checklist

Apply Online

ury



## School of Medicine Faculty Spotlights

The distinguished faculty of St. Matthew's University is committed to providing students the best medical education focused on patient-centered care. In addition to their responsibilities as educators, the faculty of St. Matthew's Medical School provides support to students as mentors. This ensures that each student has a dedicated resource committed to their success in achieving their Medical Doctor diploma.

Associate Professor of Behavioral Science and Ethics and Student Counselor

AliceAnne Coleman Brunn, Ph.D.
School of Medicine

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



APPROVED
FILED

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

Note: Acknowledgements/certificates will be sent to the address in Section 1 only.

14 MAY 13 PH 2:22

G14000047066

**Section 1**

1. **Sallie Mae**
Fictitious Name to be Registered (see instructions if name includes "Corp" or "Inc")

2001 Edmund Halley Drive
Mailing Address of Business
Reston, VA 20191
City                State          Zip Code

3. Florida County of principal place of business: **Multiple**

(see instructions if more than one county)

FEI Number: _____

This space for office use only

**Section 2**

A. Owner(s) of Fictitious Name if Individual(s): (Use an attachment if necessary):

1. Last    First    M.I.       2. Last    First    M.I.
Address                          Address
City   State   Zip Code          City   State   Zip Code

B. Owner(s) of Fictitious Name if other than an individual: (Use attachment if necessary):

1. **Navient Solutions, Inc.**
Entity Name
2001 Edmund Halley Drive
Address
Reston, VA 20191
City   State   Zip Code

Florida Document Number **F97000002284**
FEI Number: **54-1843973**
☐ Applied for   ☐ Not Applicable

2. Entity Name
Address
City   State   Zip Code
Florida Document Number _____
FEI Number: _____
☐ Applied for   ☐ Not Applicable

**Section 3**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. In accordance with Section 865.09, F.S., I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided in s. 817.155, F.S.

Signature: _Eric Watson_   5-9-14
Signature of Owner    Date

info@scinfo.com
E-mail address (to be used for future renewal notification)

Phone Number: 703-810-3000

**Section 4**

FOR CANCELLATION COMPLETE SECTION 4 ONLY:
FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:

I (we) the undersigned, hereby cancel the fictitious name _____
_____, which was registered on _____ and was assigned
registration number _____

Signature of Owner   Date       Signature of Owner   Date

Mark the applicable boxes   ☐ Certificate of Status — $10   ☐ Certified Copy — $30
NON-REFUNDABLE PROCESSING

K. ASHTON

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. 24-1
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
BOARD OF MEDICINE

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,

       PETITIONER,

vs.                CASE NO.  92-15612

GALEN PAUL SWARTZENDRUBER, M.D.,

       RESPONDENT.



_____/

## ADMINISTRATIVE COMPLAINT

COMES NOW the Petitioner, Department of Business and
Professional Regulation, hereinafter referred to as "Petitioner,"
and files this Administrative Complaint before the Board of
Medicine against Galen Paul Swartzendruber, M.D., hereinafter
referred to as "Respondent," and alleges:

1.   Petitioner is the state agency charged with regulating
the practice of medicine pursuant to Section 20.165, Florida
Statutes; Chapter 455, Florida Statutes; and Chapter 458, Florida
Statutes.

2.   Respondent is and has been at all times material hereto
a licensed physician in the State of Florida, having been issued
license number ME 0036913. Respondent's last known address is 1880
Arlington Street, #109, Sarasota, Florida 34239-3577.

3.   Respondent is board certified in Obstetrics and
Gynecology.

4.   On or about June 1, 1990, Patient #1, an 41 year old
female, presented to Respondent complaining of chronic pelvic pain

1

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO. _____ 25 |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D _____ |

and persistent heavy and painful menstrual cycles. Examination revealed uterine fibroids and Patient #1 elected to undergo a total abdominal hysterectomy with bilateral salpingo-oophorectomy.

5.    Respondent ordered Patient #1 to undergo a pre-operative examination that included a chest X-ray.

6.    On or about June 11, 1990, Dr. Jack Sewell, a radiologist, read the chest X-ray of Patient #1 and noted a lesion just beneath the anterior aspect of the right first rib in the mid clavicular line. Dr. Sewell recommended a comparison with previous x-rays or repeat chest X-rays and a CT scan of the patient's thorax.

7.    Dr. Sewell prepared his interpretation of the X-ray and placed copies of the report in Respondent's mailbox at Sarasota Memorial Hospital and Patient #1's medical record.

8.    On or about June 14, 1990, Respondent performed the hysterectomy. Patient #1 underwent a successful post-operative recovery and was discharged on or about June 19, 1990.

