# Message from the Vice President and Director of Clinical Sciences

St. Matthew's School of Medicine is dedicated to providing you with the very best instruction in academic and clinical sciences.

St. Matthew's will provide U.S. clerkship rotations for all students who successfully complete the USMLE Part 1. I feel that the clinical experience may be the most enriching part of your medical studies. I look forward to working with you from your preclinical hospital experiences during your basic sciences, through your third year core rotation, and concluding with your fourth year senior Electives and Selectives. St. Matthew's is dedicated to ensuring that you are adequately prepared for all phases of clinical rotations. I know you will be impressed with the excellent preparation in basic sciences St. Matthew's offers. We anticipate 80% of our students will pass the USMLE Part 1 and be eligible for U.S. placement. We will offer clerkships in England for those who prefer. Clerkships are a rewarding experience and set the stage for the residency.

Your dream is at hand. St. Matthew's is pleased to have a part in helping you achieve your dream.

Sincerely,

*Jerry W. Thornton, Ph.D.*

Vice President
Director of Clinical Sciences



4

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 54
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

## Tuition and Fees

Tuition at St. Matthew's is $6,400 per semester. The class seat reservation fee will be deducted from tuition costs during the first semester. If the student fails to attend the first semester after acceptance to St. Matthew's, the class seat reservation fee may be extended to the next semester. After two following semesters, if the student does not attend, the fee will be forfeited.

## St. Matthew's University Refund Policy

A student officially withdrawing from the University is eligible for refund of tuition and fees* according to the following schedule:

1. Prior to first class day ............................................................................100%
2. During the first 5 class days ....................................................................80%
3. During the second 5 class days ..............................................................70%
4. During the third 5 class days ...................................................................50%
5. During the fourth 5 class days .................................................................25%
6. After the fourth 5 class days ...................................................................None

The University may modify the refund policy at any time without prior notice in order to comply with any accrediting requirements. A student will receive payment of any refund for tuition and fees within forty days after official withdrawal from the University. Questions regarding refunds should be directed to the University Registrar.

* The first semester seat deposit fee of $1,000 and the $75 application fee are excluded from this refund policy.



11

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 55
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# Guidelines for Student Performance and Conduct

## Introduction and statement of responsibilities

St. Matthew's University School of Medicine is a professional community of students and faculty who share responsibility for the achievement of a common goal: the training of competent physicians who shall exhibit and maintain high standards of professional and personal conduct. Achievement of this goal is a complex process, with many incremental steps through which the student must progress. The progress of students shall be monitored to ensure and facilitate each student's adherence to proper standards of academic performance, professional behavior, and academic honesty. This document describes the system employed by St. Matthew's University School of Medicine for considering matters of student progress and is used by the school to properly certify students for the M.D. degree.

It is the responsibility of each student to abide by the rules and regulations of St. Matthew's University School of Medicine and to meet the standards of academic performance, professional behavior, and academic honesty. At the same time, each student has the right to due process in matters related to his or her progress through the medical curriculum and with respect to grievances of an academic nature.

In granting each student the M.D. degree, the faculty of St. Matthew's University School of Medicine endorses each student as having acquired the knowledge and skills appropriate for entry into graduate medical training, and as having demonstrated appropriate professional and personal conduct. It, therefore, becomes the responsibility of the faculty to establish the standards of academic accomplishment and professional and personal conduct that students must attain to receive the M.D. degree. The faculty also has the responsibility of establishing the evaluative criteria consistent with the standards and goals of the school and of assisting each student in recognizing and correcting deficits before the M.D. degree can be granted.

## Standards of academic performance and conduct

Promotion from one curriculum unit to the next and graduation from the program with the granting of the M.D. degree are based on satisfactorily meeting the performance standards established by the faculty.

18

RECEIVED AS |PLAINTIFF| / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 56
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

A. Performance Standards

1. Students must register for each course at the prescribed time as outlined in the curriculum unless otherwise authorized in writing by the Dean of Academic Affairs.

2. Student performance is determined on the basis of achievement of each prescribed course or clinical clerkship objective. Students must achieve a passing level established by the faculty of each course or clinical clerkship rotation.

3. Student performance will be recorded as honors, satisfactory, or unsatisfactory. The faculty will evaluate and document each student's general performance including, but not limited to, cognitive knowledge, problem-solving, clinical competence, personal and professional maturity, interpersonal and communication skills, and manual and technical skills.

4. Successful passage of Parts 1 and 2 of the United States Medical Licensing Exam (USMLE) is a requirement for graduation and granting of the M.D. degree. Exceptions may be given to graduates who intend to practice in countries which do not require passage of the USMLE Parts 1 and 2.

B. Semester Completion and Promotion



1. Promotion from semester to semester requires satisfactory completion of all course objectives in the preceding curricular segment.

C. Consequences of Unsatisfactory Academic Performance

1. Remediation: There are two types of remedial experiences which can be prescribed. The type depends on the time and severity of student deficiencies.

   a. If a student is performing unsatisfactorily by midterm during a course, the instructor will prescribe a remediation to correct the deficiencies. The availability and type of remediation are the responsibility of the faculty.

   b. If a student receives an unsatisfactory grade in a course at the end of a semester, a remediation will be required. The remediation program format is the responsibility of the instructor.

2. A student who receives an unsatisfactory grade in a single course or clerkship will be placed on academic probation. Removal of probationary status requires subsequent satisfactory completion of the particular course or clerkship. Probation usually does not affect attendance in subsequent courses or clerkships so long as courses can be completed the following semester with University approval.

3. A student who receives unsatisfactory grades for a combined total of 24 semester credit hours will receive a dismissal hearing.

19

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 57
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# Financial Aid Information

St. Matthew's University makes available a variety of financial aid sources for funding your medical education. If you need financial aid information, please call the Financial Aid department at 1-800-498-9700 and talk with one of our counselors. A financial aid packet may be requested.

St. Matthew's recognizes the ongoing financial concerns of the student body. St. Matthew's will make available short term funds to its students. This is a short term loan program designed to assist students with unusual situations that may arise. Each loan is limited to $500.00 and is to be repaid at the end of the semester in which it was granted.

All questions and concerns regarding financial assistance should be directed to the state-side office. St. Matthew's goal is to make sure each student is given an equal chance in obtaining an education, regardless of the various constraints tied to everyday life.



22

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 5ъ
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

# Student Services

## Housing

The Housing Office has access to a select group of apartments and condominiums, located within easy walking distance to the campus, for both single and married students. These are furnished and equipped units, most with kitchen facilities. Some of these are designed to accommodate more than one student, and all are based strictly on availability. The Housing Office also seeks to facilitate off-campus housing in which students may opt to live if under a restricted budget. The Housing Office will provide a list of off-campus housing supplied by the school and the community.

St. Matthew's, under its new development program, will begin construction of dormitories in the near future to accommodate students in residence-hall style living. Students interested in being put on the waiting list for the dorms may place their name with the Housing Office to get priority status based on availability.

More information and applications may be obtained by contacting the U.S. Office at the number listed in your application packet.

## Student Affairs



Each semester medical students elect officers and representatives to their own student government. Classes also elect members to represent them on any of the various associations and committes that involve the student body.

A variety of extracurricular activities are available to medical students. These are numerous and encompass the arts, athletics, social activities, and several other areas of interest. The medical school will sponsor its own soccer team to interact with the local community and their athletes.

Students are invited to become members of the American Student Medical Associates (ASMA). This organization helps each student broaden his or her knowledge with medical practices and affairs. Contact your class representative for information regarding the application process.



23

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 59
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# St. Matthew's Faculty

Debra Barnett, Ph.D.
University of Wisconsin-Madison
Assistant Professor of Biochemistry

Mark Calkas, M.D., F.A.C.O.S.
University of Miami School of Medicine
Board Certified Orthopaedic Surgery

Alfredo Cardett, M.D., F.A.C.O.S.
University of Miami School of Medicine
Board Certified Orthopaedic Surgery

Deborah Dillon, M.D., F.A.C.O.G.
University of Virginia School of Medicine
Board Certified in Obstetrics
    and Gynecology

Mary Beth Downs, Ph.D.
George Washington University
Dean of Academic Affairs
Professor of Anatomy and Histology

**B**

Michael Given, M.D.
Seaton Hall University of Medicine
Specializing in Internal
    and Pulmonary Medicine

**A**

Michael A. Harris, M.D., P.A., F.A.C.O.G.
University of Florida School of Medicine
Board Certified in Obstetrics
    and Gynecology
President and CEO, St. Matthew's University

John Howard Lilly, D.D.S., M.S., Ph.D.
University of Michigan
Professor Emeritus of Anatomy
    and Cell Biology and of Dentistry
University of Michigan

Stephanie Lord, M.D.
University of Florida School of Medicine
Specializing in Internal Medicine

Brian Matayoshi, Ph.D.
Albany Medical College
Associate Professor of Physiology

Horace Norrell, M.D., F.A.C.S.
Tulane University
Division of Neurosurgery Kentucky
    Medical Center
Board Certified in Neurosurgery
Professor of Neuroscience

Art Osberg, M.D., F.A.C.E.P.
University of North Carolina School
    of Medicine
Board Certified in Emergency Medicine

Ronald E. Pynn, Ph.D. **◄— D**
University of Michigan
Interim Academic Provost

Galen Swartzendruber, M.D., F.A.C.O.G.
University of Florida School of Medicine
Board Certified in Obstetrics
    and Gynecology

Betsy S. Thornton, M.S., L.P.C.
Angelo State University
University Counselor
Instructor of Ethics

**C**

Jerry W. Thornton, Ph.D.
University of Oklahoma
Vice President and C.O.O.,
    St. Matthew's University
Professor of Biostatistics

Gregory Turner, M.D.
William Beaumong Medical Center
Board Certified Internal Medicine

25

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____60
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

**St. Matthew's University**

From:          Jerry Thornton [jerrythornton@worldnet.att.net]
Sent:          Thursday, March 11, 1999 12:40 PM                     **I**
To:            stmatthews@btl.net
Subject:       Rodney Rooks                         *~*  ← **G**

          **J**

Rodney,

Below is a repeat of my email to you yesterday.  I have highlighted the
amount SJC subtracted from your check which would account for that
tutition.  Also I have highlighted the 750 dollar credit back to your
balance from SMU.