9.    On or about November 21, 1991, Patient #1 presented to her physician, Dr. Catherine M. O'Connell, complaining that she was coughing up blood and had a hoarse voice. Dr. O'Connell ordered a chest X-ray which revealed a definite mass in the upper right lobe.

10.    On or about November 26, 1991, Patient #1 underwent a lung biopsy which revealed carcinoma of the right lobe of the lung. Patient #1 began to undergo chemotherapy, but the cancer metastasized to the brain and Patient #1 expired on or about June 23, 1992.

2

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 26
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

11.   Respondent practiced medicine below the acceptable level of care in that Respondent failed to seek or adequately assess the results of Patient #1's June 11, 1992 chest X-ray that was initially ordered by Respondent as a preoperative measure before he performed a hysterectomy on Patient #1. A reasonably prudent physician would have thoroughly reviewed the results of all preoperative tests that were ordered and informed the patient of any results that needed to be addressed further.

12.   Based on the preceding allegations, Respondent violated Section 458.331(1)(t), Florida Statutes, gross or repeated malpractice or the failure to practice with that level of care, skill, and treatment which is recognized by a reasonably prudent similar physician as being acceptable under similar conditions and circumstances.

WHEREFORE, the Petitioner respectfully requests the Board of Medicine enter an Order imposing one or more of the following penalties:  permanent revocation or suspension of the Respondent's license, restriction of the Respondent's practice, imposition of an administrative fine, issuance of a reprimand, placement of the Respondent on probation, and/or any other relief that the Board deems appropriate.

SIGNED this 20 day of _____ March _____, 1994.

George Stuart, Secretary

Larry G. McPherson, Jr.
Chief Medical Attorney

F I L E D
Department of Business and Professional Regulation
DEPUTY CLERK

CLERK _____
DATE 3/21/94

3

RECEIVED AS [PLAINTIFF] // DEFENDANT // JOINT //
EXHIBIT NO. _____ 27
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,

     Petitioner,

v.

                            BPR CASE NO. 92-15612

GALEN PAUL SWARTZENDRUBER, M.D.,

     Respondent.

_____/

## CONSENT AGREEMENT

GALEN PAUL SWARTZENDRUBER, M.D., referred to as the "Respondent," and the Department of Business and Professional Regulation, referred to as "Department," stipulate and agree to the following Agreement and to the entry of a Final Order of the Board of Medicine, referred to as "Board," incorporating the Stipulated Facts and Stipulated Disposition in this matter.

## STIPULATED FACTS

1.  At all times material hereto, Respondent was a licensed physician in the State of Florida having been issued license number ME 0036913.

2.  Respondent was charged by an Administrative Complaint filed by the Department and properly served upon Respondent with violations of Chapter 458, Florida Statutes, and the rules enacted pursuant thereto. A true and correct copy of the Administrative Complaint is attached hereto as Exhibit A.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 28
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

3.   Respondent neither admits nor denies the allegations of fact contained in the Administrative Complaint.

### STIPULATED CONCLUSIONS OF LAW

1 . Respondent admits that, in his capacity as a licensed physician, he is subject to the provisions of Chapters 455 and 458, Florida Statutes, and the jurisdiction of the Department and the Board.

2.   Respondent admits that the facts set forth in the Administrative Complaint, if proven, would constitute violations of Chapter 458, Florida Statutes, as alleged in the Administrative Complaint.

### STIPULATED DISPOSITION

1. FUTURE CONDUCT. Respondent shall not in the future violate Chapters 455, 458 and 893, Florida Statutes, or the rules promulgated pursuant thereto. Prior to signing this agreement, the Respondent has read Chapters 455, 458 and 893 and the Rules of the Board of Medicine, at Section 61F6-18, et. seq., Florida Administrative Code.

2. FINE. The Board shall impose an administrative fine in the amount of two thousand five hundred dollars ($2,500.00) against the Respondent. The fine shall be paid by the Respondent to the Board of Medicine within thirty (30) days of its imposition by Final Order of the Board.

3. LETTER OF CONCERN. The Respondent shall receive a Letter of Concern from the Board of Medicine.

2

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 29
CASE NO._____
ADVERSARY NO._____
FOR ID._____ IN EVIDENCE_____
DATE REC'D

4.  CONTINUING MEDICAL EDUCATION. Within one (1) year of the filing of the Final Order incorporating the terms of this Agreement, Respondent shall attend ten (10) hours of Category I Continuing Medical Education in Risk Management. Respondent shall submit a written plan to the Chairman of the Probationer's Committee for approval prior to the completion of said continuing education hours. The Board confers authority on the Chairman of the Probationer's Committee to approve or disapprove said continuing education hours. In addition, Respondent shall submit documentation in the form of certified copies of the receipts, vouchers, certificates, or other papers, such as physician's recognition awards, documenting completion of these medical education courses within one (1) year of the entry of the Final Order in this matter. All such documentation shall be sent to the Board of Medicine, regardless of whether some or any of such documentation was previously provided during the course of any audit or discussion with counsel for the Department. These hours shall be in addition to those hours required for renewal of licensure. Unless otherwise approved by the Board, said continuing medical education courses shall consist of a formal, live lecture format.