If not clear please let me know.  I forwarded a copy of this to Dr. Renae  ← **B**
Sersland.

Dr. Thornton

----------
> From: Jerry Thornton <jerrythornton@worldnet.att.net>
> To: stmatthews@btl.net
> Subject: Re: Hello Dr. Thornton.
> Date: Wednesday, March 10, 1999 10:30 AM  ← **A**
>
> Good to hear from you.
> As I have it recorded, I had stated to you that due to your
circumstances,                                              **C**
> and on a purely individual basis, St. Matthew's University would hold a
> note on you for $2,400 per semester, until your credit was cleared for
> basic sciences.  Clinical sciences tuition would require that you pay at  ← **D**
> least the minimum tution that was required by the hospital for your
> training.  The balance down to $2,400 would be required to be paid to
SMU.
> I do not recall anything regarding the St. Joseph's program cost.
However,
> St. Matthew's University does pay one half of your St. Joseph's tuition  ← **H(1)**
as
> an incentive to participate in the degree.  My records show:
>
     **N**    > SJC  Stafford Check      $9,250
>         Minus 4% Guarante       - 350
>         Minus SJC Tuition    1,500** (SJC deducted this from your check before
you received it)
>         Stafford Check to you   $7,380
     **L**                              **M**
>
>        SMU Tuition        $6,400
>        SMU pay toward SJC       - 750** (SMU credits your account with this ← **H(2)**
amount)
>        SMU note till graduation* - 2,400  ← **E**
     **K**  > Balance owed SMU    $3,250
>
>         The only balance owed to SMU would be $3,250. for this semester.  The 750
dollars was given back by deducting it from your tuition.  The note you
will sign for is $2,400.
>
> *see above comment on clinical training tuition.  ← **F**
>
> Dr. Thornton
>
>
                                        1

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____ 6 |
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

**B** → **A**

```
> From: St. Matthew's University <stmatthews@btl.net>
> To: jerrythornton@worldnet.att.net
> Subject: Hello Dr. Thornton.
> Date: Wednesday, March 10, 1999 7:13 AM
>
> Dear Dr. Thornton,
>
> Back in January we spoke about paying my tuition upon arrival of Stafford
> and deferring a portion of it until graduation. Stafford has arrived and
I
> am now ready to pay however I cannot remember the exact amount of tuition
> we
> agreed to defer. I do remember requesting approximately 2,400.00 in
> deferment and I believe you said something to the effect "Let's make it
an
> even something".
> If my calculations are correct, assuming 2,400.00 deferment, I currently
> owe
> St. Matthews 2,500.00 .
> tuition          6,400.00
> St. Joseph's   - 1,500.00
> deferment      - 2,400.00
> St. Matthews   2,500.00
>
> Please inform me if there is any difference. I will await your answer
> before
> payment of this semester's tuition.
> Thank you for your help. It is greatly appreciated.
>
> Sincerely
> Rodney Rooks
> 3rd semester student
> St. Matthews University
> School of Medicine
>
>
```

**C** ← (Stafford has arrived and)

**D** (tuition we)

**E** (signature)

2

RECEIVED AS | PLAINTIFF | / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 62
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

TAX DEDUCTIBLE ITEM ⇨ ☐

**JULIAN R. ROOKS**                                                           688
LIC. R200-436-66-430
2410-A CLEMONS CT.   PH. 904-553-4041
TALLAHASSEE, FL  32303

| | |
|---|---|
| BAL. FOR'D | |
| THIS PAYMENT | |
| BALANCE | |
| OTHER | |
| BAL. FOR'D | |

TRUE Federal Credit Union
1440 Miccosukee Road, Tallahassee, Florida 32308

⑆263182642⑆000000500038900⑈0688 NOT NEGOTIABLE

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 63 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

TAX DEDUCTIBLE ITEM ⇒ ☐

671

**JULIAN R. ROOKS**
LIC. R200-436-66-430
2410-A CLEMONS CT.   PH. 904-553-4041
TALLAHASSEE, FL  32303

| | |
|---|---|
| BAL.<br>FOR'D | |
| THIS<br>PAYMENT | |
| BALANCE | |
| OTHER | |
| BAL.<br>FOR'D | |

THN Federal Credit Union
1449 Miccosukee Road, Tallahassee, Florida 32308

⑈263182642⑈0000000500038900⑈0671⑈ NOT NEGOTIABLE

No. 065          Oct 8    19 99

Received from  Julian R. Rooks

Three thousand two hundred fifty         /100  Dollars

For  tuition

$ 3250.00          Jeff Hunter

CH# 671

| | |
|---|---|
| RECEIVED AS **PLAINTIFF** / / DEFENDANT / / JOINT / / | |
| EXHIBIT NO. | 64 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. _____ IN EVIDENCE _____ | |
| DATE REC'D | |



| Name | Phone | Email | Address |
|---|---|---|---|
| Ali, Farrah | (508)626-5621 | allolol@aol.com | 8 Greenview St. #17, Framingham, MA 10701 |
| Boggs, Chris | (704)633-0647 | ccboggs@salisbury.net | |
| Cascio, Mike | (318)797-0927 | mikesveta@hotmail.com | 417 Galway Dr. Shreveport, LA 71115 |
| Cascio, Svetlana | (318)797-0927 | mikesveta@hotmail.com | 417 Galway Dr. Shreveport, LA 71115 |
| Do, Yvona | (502)631-9878 | yvone-do@yahoo.com | 13203 Dehning, Downey, CA 90242 |
| Elhorr, Ali | (313)791-3222 | elhorr@mailcity.com | 26940 Cherry Hill Rd, Dearborn Heights, MI 48127 |
| Ghodsi, Ramin | (626)932-4405 | rayghodsi@aol.com | |
| Hosseini, Sayed | | medonman@hotmail.com | |
| Jafari, Marz | | | |
| Jafari, Navid | (408)203-2856 | sirosman@yahoo.com | 10848 S. Blaney Ave., Cupertino, CA 95014 |
| Khosrowpour, Saied | (336)315-3987 | drsaied@yahoo.com | 1655-2D New Garden Rd., Greensboro, N.C. 27410 |
| Marshall, Craig | (219)237-9414 | dcmarshall@yahoo.com | 3311 Sorin St. South Bend, IN 46615 |
| Newkirk, Wally | (407)988-1072 | praces23@yahoo.com | |
| Olin, Annette | (630)897-3722 | olin_annette@hotmail.com | 214 S. Western Ave. Aurora, IL 60506 |
| Prabhakar, Krishna | (209)775-3834 | kdkrishna@hotmail.com | P.O. Box 087, Brookfield, CT 08804-0687 |
| Qureshi, Saleem | (972)980-9611 | saleem_r@hotmail.com | 4024 Allencrest Ln, Dallas, TX 75244 |
| Raja, Alif | (773)286-7277 | alraja4@yahoo.com | |
| Rookie, Rodney | (850)656-4412 | rodneyrookie@hotmail.com | 3846 Dartford Ln, Tallahassee, FL 3211 |
| Ruch, Sharon | (931)432-2388 | fan_of_33@yahoo.com | 3357 Brookstone Dr., Cookeville, TN 38508 |
| Sumbureru, Dale | (509)892-9238 | ernaksukitol@hotmail.com | 4105 N McDonald Rd, Spokane, WA 99216 |
| Tangi, Keith | | | |
| West, Donald, Jr. | (515)981-8830 | huongdion@yahoo.com | |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

Julian Rooks

# campus memo

**Date:** 7/12/99

**To:** ALL 4TH SEMESTER STUDENTS

**From:** ADMINISTRATION

**RE:** EXTERNAL REVIEW

**A**

Please note that the External Review will be mandated beginning September, 1999. Kaplan will be on site again for all 4th semester students.

**B**

JS/IR

**C**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT  / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 68
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 69
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



**Annette** →

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



ANNETTE C OLIN, MD
*Hospitalist Internal Medicine (Primary Specialty)*
*Internal Medicine*



ROCKFORD HEALTH
PHYSICIANS

Education  **Locations**

Training
Medical School:        St. Matthews Univeristy School of Medicine
Internship:            Akron General Medical Center
Residency:             Akron General Medical Center
No Value Specified:    ECFMG Educational Commission for Foreign Medical Graduates

Certifications:        Internal Medicine

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



**Saleem**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

## Saleem Qureshi, MD



Assistant Professor
ACOS, Geriatrics & Extended Care, VAMC

Donald W. Reynolds Department of Geriatric Medicine
College of Medicine
University of Oklahoma Health Sciences Center
921 NE 13th Street (VAMC-11G)
Oklahoma City, OK 73104-5028
Telephone: (405) 271-8558
Facsimile: (405) 271-3887

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**my class** → **Dr. DiPatre**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____74_____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



## Pier Luigi DiPatre, MD

Pathologist
Scott & White Healthcare

**Specialties**
Pathology

**Patient Care Emphasis**
Brain Tumors, Dementia, Muscle Biopsy

**Board Certification**
- Diplomate of the American Board of Anatomic Pathology and Clinical Pathology
- Diplomate of the American Board of Neuropathology

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____75_____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D







| RECEIVED AS | PLAINTIFF | / / DEFENDANT / / JOINT / / |
|---|---|---|
| EXHIBIT NO. | 7b | |
| CASE NO. | | |
| ADVERSARY NO. | | |
| FOR ID. | IN EVIDENCE | |
| DATE REC'D | | |

# MEMO

To:     5th Semester Students
From:   Ronald Pynn, Academic Dean
Date:   November 15, 1999
re:     USMLE Review Course

It has come to my attention that many students are foregoing the
lectures after having viewed the videotapes. This memo is to remind
students in rather direct terms that the lectures are a part of the
review course and your attendance is requested.

First, St. Matthews has brought in well recognized and distinguished
lecturers for your benefit. To not attend is a discourtesy to both the
individual lecturers as well as St. Matthews University.