5.  QUALITY ASSURANCE CONSULTATION. An independent, certified risk manager will review Respondent's practice prior to the Board's consideration of this Agreement. Specifically, this independent consultant shall review all the procedures performed by Respondent and his office staff. This consultant will prepare a report

3

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 3 0
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

9.   Should this Agreement be rejected, no statement made in furtherance of this Agreement by the Respondent may be used as direct evidence against the Respondent in any proceeding; however, such statements may be used by the Petitioner for impeachment purposes.

10.   Respondent and the Department fully understand that this joint Agreement and subsequent Final Order incorporating same will in no way preclude additional proceedings by the Board and/or the Department against the Respondent for acts or omissions not specifically set forth in the Administrative Complaint attached as Exhibit A herein.

11.   Upon the Board's adoption of this Agreement, Respondent expressly waives all further procedural steps and expressly waives all rights to seek judicial review of or to otherwise challenge or contest the validity of the Agreement and the Final Order of the Board incorporating said Agreement.

12.   Upon the Board's adoption of this Agreement, the parties hereby agree that each party will bear his own attorney's fees and costs resulting from prosecution or defense of this matter. Respondent waives the right to seek any attorney's fees or costs from the Department in connection with this matter.

13.   This Agreement is executed by the Respondent for the purpose of avoiding further administrative action with respect to this cause. In this regard, Respondent authorizes the Board to review and examine all investigative file materials concerning Respondent prior to or in conjunction with consideration of the

5

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 3 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

Agreement.    Furthermore, should this joint Agreement not be accepted by the Board, it is agreed that presentation to and consideration of this Agreement and other documents and matters by the Board shall not unfairly or illegally prejudice the Board or any of its members from further participation, consideration or resolution of these proceedings.

14.    ADDRESSES.    Respondent must keep current residence and business addresses on file with the Board.    Respondent shall notify the Board within ten (10) days of any changes of said addresses.    Furthermore, Respondent shall notify the Board within ten (10) days in the event that Respondent leaves the active practice of medicine in Florida.

15.    COSTS.    Respondent shall pay all costs necessary to comply with the terms of this Consent Agreement.    Such costs include, but are not limited to, the costs of preparation of Investigative Reports detailing compliance with the terms of the Consent Agreement.

SIGNED this _15th_ day of _September_, 1994.

ALLEN PAUL SUARTZENTRUBER, M.D.

Before me, personally appeared _Allen P. Suartzentruber_ whose identity is known to me by _personally known_ (type of identification) and who, under oath, acknowledges that his/her signature appears above.

Sworn to and subscribed before me this _1st_ day of _September_, 1994.

NOTARY PUBLIC

My Commission Exp:

CC 177650

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO. _32_ |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |

APPROVED this ___ day of _____, 1994.

George Stuart
Secretary

By: Larry G. McPherson, Jr.
Chief Attorney
Medical Section

7

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 33
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

*ws/wg/w*

⑫

STATE OF FLORIDA
AGENCY FOR HEALTH CARE ADMINISTRATION
BOARD OF MEDICINE

AGENCY FOR HEALTH CARE
ADMINISTRATION, BOARD OF
MEDICINE,

    Petitioner,

v.

GALEN PAUL SWARTZENDRUBER, M.D.,

    Respondent.

_____/

AHCA NO. ____
FILED
Agency for Health Care Administration
AGENCY CLERK
By Brandon ____
Deputy Agency Clerk

CASE NUMBER:  93-15612
LICENSE NUMBER:  ME 0036913

## FINAL ORDER

THIS MATTER came before the Board of Medicine (Board) pursuant to Section 120.57(3), Florida Statutes, on September 30, 1994 in Coral Gables, Florida, for consideration of a Consent Agreement (attached hereto as Exhibit A) entered into between the parties in the above-styled case.   Upon consideration of the Consent Agreement, the documents submitted in support thereof, the arguments of the parties, and being otherwise advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that the Consent Agreement as submitted be and is hereby approved and adopted in toto and incorporated by reference herein.  Accordingly, the parties shall adhere to and abide by all of the terms and conditions of the Consent Agreement.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 34
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

This Final Order takes effect upon filing with the Clerk of the Agency.

DONE AND ORDERED this $\underline{30}$ day $\underline{\text{September}}$, 1994.