Second, and more important, much of the material for the USMLE will be
found in these lectures. This is your last best chance to review and
ask questions on areas where you feel any weakness. These people are
here for your education.

Finally, I remind you, once you begin your clerkships, there will be
rounds and lectures. Your attendance will be expected as part of your
professional education. It is part of the professional development as
a physician to take advantage of these opportunities it increase your
knowledge and further your professional education. St. Matthews
reminds you of that professional obligation.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 77
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



Julian Rooks
3648 Dartford Ln.
Tallahassee, FL  32311

November 10, 1999



Dear Julian:

Congratulations for choosing Kaplan, the world's leading test preparation organization.
Please accept this as a receipt for your recent payment of $2,800.00.



Please verify the following information:

| Enr. ID N° | 55518408 | Location: | |
|---|---|---|---|
| Class: | UCMM9101 | Miami Kaplan Center | |
| Step 1 Lecture & Self Study – Miami | | | |
| First Session: | 01/10/00 - 8:00 AM | | |

| Fee: | $2,800.00 | Receipt N° | 7922195 |
|---|---|---|---|
| Shipping: | $0.00 | Date Received: | 11/08/99 |
| Adjustments: | $0.00 | Type: | CH : 403 |
| Previous Payments: | $0.00 | | |
| This Transaction: | $2,800.00 | Status: | Committed |
| New Balance: | $0.00 | | |

Please contact us at (305) 284-0090 if you have any questions.

Sincerely,
Lisa Chaney
Center Manager

Kaplan Medical  4500 Campus Dr., Suite 201  Newport Beach, CA

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____76_____
CASE NO. _____
ADVERSARY NO. _____
FOR ID._____ IN EVIDENCE _____
DATE REC'D

St. Matthew's University School of Medicine

# Invoice

P.O. Box 91
San Pedro, Belize

| DATE | INVOICE # |
|------|-----------|
| 11/30/1999 | 972 |

**BILL TO**

Rooks, Julian
8407 Penny Lane
Ft. Pierce, FL

**A**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Photocopy charge for the week ending: Nov. 5,1999  **B** | 3.90 |
| Photocopy charge for the week ending: Nov. 19,1999  **C** | 7.14 |
| Photocopy charge for the week ending: Nov. 12,1999 | 0.12 |
| Binding cover | 0.30 |

**E**

**D**

| Total  $US | $11.46 |
|------------|--------|

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO. _____ 79 |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |

Acquisitions Editor: Elizabeth A. Nieginski
Development Editors: Donna Rae Siegfried
Project Editor: Amy G. Dinkel
Production Coordinator: Peter J. Carley
Illustrator: Patricia MacAllen

Copyright © 1995
LIPPINCOTT WILLIAMS & WILKINS
Suite 5025
Rose Tree Corporate Center–Bldg. II
1400 N. Providence Road
Media, PA 19063-2043 USA

All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner.

Printed in the United States of America

Library of Congress Cataloging-in-Publication Data

Fix, James D.
   High-yield neuroanatomy / James D. Fix.
      p. cm. — (Board review series)
   Includes index.
   ISBN 0-683-03248-8
   1. Neuroanatomy—Outlines, syllabi, etc.   2. Neuroanatomy—
Examinations, questions, etc.   I. Title.   II. Series.
   [DNLM: 1. Nervous System—anatomy & histology—examination questions.
      2. Nervous System—anatomy & histology—outlines.   WL 18 F566h 1995]
QM451.F588   1994
611'.8076—dc20
DNLM/DLC
for Library of Congress                                      94-44494
                                                                 CIP

98 99 00
6 7 8 9 10

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____80_____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# Contents

Preface. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ix
Acknowledgments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xiii

1  Cross-Sectional Anatomy of the Brain . . . . . . . . . . . . . . . . . 1
      I.   Introduction   1
      II.  Midsagittal section   1
      III. Coronal section through the optic chiasm   3
      IV.  Coronal section through the mamillary bodies   4
      V.   Axial image through the thalamus and internal capsule   5
      VI.  Axial image through the striatum, mamillary bodies, and optic tract   5

2  Meninges, Ventricles, and Cerebrospinal Fluid. . . . . . . . . . 7
      I.   Meninges   7
      II.  Ventricular system   9
      III. Cerebrospinal fluid   10

3  Blood Supply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
      I.   The spinal cord and lower brain stem   11
      II.  The internal carotid system   11
      III. Vertebrobasilar system   13
      IV.  Blood supply of the internal capsule   15
      V.   Veins of the brain   15
      VI.  Venous dural sinuses   15
      VII. Angiography   16
      VIII. Middle meningeal artery   16

4  Development of the Nervous System . . . . . . . . . . . . . . . . . . 17
      I.   The neural tube   17
      II.  The neural crest   18
      III. Anterior neuropore   19
      IV.  Posterior neuropore   19
      V.   Microglia   20
      VI.  Myelination   20
      VII. Positional changes of the spinal cord   20
      VIII. Optic nerve and chiasma   20
      IX.  Hypophysis   20
      X.   Congenital malformations of the CNS   21

5  Neurohistology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
      I.   Neurons   22
      II.  Nissl substance   22

                                                                           v



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 81
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 82
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



# St. Matthew's University School of Medicine
### San Pedro, Ambergris Caye, Belize

Jeffrey S. Sersland, M.D.
President &
Chief Executive Officer

Jerry W. Thornton, Ph.D.
Vice President &
Chief Operating Officer

Mary Beth Downs, Ph.D.
Vice President of Research
and Development

Renee M. Sersland, M.D.
Vice President of
University Services

Armando A. Rosales, M.D.
Dean of Academic Affairs

Arthur G. Osberg, Ph.D.
Dean of Clinical Sciences

Caren L. Rosser, Ph.D.
Director of Student Affairs

Joyce A. Nuñez, B.B.A.
Registrar

Debra D. Brown
Director of Admissions

TO:     Rooks, Julian

FROM:   LIZ CECHINI

DATE:   NOVEMBER 23, 1999

RE:     OUTSTANDING ACCOUNT BALANCE

This is your third and final notice that your account with the school is past due.
If payment is not received immediately, you will be suspended from classes
effective November 30, 1999.

Any questions regarding this issue must be addressed with the Director of
Financial Aid.  To obtain an appointment with the Director of Financial Aid
complete the Financial Aid form at the front desk of the Admin. Building.

Thank you in advance for your prompt attention to this matter.

Yours truly,

*Liz Cechini*

Liz Cechini, C.A.
Chief Financial Officer

*[handwritten annotations: "B", "A", "C", "D", "E", "F"]*

*[handwritten note, upper right]:* **Appt 1:15pm if you have questions Monday, Nov. 29, 99 RoS**

*[handwritten note, lower section]:*
I, Julian Rooks,
Will send tuition + balance on or before Jan. 15, 2000.
to   St. Matthew's University
     c/o Dr. Renee Sersland
     P.O. Box 91
     San Pedro, Ambergris Caye
     Belize, Central America

*Kaplan*

11/29/99          *Julian Rooks*          *Ronald Sersland .MD.*
Date              Julian Rooks            Dr. Renee Sersland

St. Matthew's University
United States Office
1005 West College Boulevard
Niceville, Florida 32578

Telephone: 800-498-9700
Facsimile: 800-565-7177
Website: www.stmatthews.edu
E-mail: admissions@stmatthews.edu

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 63
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**H**

| Financial Corporation- Loan Application | Fax Applications to: 1-856-596-3594 | Mail Applications To: SLM Financial Corporation |
|---|---|---|
| company  Sales Rep: **Michele Marks** | Call With Questions: | PO Box 470 |
| St. Matthew's University School of Medicine | 1-877-834-9851 | Marlton, NJ 08053-0470 |

**Instructions:** If all information is not completed in full, the processing of your application may be delayed. Initial any changes; do not use correction fluid. Send the application, a photocopy of an ID card with your signature, a check or money order for $25 per applicant (i.e. $50 for a joint application), and a copy of your most recent pay stub(s) to your school's financial aid office for school certification. For faster application processing by fax, you may use your Visa or MasterCard to pay the application fee. Complete the credit card section below to use this option.

**Section A: Applicant Section:**    Please complete all information in this section

**A**

| Loan Amount Requested | Repayment Disbursement Date | Repayment Term Requested | Interest Only Payments? | If you selected "yes" to Interest Only Payments, input months: Number of months Interest Only (in-school only) **24** |
|---|---|---|---|---|
| $ 10,240.00 | December 15, 1999 | 15 YEARS | Yes / No | |

| Full Name | Rooks | Barbara (Judy) A | Social Security Number 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 | Date of Birth (month/day/year) November 10, 1942 |
|---|---|---|---|---|

| Street Address 3648 Dartford Lane | | Own ✓ Rent | Live With Parents |
|---|---|---|---|

| City Tallahassee | State Florida | Zip Code 32311 | How Long at Current Address Years 0  Months 6 | 856-656-4412 |
|---|---|---|---|---|

Mailing Address if different from Street Address above: Same

| Monthly Mortgage/Rent Amount $ 719.00 husband pays 100,700 | Approximate Balance (Mortgage only) | Approximate Home Value (If you own) $ 101,000 | Work Phone 850-523-0005 |
|---|---|---|---|

| Employer Name Remedy | Position/Title Receptionist | How Long Years 0  Months 2 | Other Income  see husband below |
|---|---|---|---|

| Employer Address 1405 Piedmont Dr. Tallahassee | State FL | Zip Code 32312 | Gross Annual Salary $ 14,560.00 | Note: You should include spouse's income. You do not have to reveal alimony, child support or maintenance income unless you wish it to be considered as a basis for loan repayment. |
|---|---|---|---|---|

| Reference Name (Do not use relative) Mary Beth Mattak | Address & Permanent Address 576 10th Court, Vero Beach, FL 32962 | Reference's Home Phone 561/778-1637 | Relationship friend |
|---|---|---|---|