BOARD OF MEDICINE

EDWARD A. DAUER, M.D.
CHAIRMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by certified U.S. Mail to Galen Paul Swartzendrubar, M.D., 1850 Arlington Street, #109, Sarasota, Florida 34239-3577, Bruce D. Lamb, Esquire P.O. Box 2378, Tampa, Florida 33601, and by interoffice delivery to Larry G. McPherson, Jr., Chief Medical Attorney, Agency for Health Care Administration, Northwood Centre, 1940 North Monroe Street, Tallahassee, Florida 32399-0792, at or before 5:00 P.M., this _____ day of _____, 1994.

MARM M. HARRIS, Ed.D.
Executive Director

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 35
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Return to Detail Screen

**B** ➘

## Events

ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE LIMITED CORPORATION

**A** ➡

| Document Number | F97000004106 |
| Date Filed | 08/05/1997 |
| Effective Date | None |
| Status | Inactive |

**C**  ➚

| Event Type | Filed Date | Effective Date | Description |
|---|---|---|---|
| REVOKED FOR ANNUAL REPORT | 09/19/2003 | | |
| REINSTATEMENT | 12/10/2001 | | |
| REVOKED FOR ANNUAL REPORT | 09/22/2000 | | |

**D** ➡
**E**

Return to Detail Screen

```
RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 36 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____
```

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2001 | 12/10/2001 |
| 2002 | 03/11/2002 |

## Document Images

03/11/2002 -- ANNUAL REPORT    View image in PDF format
12/10/2001 -- REINSTATEMENT    View image in PDF format
05/08/1999 -- ANNUAL REPORT    View image in PDF format
05/07/1998 -- ANNUAL REPORT    View image in PDF format

➡

Previous On List     Next On List     Return to List

Events     No Name History

| Home | Contact Us | Document Searches | E-Filing Services | Forms | H |

Copyright © and Privacy Policies
State of Florida, Department of State

```
RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 37 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____
```

# Corporations Division - Registration Data Search

## ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE LIMITED

**B** →

Purchase Documents for this Corporation >

| | |
|---|---|
| UBI Number | 601819984 |
| Category | REG |
| Profit/Nonprofit | Profit |
| Active/Inactive | Inactive |
| State Of Incorporation | FL |
| WA Filing Date | 09/12/1997 |
| Expiration Date | 09/30/1998 |
| Inactive Date | 04/06/1998 |
| Duration | Perpetual |

**A** →

### Registered Agent Information

| | |
|---|---|
| Agent Name | RALPH BERG |
| Address | 12308 E BROADWAY |
| City | OPPORTUNITY |
| State | WA |
| ZIP | 99216 |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 36
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

PROFIT
CORPORATION
ANNUAL REPORT
1998

FLORIDA DEPARTMENT OF STATE
Sandra B. Mortham
Secretary of State
DIVISION OF CORPOR

**FILED**
May 07 1998 8:00am
Secretary of State

DOCUMENT # F97000004106
1. Corporation Name
St. Mathew School of Medicine IBC

Principal Place of Business        Mailing Address    Same
Doctors Medical Center
1005 w. College Blvd   Suite A
Niceville Fl 32578

DO NOT WRITE IN THIS SPACE

3. Date Incorporated or Qualified

| 2. Principal Place of Business | 2a. Mailing Address | 4. FEI Number | ☒ Applied For ☐ Not Applicable |
|---|---|---|---|
| 21 | 26 | 5. Certificate of Status Desired ☐ | $8.75 Additional Fee Required |
| Suite, Apt. #, etc. | Suite, Apt. #, etc. | 6. Election Campaign Financing Trust Fund Contribution ☐ | $5.00 May Be Added to Fees |
| 22 | 27 | | |
| City & State | City & State | 8. This corporation owes or has paid the current year intangible Personal Property Tax due June 30. ☒ Yes ☐ No | |
| 23 | 28 | | |
| Zip | Country | Zip | Country | 10. Name and Address of New Registered Agent |
| 24 | 29 | 29 | 30 | |

9. Name and Address of Current Registered Agent

Michael A. Harris M.D.
1005 w. College Blvd
Niceville Fl 32578

| 81 | Name |
| 82 | Street Address (P.O. Box Number is Not Acceptable) |
| 83 | |
| 84 | City    FL    85 Zip Code |