**Section B: Joint Applicant:**    Please complete all information in this section if applying jointly.

| Relationship to Applicant MY PARENT / Husband | Home Phone (850) 656-4412  850-656-4412 |
|---|---|

| Full Name | Rooks | Julian (Jr) R Sr. | Social Security Number ___-__-4872 | Date of Birth (month/day/year) Sept. 04, 1928  11-30-66 |
|---|---|---|---|---|

| Street Address 3648 Dartford Lane | Post Office Box | Rural Route | Monthly Mortgage/Rent Amount see above | Own | Rent | Live With Parents |
|---|---|---|---|---|---|---|

| City Tallahassee | State Florida | Zip Code 32311 | How Long at Current Address Years 0  Months 6 | Work Phone N/A |
|---|---|---|---|---|

| Employer Name Gov't Retirement | Position/Title Constr. Inspector | How Long Years 35  Months 0 | Gross Annual Salary Retired $27,756.00 | Other Income  Social Security / Note: ... |
|---|---|---|---|---|

| Employer Address Jacksonville District Corps of Engineers | State FL | Zip Code N/A | | |
|---|---|---|---|---|

**Section C: Student Section:**    Please complete all information. Applicant may be the student.

**B**

| Full Name | Rooks Jr. | JULIAN | R | Social Security Number 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 | Date of Birth (month/day/year) 11-30-66 |
|---|---|---|---|---|---|

**Section D: School Section:**    To be completed by an authorized school official.

| School Name St. Matthew's Univ. School of Medicine | School Address P.O. Box 730 Liberty Lake, WA 99019-0730 | School Phone (800) 498-9700 | Tuition Amount $ 6400.00 |
|---|---|---|---|

**C**      **D**                              **F**

| School Code/Branch 1813 | First Classes Begin (Month/Year) 01/00 | First Classes End (Month/Year) 04/00 | Anticipated Disbursement Date (Month/Year) 12/15/99 | Anticipated Graduation/Completion Date (Month/Year) 01/02 |
|---|---|---|---|---|

I hereby certify that the student named in Section C is accepted for enrollment or is enrolled and in good standing. I further certify that the School will, at the request of the loan holder or servicer, provide the loan holder or servicer with subsequent information regarding the student's whereabouts, that the institute will comply with all applicable policies and provisions, and that the information provided in Sections A, B and C is true, complete and correct to the best of my knowledge and belief.

**School Certification: I have read and agree with above paragraph.**

**G**

| Signature of authorized school official: Renae M. Sealand, MD  10/29/99 | Print or type name and title: Renae M. Sersland, M.D. and Dir. of Fin Aid  Vice President of Univ Serv. |
|---|---|
| Date | |

This application will be submitted to SLM Financial Corporation for approval. I/we authorize SLM Financial Corporation to make whatever credit inquiries it deems necessary in connection with this loan application and in the course of review or collection of any credit extended in reliance on this application. I/we authorize and instruct any person or consumer reporting agency to furnish to SLM Financial Corporation any information that it may have or obtain in response to such credit inquiries and agree that such information, along with this application, shall remain SLM Financial Corporation's property, whether or not a loan is approved. All information set forth in this application is declared to be a true representation as to the facts, made for the purpose of obtaining the loan requested, and any willful misrepresentation in this application may result in criminal action. Sallie Mae and its affiliates may share credit and other information about you with each other for marketing and administrative purposes. If you do not want credit information about you from your application, consumer reporting agencies, or third parties shared with our affiliates, you will need to send us a signed letter telling us to withhold this application.

| Barbara A. Rook  12-12-99 | Julian R. Rooks  12/12/99 |
|---|---|
| Applicant's Signature    Date | Joint Applicant's Signature    Date |

| Credit Card Section | To pay the application fee with a Visa or MasterCard, complete this section. | Credit Card # | Exp. Date: (Mo/Yr) | Amount (Check One) | Signature |
|---|---|---|---|---|---|

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //

EXHIBIT NO. 84

CASE NO. _____

ADVERSARY NO. _____

FOR ID. _____ IN EVIDENCE _____

DATE REC'D _____

## Steps for Processing Student Loans

### The Application

1.  Student completes application
    *   Review application to make sure all information has been provided.
    *   Applicants who are unemployed will be required to have a co-signer.
        *   The student does not necessarily need to be the applicant. It may be a parent or someone else obtaining the loan on the student's behalf.
    *   The $25 application fee can be rolled into the loan ($25 is a per applicant charge – if applicant has a co-signer, total charge is $50). This amount does not need to be reflected in the loan amount being requested.
2.  Section D **← A**
    *   This section *must* be completed by the school. (You may want to have this section completed prior to giving the application to the student.)
    *   Your school code, address and phone number have been filled in on the customized application.

### Submission

1.  Review application for completeness.
2.  Fax application to 1-856-596-3594.

### Approval

1.  Approval process takes 24 - 48 hours.
2.  Once the loan has been approved, a promissory note and truth-in-lending statement will be e-mailed to the school.
3.  School obtains borrower's signature (and co-borrower where applicable) and attaches signature identification (driver's license, military ID, social security card, etc.) and current pay stub and mails to:*

    SLM Financial
    3000 Lincoln Drive, Suite F
    Marlton, NJ 08053-0470

4.  Once all information is received by SLM, money is transferred to school within 72 hours.

### Program Information

**B**

1.  Minimum loans start at $1,000.
2.  Maximum term is 15 years with no pre-payment penalty.
3.  Student can borrow 60% above the tuition amount requested for additional education expenses such as supplies, housing, etc., for a maximum of $6,000.
4.  Interest rates begin at Prime + 1.0% with a maximum rate of Prime + 9.0%.
5.  An origination fee is tied to the percentage rate and begins at 2.0% of the loan amount.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



**A** →                                          December 17, 1999

**SLM FINANCIAL CORPORATION EDUCATIONAL LOAN PROGRAM**
**REPAYMENT SCHEDULE AND TRUTH-IN-LENDING DISCLOSURE**

| BORROWER: | CO-BORROWER |
|---|---|
| Rooks, Barbara A. | Rooks Sr, Julian R |
| SSN: 262603076 | SSN: 267344872 |

In this disclosure the words 'you' and 'your' refer to Borrower and any Co-Borrower. Lender refers to 'First Bank of Philadelphia', located in the state of PA.
The Lender has approved a Loan for [ $11,007 ]
The interest rate you will pay on the loan is the Prime Rate as published in the Wall Street Journal and effective for the first day of the
month prior to your loan disbursement's anniversary month plus [ 7.50% ] (the Margin).
If you do not want this loan you must immediately return the funds and this form to your school's financial aid office or SLM Financial
Corporation. If you return the funds you will not be obligated to repay this loan. The supplemental fee for this loan is [ 7.00% ]
Your current variable interest rate is— [ 16.00% ] The Prime Rate used to calculate your variable interest rate was [ 3.50% ]

**TRUTH-IN-LENDING DISCLOSURE**

| *ANNUAL PERCENTAGE RATE* The cost of your credit as a yearly rate. | *FINANCE CHARGE* The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid after you have made all scheduled payments. |
|---|---|---|---|
| 17.53% | $19,443.68 | $10,240.00 | $29,683.68 |

Additional Terms: Please refer to your Promissory Note for additional information about non-payment, default, any
required payment in full before the scheduled date, and prepayment refunds and penalties.
Late Charge: If any part of a principal or interest payment is more than 15 days late, you will have to pay a late charge of 10%
of the monthly payment or $20, whichever is greater.
Prepayment: If you pay off the loan early, you will not have to pay a penalty.
Variable Rate: The annual percentage rate may increase or decrease on the anniversary of this loan's disbursement date if the Prime Rate
as published in The Wall Street Journal increases or decreases. Any increase may take the form of higher payments. Any
decrease may take the form of lower payments. For example, assume that your loan is for $10,000 at 10.00% interest for 120
months. If the interest rate increased to 10.25% after one year, your monthly payment amount will increase from $132.15
to $133.43.
Check Return Fee: If you make a payment by check and that check is returned unpaid for any reason, you will pay a charge
of twenty dollars ($20.00) for each check so returned. Such Check Return Fee may be added to your principal
balance.
Deferment Fee: You may request and the Lender, at the Lender's sole discretion, may grant you a Deferment under which
you may defer a regularly scheduled payment for one or two months. If you request such Deferment and the Lender
grants it, you agree to pay a $20.00 Deferment Fee. Such fee may be added to your Principal Balance.
Forbearance Fee: You may request and the Lender, at the Lender's sole discretion, may grant you a Forbearance under which
you may defer a regularly scheduled payment for up to six months. If you request such Forbearance and the Lender
grants it, you agree to pay up to a $50.00 Forbearance Fee. Such fee may be added to your Principal Balance.

These payment amounts are an estimated average.

**B**

| YOUR PAYMENT SCHEDULE (which may change) WILL BE: | | | ITEMIZATION OF AMOUNT FINANCED | | |
|---|---|---|---|---|---|
| Number of Payments | Amount of Payments | When Payments Are Due (Monthly Beginning) | $ | 10,240.00 | Amount Financed **C** |
| 4 | $146.76 | 01/31/00 | $ | 716.80 | Supplemental Fee **D** |
| 179 | $161.65 | 05/31/00 | $ | 50.00 | Application Fee |
| 1 | $159.53 | 04/28/15 | $ | 11,006.80 | Loan Amount **E** |

**F** →

By signing I acknowledge receipt of a completed copy of this disclosure.     SLM FINANCIAL CORPORATION
THIS DOCUMENT MUST BE RETURNED WITHIN 60 DAYS OR IT WILL BE NULL AND VOID.     (AS SERVICER FOR LENDER)

_____ 12/19/99     _____ 12/19/99
Borrower's Signature   Date     Co-Borrower's Signature   Date
(Rooks, Barbara A)     (Rooks Sr, Julian R)

**G** →

Sign and return to:
SLM Financial Corporation
PO Box 470
Marton, NJ 08053-0470

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO. ___ BE ___ |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D _____ |

**A**

FedEx. *USA Airbill* № 8179871734⎵4

From *Please press firmly*

Date 20 Dec 199?   Sender's FedEx Account Number 215041352

Sender's Name Judson R. Rooks, Sr   Phone 850 656-4412

3648 Denford Ln

Address

City Tallahassee   State FL   ZIP 32311

2 Your Internal Billing Reference

3 To
Recipient's Name   Phone 800 146

Company SLM Financial Corp

Address 3000 Lincoln Dr East, Suite "F"

City Marlton   State NJ   ZIP 08053-0470

Questions? Call 1-800-Go-FedEx® (800-463-3339)
Visit our Web site at www.fedex.com

4a Express Package Service
☑ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☐ FedEx Express Saver

4b Express Freight Service
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

5 Packaging
☑ FedEx Letter
☐ FedEx Pak
☐ Other Pkg.

6 Special Handling
☐ Saturday Delivery
☐ Sunday Delivery
☐ HOLD Weekday
☐ HOLD Saturday

Does this shipment contain dangerous goods?
☐ No
☐ Yes   ☐ Yes   ☐ Dry Ice   ☐ Cargo Aircraft Only

7 Payment
☑ Sender   215041352   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value
$   .00

8 Release Signature

360

**B**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 55-12
CASE NO.
ADVERSARY NO.
FOR ID.   IN EVIDENCE
DATE REC'D



SLM
FINANCIAL CORPORATION
*a Sallie Mae company*

PO Box 470
3000 Lincoln Drive   •   Suite F
Marlton, NJ 08053

M
RATION
mpany

LM Financial's education loan
l to your school.