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE:
Signature, typed or printed name of registered agent and title if applicable (NOTE: Registered Agent signature required when reregistering)    DATE

| 12. OFFICERS AND DIRECTORS | | 13. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 |
|---|---|---|
| TITLE | Michael B. Harris | ☐ DELETE | 1.1 TITLE | ☐ Change ☐ Addition |
| NAME | 1005 w. College Blvd | | 1.2 NAME | |
| STREET ADDRESS | Niceville Fl 32578 | | 1.3 STREET ADDRESS | |
| CITY-ST-ZIP | | | 1.4 CITY-ST-ZIP | |
| TITLE | | ☐ DELETE | 2.1 TITLE | ☐ Change ☐ Addition |
| NAME | | | 2.2 NAME | |
| STREET ADDRESS | | | 2.3 STREET ADDRESS | |
| CITY-ST-ZIP | | | 2.4 CITY-ST-ZIP | |
| TITLE | | ☐ DELETE | 3.1 TITLE | ☐ Change ☐ Addition |
| NAME | | | 3.2 NAME | |
| STREET ADDRESS | | | 3.3 STREET ADDRESS | |
| CITY-ST-ZIP | | | 3.4 CITY-ST-ZIP | |
| TITLE | | ☐ DELETE | 4.1 TITLE | ☐ Change ☐ Addition |
| NAME | | | 4.2 NAME | |
| STREET ADDRESS | | | 4.3 STREET ADDRESS | |
| CITY-ST-ZIP | | | 4.4 CITY-ST-ZIP | |
| TITLE | | ☐ DELETE | 5.1 TITLE | ☐ Change ☐ Addition |
| NAME | | | 5.2 NAME | 80000252129S |
| STREET ADDRESS | | | 5.3 STREET ADDRESS | -05/13/98--01007--029 |
| CITY-ST-ZIP | | | 5.4 CITY-ST-ZIP | ***150.00 |
| TITLE | | ☐ DELETE | 6.1 TITLE | ☐ Change ☐ Addition |
| NAME | | | 6.2 NAME | |
| STREET ADDRESS | | | 6.3 STREET ADDRESS | |
| CITY-ST-ZIP | | | 6.4 CITY-ST-ZIP | |

14. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: Michael A. Harris M.D. 4/28/98
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR

RECEIVED AS ☒PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. 39
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

*Florida Department of* E D U C A T I O N

### St. Matthew's University School of Medicine (#2634)

12124 High Tech Avenue, Suite 350
Orlando, FL 32817
Map

**Contact:** John Marvin
**Phone:** (407) 488-1700
**Fax:** (407)488-1702
**Email:** jmarvin@stmatthews.edu
**Website:** www.stmatthews.edu

**A** → **License Status:** Annual Extension
**Licensed Since:** 1/1/1999  ← **C**

Accreditation

**Accredited By**                    **Level of Accreditation**

ACCM                                      Institutional

Note: Accreditation generally means that a college or school has been evaluated by a group of educators, and meets the accrediting agency's standards. This process is VOLUNTARY for the college; it is not "required". However, accreditation is required for financial aid eligibility, recognition of degrees or credits by employers or other colleges, universities, or schools, easy transfer of credits, acceptance into another school, and other education-related opportunities.
Be aware that some so-called "accrediting agencies" may not be recognized by the U.S. Department of Education, or may even be bogus! A current listing of recognized "accrediting agencies" may be found on the U.S. Department of Education's web site. Check with this office before you send money to any college, even if it claims to be accredited.

Programs Offered

**B** →

| Program Title | Credential | Clock Hours | Credit Hours | CIP Code |
|---|---|---|---|---|
| Clinical Clerkships | First-Professional | | | 511201 |

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____40_____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

Printer Friendly Version

**GALEN  PAUL  SWARTZENDRUBER**                      LICENSE NUMBER:  ME36913

NULL AND VOID
(more info, click here)

Profession:  **Medical Doctor**
Year Began Practicing:  **1/1/1983**
Expiration Date:  **1/31/2010**
Status:  **NULL AND VOID/**

The practitioner is not obligated to update their profile data.

| General Information | Education and Training | Academic Appointment | Specialty Certification | Financial Responsibility | Proceedings and Actions | Optional Information | License Verification |

**Criminal Offenses**

The criminal history information, if any exists, may be incomplete; federal criminal history information is not available to the public.  Information is verified by the Department at the time of initial licensure and renewal.