: - the nation's leading prov
e is the largest holder and
y.

te cover.  Please be certain
ed on your coupons.  Make yo
em to: P.O. Box 470, Marlton

ment information below.
our payment without a coupo
your education financing n
ducation.  Please call us t
ions.

1

j
I

S
o
s

Yo
ma
ch
No

Fo
Si
We
an
fro

SLM

Ser

LOA

PAY

PAYM

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO.
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE
DATE REC'D

P.O. Box 470 • 3000 Lincoln Drive • Suite F • Marlton, NJ 08053



**SLM**
FINANCIAL CORPORATION
*a Sallie Mae company*



A

BARBARA A ROOKS
3648 DARTFORD LANE
TALLAHASSEE FL 32311

Dear Customer:

Thank you for choosing to borrow through SLM Financial's education loan
program. Loan proceeds have been forwarded to your school.

B

SLM Financial is affiliated with Sallie Mae - the nation's leading provider
of funding for higher education. Sallie Mae is the largest holder and
servicer of educational loans in the country.

You will receive a coupon book under separate cover. Please be certain to
make your payments by the due dates indicated on your coupons. Make your
checks payable to SLM Financial and mail them to: P.O. Box 470, Marlton,
NJ 08053-0470.

For your convenience, we have noted your payment information below.
Simply mail us a check and we will process your payment without a coupon.
We appreciate the opportunity to assist with your education financing needs
and wish you the best as you continue your education. Please call us toll
free at 1-877-834-9852 if you have any questions.

SLM Financial

Servicing Division

LOAN NUMBER      :        14877   D

PAYMENT DUE DATE:     1/31/00

PAYMENT AMOUNT   :      146.76

C



RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____ 85-16
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

P.O. Box 470 • 3000 Lincoln Drive • Suite F • Marlton, NJ 08053
Phone: (856) 810-2711 • Fax: (856) 810-2718

E



## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

Previous List    Next List

Fictitious Name Search

Submit

## Fictitious Name List

| Fictitious Name | Address | City | State | County | Status |
|-----------------|---------|------|-------|--------|--------|
| SALLIE MAE | 2001 EDMUND HALLEY DRIVE | RESTON | VA | MULTIPLE | C |
| SALLIE MAE CONSUMER LOANS | 3000 EAST LINCOLN DR, STE F | MARLTON | NJ | HILLSBOROUGH | C |
| SALLIE MAE FINANCIAL | 3000 EAST LINCOLN DR | MARLTON | NJ | HILLSBOROUGH | E |
| SALLIE MAE HOME LOANS | 3000 LINCOLN DRIVE EAST | MARLTON | NJ | HILLSBOROUGH | C |
| SALLIE MAE MORTGAGE | 3000 EAST LINCOLN DR, STE F | MARLTON | NJ | HILLSBOROUGH | E |

**A**

**B**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 85-5
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

Prepared for
JULIAN R ROOKS Jr
Report number
3391493707

Report date
March 07, 2000



Page 1 of 10

Experian
NCAC
P.O. Box 9595
Allen TX 75013-9595

**Information affecting your
creditworthiness**

**If you have questions**
For all questions about

from

CB Tallahassee

Please address all future
correspondence to:
CB Tallahassee
150 John Knox Rd
PO Box 71
Tallahassee, FL 32302
(850) 386-5900

## CREDIT FILE

When calling for assistance, please have a copy of this file for reference.

**Personal Identification Information**                                    March 7, 2000

Julian Rodney Rooks Jr                          Social Security #: 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
3648 Dartford Lm                                Date of Birth: November 30, 1966
Tallahassee, FL 32311

134 S. TAMPA, P.O.BC .3307          FILE NUMBER: 00EJ. 54-001
TAMPA, FL. 33601                    PAGE  1 OF 5 (INTL USE: DR Z52 1 16NF 03)
                                    DATE THIS REPORT PRINTED: 03/09/2000

RETURN SERVICE REQUESTED            SOCIAL SECURITY NUMBER: 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
                                    BIRTH DATE:           11/1966
                                    YOU HAVE BEEN IN OUR FILES SINCE: 10/1987
                                    AKA: ROOKS,RODNEY
                                    PHONE: 574-1653

UMER REPORT FOR:

*****
ROOKS, JULIAN, RODNEY, JR
3648 DATFORD LN
TALLAHASSEE, FL 32311

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____  86
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____  IN EVIDENCE _____
DATE REC'D

08/22/2000  17:09    7037642059                    GLOBAL ED RESOURCES              PAGE  03



# STUDENT LOAN CORPORATION (SFC) INDEPENDENCE LOAN
### 111 CONTINENTAL DRIVE, SUITE 120, NEWARK, DE 19713
### TEL: 312.391.2000 / 800.SFC.3312 / FAX: 302.391.2090 (www.sfcorp.com)

### *AVAILABLE TO ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE STUDENTS*

| | |
|---|---|
| Eligibility | U.S. Citizen / U.S. Permanent Resident. International students accepted with U.S. Citizen / U.S. Permanent Resident |
| Application Fee | $75 student. $35 cosigner. Added to loan only if student / cosigner approved. |
| Application Process | Currently students and cosignets can receive the application via e-mail in a Word document format and e-mail it back to St. Matthew's. St. Matthew's will certify it and e-mail or fax it to SFC.  Approval can occur in less than one hour from the time SFC receives completed application.  If approved, student/cosigner will receive paper application and promissory note by overnight mail. Student / cosigner to sign application and promissory note and send in first month payment by check or money order to SFC. (credit card option will be available later this year)  Funds will be wired to St. Matthew's. Monthly payments of principal and interest continue after first payment.  St. Matthew's and SFC will monitor repayment consistency. |
| Credit Criteria* | SFC proprietary formula used.  If loan is not approved, $75 application fee refunded.  SFC reports that almost all students can be approved for one of the three SFC loan programs (see below) with cosigner.  According to SFC, no credit history, weak or poor credit history generally will not preclude students from approval. |
| Cosigner Option, if any | Yes.  Cosigner must be U.S. Citizen or U.S. Permanent Resident |
| Deferment of payment of Principal/Interest | No. Repayment of principal and interest begins immediately. |
| Repayment Term (No prepayment penalty) | Fifteen years.  Payments are due on the first of each month with a 10-day grace period. |
| Interest Rates and Loan Origination Fee | 8% Origination Fee / 12.9% Interest Rate Note: Two additional lower cost programs are expected to be offered later this fall.  St. Matthew's will provide updates. |
| Annual Borrowing Limit | Cost of Attendance less other financial aid |
| Aggregate Borrowing Limit | Cost of Attendance less other financial aid |
| Major Benefits | ◆ The SFC program allows the student to clear balances due to the school, to allow continuation of studies, be assigned a clinical rotation, and be allowed to graduate and receive transcripts. ◆ Student receives a monthly statement showing current loan balances, pay-off information, and minimum amount due.  School is kept apprised of loan status, delinquencies, and possible defaults well in advance of any necessary SFC collection action.  School receives this information twice a month. ◆ Loan servicing and collection process is serviced by SFC.  SFC's monthly billing statement and SFC's skilled in-house collectors maintain constant reminders to students to ensure that they need to keep their accounts current. |

= Students are encouraged to review current credit reports from all three credit bureaus (Experian, Equifax, and Trans Union). SFC randomly pulls one of the three national credit bureau reports when the student/cosigner applies for a loan.  If the student and cosigner have only reviewed the credit report from one of the three credit bureaus, it is entirely possible that SFC pulled one of the other two credit reports to make its credit decision, with the possible result that there is derogatory information on one of the other two credit reports of either or both the student and the cosigner.  Students and cosigners can contact St. Matthew's for information on the cost and process to obtain a three bureau credit report.

| | |
|---|---|
| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / | |
| EXHIBIT NO. | 57 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. | IN EVIDENCE |
| DATE REC'D | |



## Student Finance Corporation
### FINANCING SOLUTIONS FOR STUDENTS

# Student Application

(Please Print or Type)

| | |
|---|---|
| Social Security No. | |
| Institution Name | Institution ID # |
| Program Type | Loan Amount Requested |
| Program Length | ☐Days ☐Months ☐Weeks ☐Years   Start Date   Graduation Date |

### SECTION A -- APPLICANT INFORMATION

| | |
|---|---|
| Full Name (Last, First, Middle) | Birth Date |
| Street Address | City |
| State   Zip   Monthly Rent/Mortgage | Years There   ☐Own ☐Rent ☐Other |
| Telephone   Driver's License No. | Issuing State |
| Previous Street Address | City |
| State   Zip   Years There | |
| Present Employer   Years There | Telephone |
| Position or Title | Supervisor |
| Employer's Address | |
| Previous Employer | Years There |

| | | | |
|---|---|---|---|
| Are you a U.S. Citizen? ☐YES ☐No | If No, Are You a Resident Alien? ☐YES ☐No | Have You Ever Declared Bankruptcy? ☐YES ☐No | |
| Do You Have a Checking Account? ☐YES ☐No | | Do You Have a Savings Account? ☐YES ☐No | |

### SECTION B -- INCOME
Alimony, Child Support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

| Annual Income | Additional Income | Source and Frequency of Additional Income | Total Income |
|---|---|---|---|
| | | | |

### SECTION C -- REFERENCES

| Name | Address | Telephone |
|---|---|---|
| | | |
| | | |

I understand that you will retain this application whether or not it is approved. You are authorized to check my credit and employment history.