This practitioner has indicated the following criminal offenses:

| | |
|---|---|
| Description of Offense | DUI |
| Date | 1983-03-30 00:00:00.0000000 |
| State or Jurisdiction | JACKSONVILLE FL |
| Under Appeal | No |
| Status | Not Corroborated |
| Date Of Corroboration | |

**Medicaid Sanctions and Terminations**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 41
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

---

Printer Friendly Version

**GALEN  PAUL  SWARTZENDRUBER**                      LICENSE NUMBER:  ME36913

NULL AND VOID
(more info, click here)

Profession:  **Medical Doctor**
Year Began Practicing:  **1/1/1983**
Expiration Date:  **1/31/2010**
Status:  **NULL AND VOID/**

The practitioner is not obligated to update their profile data.

| General Information | Education Information | Academic Appointment | Specialty Certification | Financial Responsibility | Proceedings and Actions | Optional Information |

**Specialty Certification**

This practitioner holds the following certifications from specialty boards recognized by the Florida board which regulates the profession for which he/she is licensed:

| | |
|---|---|
| Specialty Board | AMERICAN BOARD OF OBSTETRICS & GYNECOLOG |
| Certification | OBG - OBSTETRICS AND GYNECOLOGY |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 42
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



# HEALTH

## Medical Quality Assurance (MQA) Services

Back to License Verification

Search Tips

### Practitioner Profile

Printer Friendly Version

**GALEN  PAUL  SWARTZENDRUBER**

LICENSE NUMBER: ME36913

NULL AND VOID
(more info, click here)

Profession: **Medical Doctor**
Year Began Practicing: **1/1/1983**
Expiration Date: **1/31/2010**
Status: **NULL AND VOID/**

The practitioner is not obligated to update their profile data.

**Primary Practice Address**

GALEN  PAUL  SWARTZENDRUBER
1971 WALDEMERE STREET STE 802
SARASOTA, FL 34239

**Medicaid**

The practitioner did not indicate if he/she participates in the Medicaid program.

**Staff Privileges**

This practitioner currently holds staff privileges at the following hospital/medical/health institutions:

| | |
|---|---|
| Institution Name | SARASOTA MEMORIAL HOSPITAL |
| City | SARASOTA |
| State | FLORIDA |
| Institution Name | COLUMBIA DOCTORS HOSPITAL OF SARASOTA |
| City | SARASOTA |
| State | FLORIDA |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 43
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



**MICHAEL  ALLEN  HARRIS**

LICENSE NUMBER: ME36668

NULL AND VOID
(more info, click here)

Profession: **Medical Doctor**
Year Began Practicing: **1/1/1983**
Expiration Date: **1/31/2009**
Status: **NULL AND VOID/**

The practitioner is not obligated to update their profile data.

Information in this profile has been verified by the practitioner.

**Primary Practice Address**

MICHAEL  ALLEN  HARRIS
1005 W COLLEGE BLVD
NICEVILLE, FL 32578-1032

**Medicaid**

The practitioner did not indicate if he/she participates in the Medicaid program.

**Staff Privileges**

This practitioner currently holds staff privileges at the following hospital/medical/health institutions:

| | |
|---|---|
| Institution Name | FORT WALTON BEACH MEDICAL CENTER |
| City | FORT WALTON |
| State | FLORIDA |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 44
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

MICHAEL ALLEN HARRIS                                     LICENSE NUMBER: ME36668

NULL AND VOID                                            Profession: Medical Doctor
(more info, click here)                                 Year Began Practicing: 1/1/1983
                                                         Expiration Date: 1/31/2009
The practitioner is not obligated to update their profile data.    Status: NULL AND VOID

| General Information | | | | | | | | |

Information in this profile has been verified by the practitioner.

**Primary Practice Address**

MICHAEL ALLEN HARRIS
1005 W COLLEGE BLVD
NICEVILLE, FL 32578-1032

**Medicaid**

The practitioner did not indicate if he/she participates in the Medicaid program.

**Staff Privileges**

This practitioner currently holds staff privileges at the following hospital/medical/health institutions:

Institution Name    FORT WALTON BEACH MEDICAL CENTER
City                FORT WALTON
State               FLORIDA

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 45
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

---

MICHAEL ALLEN HARRIS                                     LICENSE NUMBER: ME36668

NULL AND VOID                                            Profession: Medical Doctor
(more info, click here)                                 Year Began Practicing: 1/1/1983
                                                         Expiration Date: 1/31/2009
The practitioner is not obligated to update their profile data.    Status: NULL AND VOID

| General Information | | | Specialty Certification | | | |

Information in this profile has been verified by the practitioner.