Applicant's Signature _____          Date _____

REV 102300

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. __88__
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____  IN EVIDENCE _____
DATE REC'D _____



**Student Finance Corporation**
FINANCING SOLUTIONS FOR STUDENTS

# Cosigner Application

(Please Print or Type)

| | |
|---|---|
| Student's Name | Student's SSN |
| Institution Name | Institution ID # |
| Program Type | Loan Amount Requested |
| Program Length ☐Days ☐Months ☐Weeks ☐Years  Start Date | Graduation Date |

## SECTION A – APPLICANT INFORMATION

| | |
|---|---|
| Full Name (Last, First, Middle) | SSN        Birth Date |
| Street Address | City |
| State      Zip        Monthly Rent/Mortgage | Years There      ☐Own ☐Rent ☐Other |
| Telephone        Driver's License No. | Issuing State |
| Previous Street Address | City |
| State      Zip        Years There | |
| Present Employer        Years There | Telephone |
| Position or Title | Supervisor |
| Employer's Address | |
| Previous Employer | Years There |

| | | | |
|---|---|---|---|
| Are you a U.S. Citizen? ☐Yes ☐No | If No, Are You a Resident Alien? ☐Yes ☐No | Have You Ever Declared Bankruptcy? ☐Yes ☐No | |
| Do You Have a Checking Account? ☐Yes ☐No | | Do You Have a Savings Account? ☐Yes ☐No | |

## SECTION B – INCOME

Alimony, Child Support, or separate maintenance income need not be revealed
if you do not wish to have it considered as a basis for repaying this obligation.

| Annual Income | Additional Income | Source and Frequency of Additional Income | Total income |
|---|---|---|---|
| | | | |

## SECTION C – REFERENCES

| Name | Address | Telephone |
|---|---|---|
| | | |
| | | |

I understand that you will retain this application whether or not it is approved. You are authorized to check my credit and employment history.

_____       _____
Cosigner's Signature                              Date

REV 102300

| |
|---|
| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
| EXHIBIT NO. 89 |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |

UNIVERSITY PRINTING COMPANY
CHICAGO, IL

NO. 15    NOT FURNISHED

©CHICAGO ASSOCIATION OF REALTORS®
COPYRIGHT 1950
ALL RIGHTS RESERVED

# APARTMENT LEASE

| DATE OF LEASE | TERM OF LEASE | | MONTHLY RENT | SECURITY DEPOSIT* |
|---|---|---|---|---|
| | BEGINNING | ENDING | | |
| 01-26-2001 | 02-01-2001 | 01-31-2002 | $835.00 | $1252.00 |

### ADDITIONAL CHARGES AND FEES

Late Charge $ 25.00  Returned Check Charge $ 25.00  Reletting Charge $ 350.00  Parking Fee $ _____  Laundry Room Fee $ _____

Social Security No. _____  Storage Fee $ _____  $ _____  $ _____

*IF NONE, WRITE "NONE." Paragraph 5 of Lease Agreements and Covenants then INAPPLICABLE.

TENANT

TENANT · Rodney Rooks
APARTMENT · Kimberly Teso
124 W. Washington Blvd #2E
BUILDING · Oak Park, IL 60302
CITY ·

(Owner or agent authorized
LESSOR* to manage the Apartment)

NAME · RK Management
ADDRESS · P.O. Box 1327
Morton Grove, IL 60053
CITY · Office 847/966-0923
PHONE · Manager: 708/386-5193

In consideration of the mutual agreements and covenants set forth below and on the reverse side hereof (the same being fully included as part of this Lease) Lessor hereby leases to Tenant and Tenant hereby leases from Lessor for use in accordance with paragraph 8 hereof the Apartment designated above, together with the fixtures and accessories belonging thereto, for the above Term. All parties listed above as Lessor and Tenant are herein referred to individually and collectively as Lessor and Tenant respectively.

ADDITIONAL AGREEMENTS AND COVENANTS (including DECORATING AND REPAIRS), if any.

This lease is subject to any riders attached. Leases broken within the first year of tenancy forfeit security deposit.
Tenants take their own trash to alley containers. Washing and drying machines are not allowed in apartments. No dogs. Tenants replace smoke detector batteries.
Exterminator will have access to all apartments at all times. No parking on Oak Park Streets from 2:30 am to 6:00 am.

TENANT(S)                    SIGNATURES                    LESSOR(S)

_____  (SEAL)    _____    _____ (SEAL)

_____  (SEAL)                              RK MGMT (SEAL)

## LEASE AGREEMENTS AND COVENANTS

1. RENT: Tenant shall pay to Lessor at the above address (or such other address as Lessor may designate in writing) the monthly rent set forth above on or before the first day of each month in advance. The time of each and every payment of rent is of the essence of this Lease. To cover Lessor's added costs for late payments, the monthly rent set forth above shall be increased ...

D. It is, however understood and agreed that buildings are physical structures subject to aging, wear, tear, stress, inherent defects, and numerous forces causing disrepair or breakdown beyond Lessor's reasonable control, and that components and skilled workmen are not always immediately available. It is further understood and agreed that for the most part Lessor's costs of ...

RECEIPT    DATE 1/26/01    NO. 3033

RECEIVED FROM J Rodney Rooks

ADDRESS _____

$ 1720.00

FOR 124 Washington #2E for 1st month rent plus security deposit

| ACCOUNT | HOW PAID | |
|---|---|---|
| AMT. OF ACCOUNT | CASH | 1720.00 |
| AMT. PAID | CHECK | |
| BALANCE DUE | MONEY ORDER | |

BY _____

©1998 REDIFORM® #L600

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. 90
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

CHICAGO, IL

# APARTMENT LEASE

COPYRIGHT 1990
ALL RIGHTS RESERVED

| DATE OF LEASE | TERM OF LEASE | | MONTHLY RENT | SECURITY DEPOSIT* |
|---|---|---|---|---|
| | BEGINNING | ENDING | | |
| 02-01-2002 | 02-01-2002 | 01-31-2003 | $860.00 | $1252.00 |

### ADDITIONAL CHARGES AND FEES

Late Charge $ 25.00    Returned Check Charge $ 25.00  Reletting Charge $ 350.00    Parking Fee $ _____    Laundry Room Fee $ _____

Social Security No. _____-_____-_____    Storage Fee $ _____    $ _____    $ _____

*IF NONE, WRITE "NONE." Paragraph 5 of Lease Agreements and Covenants then INAPPLICABLE.

|  | TENANT | | LESSOR | (Owner or agent authorized to manage the Apartment) |
|---|---|---|---|---|
| TENANT | ○ | Rodney Rooks | NAME ○ | RK Management |
| APARTMENT | ○ | Kimberely Tebo | ADDRESS ○ | P.O. Box 1327 |
| | | 124 W. Washington Blvd #2E | | Morton Grove, IL  60053 |
| BUILDING | ○ | Oak Park, IL  60302 | CITY ○ | Office 847/966-0923 |
| CITY | ○ | | PHONE ○ | Manager: 708/386-8248 |

In consideration of the mutual agreements and covenants set forth below and on the reverse side hereof (the same being fully included as part of this Lease) Lessor hereby leases to Tenant and Tenant hereby leases from Lessor for use in accordance with paragraph 8 hereof the Apartment designated above, together with the fixtures and accessories belonging thereto, for the above Term. All parties listed above as Lessor and Tenant are herein referred to individually and collectively as Lessor and Tenant respectively.

### ADDITIONAL AGREEMENTS AND COVENANTS (including DECORATING AND REPAIRS), if any.

This lease is subject to any riders attached.  Leases broken within the first year
of tenancy forfeit security deposit.
Tenants take their own trash to alley containers. Washing and drying machines are not
allowed in apartments. No dogs. Tenants replace smoke detector batteries.
Exterminator will have access to all apartments at all times. No parking on
Oak Park Streets from 2:30 am to 6:00 am.

| TENANT(S) | SIGNATURES | LESSOR(S) |
|---|---|---|
| _____ | _____ (SEAL) | _____ (SEAL) |
| _____ | _____ (SEAL) | _____ (SEAL) |

## LEASE AGREEMENTS AND COVENANTS

1. RENT: Tenant shall pay to Lessor at the above address (or such other address as Lessor may designate in writing) the monthly rent set forth above on or before the first day of each month in advance. The time of each and every payment of rent is of the essence of this Lease. To cover Lessor's added costs for late payments, the monthly rent set forth above shall be increased

D. It is, however understood and agreed that buildings are physical structures subject to aging, wear, tear, abuse, inherent defects, and numerous forces causing disrepair or breakdown beyond Lessor's reasonable control, and that components and skilled workmen are not always immediately available. It is further understood and agreed that for the most part Lessor's costs of

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. ___91___
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



RECEIVED AS |PLAINTIFF| / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 92
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**2222 WEST DIVISION STREET**

RECEIVED AS |PLAINTIFF| / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 93
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**FRANK O. APANTAKU, M.D. M.Sc. F.A.C.S**
CERTIFIED AMERICAN BOARD OF SURGERY

**MAIN OFFICE**                    **ANSWERING SERVICE**    ◄ **A**
(773) 342-1212                      (773) 539-8292

M _____ *333-5400p*

**B** ► *(HOME)*
*847-251-*              YOUR APPOINTMENT IS AT THE
*0126*                 APANTAKU CLINICS (SUITE 320)
                       2222 WEST DIVISION STREET
                       (773) 342-1212