**Specialty Certification**

This practitioner holds the following certifications from specialty boards recognized by the Florida board
which regulates the profession for which he/she is licensed:

Specialty Board     AMERICAN BOARD OF OBSTETRICS & GYNECOLOG
Certification       OBG - OBSTETRICS AND GYNECOLOGY

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 46
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

FILE NOW: FILING FEE AFTER MAY 1ST IS $550.00

| PROFIT CORPORATION ANNUAL REPORT 1999 | FLORIDA DEPARTMENT OF STATE<br>Katherine Harris<br>Secretary of State<br>DIVISION OF CORPORATIONS |
|---|---|

**FILED**
**May 08, 1999 8:00 am**
**Secretary of State**
05-08-1999 90004 017 ***150.00

DOCUMENT # F97000004106

1. Corporation Name
ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE LIMIT ED CORPORATION

| Principal Place of Business | Mailing Address |
|---|---|
| 1005 W. COLLEGE BLVD., STE. A<br>NICEVILLE FL 32578 | 1005 W. COLLEGE BLVD., STE. A<br>NICEVILLE FL 32578 |

3. Date Incorporated or Qualified
09/05/1997

DO NOT WRITE IN THIS SPACE

| 2. Principal Place of Business | | 2a. Mailing Address | |
|---|---|---|---|
| 21 | | 25 | |
| 22 Suite, Apt. S, etc. | | 27 Suite, Apt. S, etc. | |
| 23 City & State | | 28 City & State | |
| 24 Zip | 25 County | 29 Zip | 30 Country |

4. FEI Number     52-2052314     | Applied For | Not Applicable |
APPLIED FOR

5. Certificate of Status Desired ☐   $8.75 Additional Fee Required

6. Election Campaign Financing ☐   $5.00 May Be Added to Fees
   Trust Fund Contribution

8. This corporation owes the current year intangible Personal Property Tax.   ☒ Yes  ☐ No

9. Name and Address of Current Registered Agent

MICHAEL A HARRIS, M.D.
1005 W. COLLEGE BLVD., STE. A
NICEVILLE FL 32578

10. Name and Address of New Registered Agent

| 81 | Name |
|---|---|
| 82 | Street Address (P.O. Box Number is Not Acceptable) |
| 83 | |
| 84 | City   FL 85 Zip Code |

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE: _____
(Signature, typed or printed name of registered agent and title if applicable)   (NOTE: Registered Agent signature required when changing)   DATE:

| 12. OFFICERS AND DIRECTORS | | 13. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 | |
|---|---|---|---|
| TITLE CPT | ☐ DELETE | 1.1 TITLE D   ☐ Change ☒ Addition | |
| NAME HARRIS, MICHAEL A. M.D. | | 1.2 NAME Sersland, Jeffrey M.D. | |
| STREET ADDRESS 1005 W. COLLEGE BLVD., STE. A | | 1.3 STREET ADDRESS 1005 W College Blvd | |
| CITY-ST-ZIP NICEVILLE FL 32578 | | 1.4 CITY-ST-ZIP Niceville FL 32578 | |
| TITLE | ☐ DELETE | 2.1 TITLE D   ☐ Change ☒ Addition | |
| NAME | | 2.2 NAME Paz, Jr., Seferino | |
| STREET ADDRESS | | 2.3 STREET ADDRESS 1005 W Collge Blvd | |
| CITY-ST-ZIP | | 2.4 CITY-ST-ZIP Niceville FL 32578 | |
| TITLE | ☐ DELETE | 3.1 TITLE D   ☐ Change ☒ Addition | |
| NAME | | 3.2 NAME Thornton, Jerry Ph.D. | |
| STREET ADDRESS | | 3.3 STREET ADDRESS 1005 W College Blvd | |
| CITY-ST-ZIP | | 3.4 CITY-ST-ZIP Niceville FL 32578 | |
| TITLE | ☐ DELETE | 4.1 TITLE D   ☐ Change ☐ Addition | |
| NAME | | 4.2 NAME Swartzendruber, Galen M.D. | |
| STREET ADDRESS | | 4.3 STREET ADDRESS 1005 W College Blvd | |
| CITY-ST-ZIP | | 4.4 CITY-ST-ZIP Niceville FL 32578 | |
| TITLE | ☐ DELETE | 5.1 TITLE   ☐ Change ☐ Addition | |
| NAME | | 5.2 NAME | |
| STREET ADDRESS | | 5.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 5.4 CITY-ST-ZIP | |
| TITLE | ☐ DELETE | 6.1 TITLE   ☐ Change ☐ Addition | |
| NAME | | 6.2 NAME | |
| STREET ADDRESS | | 6.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 6.4 CITY-ST-ZIP | |

14. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on an attachment with all other like empowered.

SIGNATURE: _____   Michael A. Harris, M.D.   4/30/1999
(SIGNATURE AND TYPED/PRINTED NAME OF SIGNING OFFICER OR DIRECTOR)   (850) 678-1225

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO. 47 |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D _____ |

CR2E034 (11/98)

PLEASE READ ALL INSTRUCTIONS BEFORE COMPLETING THIS FORM.