DAY——DATE——TIME——AM——PM——
EMERGENCY SITUATION: SEE INSTRUCTIONS ON THE REVERSE SIDE.
FAX  *773-342-1010*

```
RECEIVED AS|PLAINTIFF| / DEFENDANT / / JOINT / /
EXHIBIT NO._____ Q4
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D
```



**JESSE WHITE**
SECRETARY OF STATE

CORPORATION FILE DETAIL REPORT



| | | | |
|---|---|---|---|
| **Entity Name** | ADVOCATE HEALTH CARE NETWORK | **File Number** | 17078922 |
| **Status** | ACTIVE | | |
| **Entity Type** | CORPORATION | **Type of Corp** | NOT-FOR-PROFIT |
| **Incorporation Date (Domestic)** | 05/14/1923 | **State** | ILLINOIS |
| **Agent Name** | GAIL D HASBROUCK | **Agent Change Date** | 08/05/2013 |
| **Agent Street Address** | 2075 HIGHLAND PARKWAY 600 | **President Name & Address** | |
| **Agent City** | DOWNERS GROVE | **Secretary Name & Address** | |
| **Agent Zip** | 60515 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 05/09/2014 | **For Year** | 2014 |

```
RECEIVED AS|PLAINTIFF| / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 9.5
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D
```

05/15/2001    12:46    STUDENT FINANCE CORP → 917733421010                    NO.699   P001

Account History for SSN 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

| RecordID | Loan # | Name | Tran Code | Post Date | Amount | ID |
|---|---|---|---|---|---|---|
| 800449 | 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-0 | ROOKS, JULIAN R | 10 | 01-Feb-01 | 394.22 | 9472 |
| 800449 | 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-0 | ROOKS, JULIAN R | 10 | 01-Feb-01 | 0 | 9617 |
| 800449 | 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-0 | ROOKS, JULIAN R | 10 | 05-Mar-01 | 394.22 | 10070 |
| 800449 | 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-0 | ROOKS, JULIAN R | 10 | 10-Apr-01 | 394.22 | 10588 |
| 800449 | 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-0 | ROOKS, JULIAN R | 10 | 09-May-01 | 394.22 | 10988 |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



Articles from this weeks issue:   1   2   3   4   Front Page

## St. Matthew's changes administration

The Island Newspaper, Ambergris Caye, Belize        Vol. 11, No. 23        June 14, 2001

Features: Search Issues | Read Back Issues | Subscriptions | Merchandise Ordering Information

An interruption of classes last week had tongues wagging about the island's medical school closing down. Malicious rumors were circulated regarding embezzlement which all parties involved, in and outside of Belize, categorically denied. This week, an announcement from St. Matthew's International conveyed that at their June 1st Annual General Meeting in San Pedro, the board of directors (BOD) voted for a change in administrative appointments on the island's campus. Subsequently, a controversial Supreme Court injunction barring the following people from entry to the school was served on Monday, June 4th: President Jeffrey Sersland; his wife Renae who is the Vice President of University Services and Director of Student Affairs and Financial Aid; Chief Financial Officer Liz Cechini and their "agents". Others barred were University Coordinator Terry Anderson, faculty member Dr. Mary Beth Downs and campus security.

Statements were issued from both parties and questions remaining were to be battled out in court starting Wednesday, June 13th. The San Pedro Sun conducted its own interviews and learned the following facts.

According to the newly elected President and Chief Operating Officer of St. Matthew's International, Dr. Jerry Thornton, the proposed interim President of St. Matthew's University will be Dr. B.D. Owens who is scheduled to arrive this Friday. Dr. Owens' experience includes being a past president of two universities: University of Tampa (1971-77) and Northwest Missouri State University (1977-1984). He most recently acted as a consultant to educational institutions and healthcare corporations in the United States. Dr. Thornton explained that as an economist, Dr. Owens will also serve as the Chief Financial Officer for the medical school. Named as Director of Financial Aid was Gloria Miranda-Avila who works out of the Orlando, Florida office and will perform quarterly visits to our local university.

Dr. Thornton continued explaining the board's decision for the recent appointments was based on the need for a more experienced administration due to the rapid growth of the local school's enrollment and its plans for expansion. He praised Dr. Sersland and the work he has accomplished since the opening of the school in 1997, but emphasized the specific need for an academic administrator capable of managing a

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____97_____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

A

large university. Quoting Dr. Thornton's press release, "This decision for change should in no way affect any prior relationships with the community."

Appealing the injunction, Dr. Sersland took time to speak to the *San Pedro Sun* offering his concerns which are mainly for the education of the students, the employment of the faculty and the economy which affects the residents of this island. In his statement he quoted, "It appears this act is merely a personal campaign to smear my name and the names of other respected colleagues from the university." His claim is that this "act" was unlawful and he hopes to prove this in court. Mr. Sersland stated he had no notice of this change of administration prior to the BOD meeting, nor did his faculty or administration. The subject was not included on the meeting's agenda and because of this, he feels it to be a "hostile takeover" based on personal vengeance. As one of the board of directors, he revealed his vote did not count and questioned the legality of this. (The actual vote count could not be confirmed as of press time.) As the founder of St. Matthew's, director and owner, he vowed to "legally fight this takeover attempt to my fullest ability and to protect our students, faculty, administrators, employees and the people of Belize and the founding principles which I have personally instilled upon the university from the onset. I will do this in a professional manner with the utmost respect for all."

B

In an interview with the only local San Pedro BOD member, Seferino Paz II stated, "I was shocked and surprised because it was not on the agenda. I did not agree with the changes or the way it was implemented. My concern is with the welfare of the school."

The main issue was resolved when students resumed classes on Thursday after a brief three-day interruption. Concerns remain as to monthly reports not being made to the BOD in a timely fashion, but there was no report of a previous investigation being requested by St. Matthew's International. Dr. Sersland replied that a report was given at the November meeting, but because of the hurricane and understaffing another report was not given until June. He claims the information for the interim months is available. Other information received by this newspaper was that the last completed audit for the local university was completed December 31, 1999. A financial statement for the past fiscal year has been drafted and awaits verification of shareholders' balances.

The legal outcome of this dispute will be announced in the *San Pedro Sun* as soon as it becomes available.

Articles from this weeks issue:   -1.   -2.   -3.   -4.   Front Page

Copyright © San Pedro Sun. Design by Casado Internet Group.



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 98
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



Articles from this weeks issue:  1   2   3   4   Front Page

# St. Matthew's injunction dissolved

The San Pedro Sun

The Island Newspaper, Ambergris Caye, Belize      Vol. 11, No. 25      June 28, 2001

Features: Search Issues | Read Back Issues | Subscriptions | Merchandise Ordering Information

## PAGE 3, VOLUME 11, No. 25

earlier that no financial inquiries were known to have been requested by the St. Matthew's Board of Directors and there was no mention of financial problems or a change of administration in the Board Of Directors Annual General Meeting agenda of June 1st. It was confirmed by professional sources that in most situations where financial indiscretions are suspected, the directors hold a meeting to discuss the situation and if "concrete evidence" is provided regarding abuse of the finances of the institution, the BOD may remove the administrator. In this situation, however, this was not the case; the president of the school was also a director on the board at the time and a shareholder in the company which raises legal technicalities.



Eyewitnesses have reported that before the injunction was served, several people involved in the takeover of administration were seen removing files from administrative offices. Witnesses also observed shredded material in these offices after that fact. The fact that administrative offices were broken into and locks changed before the court injunction was served appeared to some that the "takeover" was



illegal. In a letter posted to the Chief of Security on June 2, 2001 Dr. Michael Harris stated, "All property of St. Matthew's University is to be made available to the officers of the Corporation including representatives of Apex Trust Company who will be providing management services to St. Matthew's University beginning June 4, 2001." Upon investigation it was discovered that Apex Trust Company is a subsidiary of the W. H. Courtenay & Co. law firm, and provides offshore services and corporate management. It was further learned that Mr. V. Harrison Courtenay of this company replaced Dr. Jeffrey Sersland as a director on the St. Matthew's Board of Directors and his associate Lisa Peyrefitte is Corporate Secretary to the board.

Faculty and students have expressed much dismay at these turn of events. As one woman explained, "Things were just starting to get going and the school had good projects in the making." Plans for a medical and marine biology research facility are now questionable. One faculty member stated it was necessary to cancel the closing on a house they were purchasing due to feelings of extreme instability. Another faculty member stated they remained on staff for the benefit of the students even before they were told that if they walked out in protest they would be fired. Additional information received from St. Matthew's University personnel revealed that a director and his associates made visits to the island of Curacao regarding school activities. Students and faculty are questioning if this means the University will be relocating from San Pedro or if it pertains to the possibility of opening

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____   IN EVIDENCE _____
DATE REC'D _____

# TELECOM*USA

KIMBERLY TEBO
APT 2-E
124 W WASHINGTON BL
OAK PARK, IL 60302-4354

Page 4 of 4
Account Number 708 445-1215 773 6
Billing Date Jul 7, 2001

Questions? 1-800-244-4444

## Important Information

This portion of your bill is provided as a service of Ameritech to the above company. Please review all charges carefully - they may include those of a service provider not shown on a previous bill. In addition, nonpayment of toll charges may result in disconnection of local service, and other services may be restricted if not paid. Unpaid accounts may also be subject to collection action. If you have questions about any of the charges appearing on this page, please call the number shown above.