**CORPORATION REINSTATEMENT**

FLORIDA DEPARTMENT OF STATE
Katherine Harris
Secretary of State
DIVISION OF CORPORATIONS

FILED

01 DEC 10 PM 1:57

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**DOCUMENT #** F97G00004106

**1.** Corporation Name

ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE LIMITED CORPORATION

900004739888--7
-12/26/01--01098--007
****908.75  ****908.75

**REINSTATEMENT**

| **2.** Principal Office Address | **3.** Mailing Office Address |
|---|---|
| 1005 W. College Boulevard | 1005 W. College Boulevard |
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| Suite A | Suite A |
| City & State | City & State |
| Niceville, Florida | Niceville, Florida |
| Zip 32578  Country USA | Zip 32578  Country USA |

**4.** Date incorporated or Qualified To Do Business in Florida  08/05/97

**5.** FEI Number  52-2052314   Applied For / Not Applicable

**6.** CERTIFICATE OF STATUS DESIRED

**7.** Name and Address of Current Registered Agent

Name  Michael A. Harris, M.D.
Street Address (P.O. Box Number is Not Acceptable)  1005 W. College Boulevard
Suite, Apt. # Etc.  Suite A
City  Niceville   State FL   Zip Code 32578

**8.** I, being appointed the registered agent of the above named corporation, am familiar with and accept the obligations of section 607.0505 or 617.0503, F.S.

Signature of Registered Agent _____, Michael A. Harris, M.D.   Date December 6, 2001
REGISTERED AGENT MUST SIGN

**9.** Names and Street Addresses of Each Officer and/or Director (Florida nonprofit corporations must list at least 3 directors)

| Titles | Name of Officers and/or Directors | Street Address of Each Officer and/or Director | City / State / Zip |
|---|---|---|---|
| C/D | Michael A Harris MD | 1005 College Blvd W, Suite A | Niceville, FL 32578 |
| D | Galen P Swartzendruber MD | 3430 Flamingo Road | Sarasota FL 34242 |
| D | V Harrison Courtenay | 37 Regents Street | Belize City Belize, CENTRAL AMERICA |
| D | Seferino Paz Jr | Post Office Box 91 | San Pedro Town, Ambergris Caye Belize, CENTRAL AMERICA |

**10.** I certify that I am an officer or director or the receiver or trustee empowered to execute this application as provided for in chapter 607 or 617, F.S. I further certify that when filing this reinstatement application, the reason for dissolution has been eliminated, the corporate name satisfies the requirements of section 607.0401 or 617.0401, F.S., that all fees owed by the corporation have been paid and the names of individuals listed on this form do not qualify for an exemption under section 119.07(3)(i), F.S. The information indicated on this application is true and accurate, and my signature shall have the same legal effect as if made under oath.

**SIGNATURE:** _____, Michael A. Harris, M.D.   12/06/2001   (850) 678-1225
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____ 48
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# 2002 UNIFORM BUSINESS REPORT (UBR)

DOCUMENT #   F97000004106

ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE LIMIT
ED CORPORATION

FILED
Mar 11, 2002 8:00 am
Secretary of State

1008 W. COLLEGE BLVD. STE. A
NICEVILLE FL 32578

1008 W. COLLEGE BLVD. STE. A
NICEVILLE FL 32578

| | | | | 4. | 52-2052314 | |
| --- | --- | --- | --- | --- | --- | --- |

3679

HARRIS, MICHAEL A M.D.   ← A
1008 W. COLLEGE BLVD. STE. A
NICEVILLE FL 32578

FI

FILE NOW!! FEE IS & $150.00
after May 1, 2002 fee will be $550.00
Make Check Payable to Department of State

$5.00 May file
Ambersts Fees

| CO | | | | | |
| --- | --- | --- | --- | --- | --- |
| HARRIS, MICHAEL A M.D.   ← B | | | | | |
| 1008 W. COLLEGE BLVD. STE. A | | | | | |
| NICEVILLE FL 32578 | | | | | |
| D | | | | | |
| SWARTZENDRUBER, GLEN F MD   ← C | | | | | |
| 3430 FLAMINGO ROAD | | | | | |
| SARASOTA FL 34242 | | | | | |
| C | | | | | |
| COURTENAY, J. HARRISON | | | | | |
| 50 REGENTS STREET | | | | | |
| BELIZE CITY, BELIZE CA | | | | | |
| D | | | X | | |
| FRY, STEPHEN J JR. | | | | | |
| P.O. BOX 37, SAN PEDRO TOWN AMBERGRIS CAYE | | | | | |
| BELIZE, CENTRAL AMERICA   ← D | | | | | |

SIGNATURE:        Chairman      2-26-02    (850) 678-1026

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____ 49
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D





AUC
catalog



Dr. Jerry Thornton

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 50
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 51
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE
DATE REC'D



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 52
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE
DATE REC'D



# St. Matthew's University
## School of Medicine
### Ambergris Caye, Belize

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 53 ___
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____