## Long Distance – Continued

| No. | Date | Time | Place Called | Number | Code | Min | |
|-----|------|------|--------------|--------|------|-----|---|
| 42 | 6-25 | 133P | 220TALLABA FL | 850 321-3787 | D | 1 | .99 |
| 43 | 6-25 | 320P | 220CHICAGO IL | 312 345-0580 | D | 2 | .99 |
| 44 | 6-25 | 324P | 220CHICAGO IL | 312 345-0580 | D | 1 | .99 |
| 45 | 6-25 | 416P | 220CHICAGO IL | 312 345-0580 | D | 5 | .99 |
| 46 | 6-25 | 437P | 220CHICAGO IL | 312 345-0580 | D | 1 | .99 |
| 47 | 6-25 | 123P | 220TALLABA FL | 850 655-4412 | D | 6 | .99 |

Total Itemized Calls — 51.78

Key for Calling Codes:
D  Day          E  Evening          N  Night/Weekend

Total Long Distance Charges — 51.78

## Local, State and Federal Charges

| | |
|---|---|
| Municipal Infrastructure Maintenance Fee | .52 |
| State Infrastructure Maintenance Fee | .26 |
| State Additional Charges | .02 |
| Total Local, State and Federal Charges | .80 |

Taxes
| | |
|---|---|
| Federal at 3% | 1.55 |
| Illinois at 7% | 3.62 |
| Total Taxes | 5.17 |

Total TELECOM*USA Charges — 57.75

## Current Charges

**Long Distance**

| No. | Date | Time | Place Called | Number | Code | Min | |
|-----|------|------|--------------|--------|------|-----|---|
| | **Itemized Calls** | | | | | | |
| 1 | 6-02 | 839A | 220TALLABA FL | 850 877-8141 | N | 1 | .99 |
| 2 | 6-02 | 839A | 220TALLABA FL | 850 980-0447 | N | 1 | .99 |
| 3 | 6-03 | 105P | 220TALLABA FL | 850 980-0447 | N | 10 | .99 |
| 4 | 6-03 | 118P | 220TALLABA FL | 850 980-0447 | N | 5 | .99 |
| 5 | 6-04 | 1051A | 220CHICAGO IL | 312 345-0580 | D | 7 | .99 |
| 6 | 6-05 | 1245P | 220SPRINGF IL | 217 785-5133 | D | 2 | .99 |
| 7 | 6-05 | 509P | 220TALLABA FL | 850 655-4412 | D | 8 | .99 |
| 8 | 6-05 | 640P | 220CHICAGO IL | 312 528-0300 | E | 2 | .95 |
| 9 | 6-07 | 830A | 220CHICAGO IL | 312 345-0580 | D | 1 | .99 |
| 10 | 6-07 | 941P | 220TALLABA FL | 850 655-4412 | E | 11 | .99 |
| 11 | 6-07 | 1007P | 220TALLABA FL | 850 655-4412 | E | 45 | 2.34 |
| 12 | 6-08 | 1043A | 220CHICAGO IL | 312 528-0300 | D | 1 | .99 |
| 13 | 6-08 | 1055A | 220HINSDAL IL | 630 571-6866 | D | 2 | .99 |
| 14 | 6-08 | 148P | 220CHICAGO IL | 312 345-0580 | D | 2 | .99 |
| 15 | 6-08 | 936P | 220TALLABA FL | 850 655-4412 | E | 49 | 3.02 |
| 16 | 6-09 | 1144P | 220TALLABA FL | 850 655-4412 | N | 5 | .99 |
| 17 | 6-10 | 1155A | 220HAVANA FL | 850 539-8478 | N | 2 | .99 |
| 18 | 6-10 | 529P | 220TALLABA FL | 850 980-0447 | N | 1 | .99 |
| 19 | 6-10 | 529P | 220TALLABA FL | 850 980-0447 | N | 1 | .99 |
| 20 | 6-10 | 624P | 220HAVANA FL | 850 539-8478 | N | 22 | 1.13 |
| 21 | 6-10 | 646P | 220TALLABA FL | 850 980-0447 | N | 1 | .99 |
| 22 | 6-10 | 727P | 220TALLABA FL | 850 980-0447 | N | 1 | .99 |
| 23 | 6-10 | 728P | 220HAVANA FL | 850 539-8478 | N | 20 | .99 |
| 24 | 6-10 | 748P | 220TALLABA FL | 850 980-0447 | N | 1 | .99 |
| 25 | 6-11 | 1256P | 220TALLABA FL | 850 321-3787 | D | 1 | .99 |
| 26 | 6-11 | 620P | 220TALLABA FL | 850 980-0447 | D | 4 | .99 |
| 27 | 6-12 | 549A | 220TALLABA FL | 850 321-3787 | E | 1 | .99 |
| 28 | 6-13 | 410P | 220TALLABA FL | 850 877-8141 | D | 39 | 2.32 |
| 29 | 6-13 | 457P | 220FAIRFAX VA | 703 764-3777 | D | 8 | .99 |
| 30 | 6-14 | 604P | 220TALLABA FL | 850 655-4412 | D | 1 | .99 |
| 31 | 6-14 | 713P | 220JACKSON FL | 904 741-4580 | E | 2 | .99 |
| 32 | 6-16 | 926A | 220CHICAGO IL | 773 475-3545 | N | 7 | .99 |
| 33 | 6-21 | 912A | 220CHICAGO IL | 312 345-0580 | D | 1 | .99 |
| 34 | 6-21 | 917A | 220WAUKEGA IL | 847 249-5535 | D | 1 | .99 |
| 35 | 6-21 | 919A | 220WAUKEGA IL | 847 249-4636 | D | 3 | .99 |
| 36 | 6-21 | 1124A | 220CHICAGO IL | 312 345-0580 | D | 1 | .99 |
| 37 | 6-21 | 704P | 220TALLABA FL | 850 877-8141 | E | 9 | .99 |
| 38 | 6-22 | 331P | 220TALLABA FL | 850 655-4412 | D | 3 | .99 |
| 39 | 6-22 | 405P | 220FAIRFAX VA | 703 764-3777 | D | 1 | .99 |
| 40 | 6-25 | 734A | 220TALLABA FL | 850 321-3787 | D | 1 | .99 |
| 41 | 6-25 | 1146A | 220CHICAGO IL | 773 899-1050 | D | 1 | .99 |

← A (pointing to row 29)

← B (pointing to row 39)

---

RECEIVED AS: PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____ 100
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

UD92-1 (3/99)     11     Printed on Recyclable Paper

**TELECOM*USA**

KIMBERLY TEBO
APT 2-E
124 W WASHINGTON BL
OAK PARK, IL 60302-4354

Page  4 of 4
Account Number  708 445-1215 773 6
Billing Date  Aug 7, 2001

Questions?  1-800-424-7272

**Taxes**

| | |
|---|---|
| Federal at 3% | .92 |
| Illinois at 7% | 2.15 |
| Total Taxes | 3.07 |
| Total TELECOM*USA Charges | 34.19 |

### Important Information

This portion of your bill is provided as a service of Ameritech to the above company. Please review all charges carefully - they may include those of a service provider not shown on a previous bill. In addition, nonpayment of toll charges may result in disconnection of local service, and other services may be restricted if not paid. Unpaid accounts also may be subject to collection action. If you have questions about any of the charges appearing on this page, please call the number shown above.

### Current Charges

**Long Distance**

| No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| | | | | Itemized Calls | | | |
| 1 | 7-05 | 1019A | 220WHEATON IL | 630 752-9226 | D | 4 | .99 |
| 2 | 7-05 | 421P | 220FAIRFAX VA | 703 764-3777 | D | 12 | .99 |
| 3 | 7-05 | 745P | 220TALLAHA FL | 850 656-4412 | E | 54 | 3.37 |
| 4 | 7-08 | 101P | 220CHICAGO IL | 312 83*-2827 | N | 1 | .99 |
| 5 | 7-08 | 101P | 220CHICAGO IL | 773 404-2827 | N | 4 | .99 |
| 6 | 7-08 | 105P | 220CHICAGO IL | 773 404-2827 | N | 2 | .99 |
| 7 | 7-09 | 1249P | 220FAIRFAX VA | 703 764-3777 | D | 1 | .99 |
| 8 | 7-10 | 1150A | 220TALLAHA FL | 850 431-5301 | D | 2 | .99 |
| 9 | 7-10 | 1154A | 220TALLAHA FL | 850 431-5301 | D | 3 | .99 |
| 10 | 7-10 | 1211P | 220CHERRY IL | 815 332-3260 | D | 4 | .99 |
| 11 | 7-10 | 1217P | 220CHERRY IL | 815 332-3260 | D | 1 | .99 |
| 12 | 7-12 | 1058A | 220HAVANA FL | 850 539-8478 | D | 13 | .99 |
| 13 | 7-12 | 800P | 220TALLAHA FL | 850 980-0447 | E | 1 | .99 |
| 14 | 7-12 | 809P | 220TALLAHA FL | 850 980-0447 | E | 1 | .99 |
| 15 | 7-12 | 814P | 220TALLAHA FL | 850 980-0447 | E | 1 | .99 |
| 16 | 7-12 | 814P | 220TALLAHA FL | 850 980-0447 | E | 13 | .99 |
| 17 | 7-14 | 618P | 220TALLAHA FL | 850 877-8341 | N | 1 | .99 |
| 18 | 7-15 | 814P | 220TALLAHA FL | 850 983-0447 | N | 1 | .99 |
| 19 | 7-15 | 816P | 220TALLAHA FL | 850 980-0447 | N | 10 | .99 |
| 20 | 7-16 | 433P | 220TALLAHA FL | 850 655-4412 | D | 12 | .99 |
| 21 | 7-20 | 1104A | 220TALLAHA FL | 859 321-3787 | D | 1 | .99 |
| 22 | 7-20 | 1105A | 220TALLAHA FL | 850 321-3787 | D | 1 | .99 |
| 23 | 7-21 | 1116P | 220PENSACO FL | 850 429-7132 | N | 42 | 2.53 |
| 24 | 7-22 | 302P | 220TALLAHA FL | 850 655-4412 | N | 12 | .99 |
| 25 | 7-22 | 702P | 220TALLAHA FL | 850 980-0447 | N | 12 | .99 |
| 26 | 7-22 | 719P | 220TALLAHA FL | 850 980-0447 | N | 3 | .99 |
| 27 | 7-23 | 804P | 220TALLAHA FL | 850 656-4412 | E | 20 | .99 |
| | | | | Total Itemized Calls | | | 30.65 |

**Key for Calling Codes:**
D  Day          E  Evening          N  Night/Weekend

Total Long Distance Charges  30.65

**Local, State and Federal Charges**

| | |
|---|---|
| Municipal Infrastructure Maintenance Fee | .31 |
| State Infrastructure Maintenance Fee | .15 |
| State Additional Charges | .01 |
| Total Local, State and Federal Charges | .47 |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____101_____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

A



B

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 162
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____