P-1

Aug 20 01 12:55p ← C

# St. Matthew's University School of Medicine

### San Pedro, Ambergris Caye, Belize

A →

## FACSIMILE TRANSMITTAL SHEET

E → **TO:** Rodney Roops   **FROM:** Gloria M. Avila

**COMPANY:**   **DATE:** 8/20/01

(PHONE) 1-850-321-3787   **TOTAL NO. OF PAGES INCLUDING COVER:** #(5)

(FAX) 1-708-358-1447   **CC:**

**RE:** SFC

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

D → Rodney,

Please complete and mail back
with originals.

Thanks,

B → Gloria

1750 WEST BROADWAY STREET
SUITE 114
OVIEDO, FL 32765
PHONE: 900-498-9700 OR 407-977-8100 OUTSIDE U.S.
FAX: 800-565-7177 OR 407-977-9389 OUTSIDE U.S.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 102
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

August 16, 2001

Dear Julian Rooks;

In an effort to resolve what has been described as a misunderstanding regarding the reserve disbursement of the Student Finance Corporation loan you took out through St. Matthew's University this past spring, I am sending the following information.

As you have learned the policy of the Student Finance Corporation was to hold the remaining twenty-five percent of your loan until you were no longer an in-school student. Following your leaving the university, the total amount in one-twelfth installments over the course of a year was to be paid.

Some students indicated that they were not told of the disbursement arrangement and expected to receive the money in monthly installments at the end of the last disbursement of the original loan.

To remedy this situation, the Student Finance Corporation has agreed to fund the "reserve" amount beginning immediately in seven equal installments. Your total amount of the remaining "reserve" fund is $ 7250. You will receive this amount paid in seven ◄—— **C** equal installments each of $ 1035.71 starting this month.



In order to initiate this transfer it is necessary for you to read the attached "release of claims" agreement and sign it before a notary (available at any bank) and return it to us. To facilitate this transaction you may fax a copy of the signed document and we can begin the process. You then must forward to this office the notarized original document.



If you do not agree with the "release of claims" form and are unwilling to sign it we cannot release your Student Finance Corporation monthly funds. In this case any concerns you have with the loan will be between you and the Student Finance Corporation.

It is important that you make your monthly payments to the Student Finance Corporation in a timely fashion. St. Matthew's University will not be deducting any outstanding student balances from these reserve funds. You will receive a full one-seventh of the outstanding "reserve" balance each month. If you have an outstanding student account balance with St. Matthew's University you will have to pay off your balance with St. Matthew's prior to entering clinical rotations. If you have any questions regarding this matter please call me at 800-498-9700.

Sincerely,

Jerry W. Thornton, Ph.D.
President, St. Matthew's International

| RECEIVED AS | **PLAINTIFF** / / DEFENDANT / / JOINT / / |
| --- | --- |
| EXHIBIT NO. | 104 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D | |

Aug 20 01 12:55p

## RELEASE OF CLAIMS

This Release of Claims (hereinafter referred to as "Release") is entered into by JULIAN RODNEY ROOS who represents that he is mentally competent and of lawful age. As used herein, "Claimant" shall mean JULIAN RODNEY ROOS and any conservator, representative, agent, administrator, executor, or other successor in interest or assign of THIS LOAN .

1.    Recitals.

The Claimant applied for a Student Financial Corporation (SFC) school loan in the Spring of 2001. The Claimant has stated that he/she was counseled by Renae Sersland, M.D. (past Director of Financial Aid for St. Matthew's University School of Medicine in Belize) on the SFC loan and the provisions for repayment. The Claimant holds that he/she was not fully and accurately informed as the payment conditions by SFC either by Dr. Sersland or by the SFC documents he/she signed. The Claimant holds that he/she was told that the total loan disbursement would be given as one-half of seventy five percent of the total loan proceeds prior to completing basic sciences and the other half of seventy-five percent of the total loan proceeds when he/she completed basic sciences (half way through the degree program). The Claimant states that he/she was told that the reserve would be paid in one-twelfth disbursements of the remaining twenty-five percent of the loan (called the reserve) the beginning the month following the last of the total of seventy-five percent of the loan and would continue in monthly payments for the remaining twelve months which followed. The Claimant holds that he/she understood this "reserve" to be available to assist with the monthly loan payments required from the moment the loan was established.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /

EXHIBIT NO. 105

CASE NO. _____

ADVERSARY NO. _____

FOR ID. _____ IN EVIDENCE _____

DATE REC'D _____

Subsequent to the last of the seventy-five percent disbursement, the Claimant reported that he/she found out that the "reserve" was not to be paid in monthly payments until he/she was no longer an "in-school student".



In order to rectify the confusion associated with the payment plan, SFC has agreed to provide the "reserve" funds to SMU on behalf of the Claimant. SMU will provide your total reserve balance of $ 7250 *WHEN* ~~is~~ ~~the funds are received from SFC by SMU.~~ By this means the Claimant will have received the full balance of the loan proceeds as an in-school student.

The purpose of this release and the payments recited herein is to provide for full and final settlement of or due to the Occurrence and to discharge SMU and SMS (SFC) from any and all liability for Claimant's claims arising from the Occurrence.

NOW, THEREFORE, IT IS HEREBY AGREED AS FOLLOWS:

2.     Release.

In consideration of the reserve payments by SFC and SMU as provided in paragraph 3 hereof, Claimant hereby: 1) releases and forever discharges SFC and SMU from any and all past, present, or future claims and demands which Claimant has or claims to have for or in any manner growing out of the Occurrence, including, without limitation, any and all known or unknown claims. This Release shall be a fully binding and complete settlement. This Release is entered into in lieu of a suit for damages allegedly received by the Claimant based upon any possible tort or contract action arising from the Occurrence.

3.     Adequate Consideration and Denial of Liability.

Claimant agrees and acknowledges that Claimant has reviewed the terms of this Release and does accept payment of the sum received pursuant to this Release as a full, complete, final, and binding compromise of matters involving disputed issues; that payment of the sum referred to in paragraph 3 above shall not be considered as an admission of any

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 106
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

liability or wrongdoings which liability or wrongdoing is expressly denied by SFC and SMU; and

that no past or present wrongdoing on the part of SFC or SMU shall be implied by such

payment or negotiations.

4.     Nondisclosure.

Claimant will keep confidential the terms and conditions of this Release.

5.     Entire Agreement.

This Release contains all of the conditions of release with regarding to the matters set

forth herein, and the terms of this Release are contractual and not a mere recital.

6.     Reading of Agreement.

In entering into this Release, Claimant represents that Claimant has completely read all

terms hereof and that such terms are fully understood and voluntarily accepted by him/her.

EXECUTED THIS 22 DAY OF AUGUST , 2001.

Subscribed and sworn to before me this 22 day of AUGUST , 2001.

Notary Public (SEAL)
Cook County, State of Illinois
My Commission Expires: 10/08/2001

"OFFICIAL SEAL"
CARRIE A. BERES
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10/08/2001

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / | |
|---|---|
| EXHIBIT NO. | 107 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. | IN EVIDENCE |
| DATE REC'D | |

```
************************************************************
*                                                          *
*                   TRANSACTION REPORT                     *
*                                    AUG-22-01  03:37 PM   *
*          FOR: MAIL BOXES ETC          7083581447         *
*                                                          *
*     SEND                                                 *
*                                                          *
*   DATE    START    RECEIVER        PAGES    TIME    NOTE *
*                                                          *
*  AUG-22  03:36 PM  13024674032        3    1'09"   OK    *
*                                                          *
************************************************************
```

RECEIVED AS |PLAINTIFF| / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 108
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

Sallie Mae Servicing
CORPORATION
P.O. BOX 9500
WILKES BARRE PA 18773-9500

**B**

(888) 272-5543

JULIAN R ROOKS
124 W WASHINGTON BLV
APT 2E
OAK PARK IL 60302-4354

ACCOUNT NUMBER: 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-1

Dear JULIAN R ROOKS,                                        09/21/01

**A**

Sallie Mae inadvertently forwarded an email to you containing an
attachment with a letter for a different customer.  This happened as a
result of an error in our letter system and was not identified quickly
enough to prevent the letters from being sent incorrectly.  We are
deeply sorry for this error.  We recognize that you depend on Sallie
Mae to protect your personal information.  To prevent such an error
from occurring in the future, new control steps have been developed and
will be followed going forward.  Corrected letters have been sent to
the appropriate customers.

Once again, please accept our apology for this error.

Sincerely,

Customer Service

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____ 109 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

PHONE (888) 272-5543   •   FAX (800) 848-1949   •   TDD/TTY (888) 833-7562   •   24 HRS/7 DAYS

2638907751462B4699

K090    SYSTEM    0001



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 110
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

**A** ▶ 8/14 THOMPSON     (LOAN CONSULTANT) DELAWARE

REFUSED ALL RESPONSIBILITY
BLAMED THE SCHOOL
CALLED ME "SUSPICIOUS"
ASKED ME "WHAT DID YOU SPEND THE MONEY ON?"
**B** ▶ SAID "SEE YOU IN COURT" AND HUNG UP.
SAID "I'LL BET YOU WON'T TELL ME WHICH HOSPITAL YOUR AT".

05/04/02 THOMPSON LEAVES MESSAGE

**C** ▶ 05/09/02 FTC COMPLAINT FILED (2 DOCUMENTS)

BBB
BBB of Delaware
1010 Concord AVE Ste 101
Wilmington DE 19802
(302)594-9200
(302)594-1052 (FAX)
complaints@wilmington.bbb.org

STUDE
PO BC
PHIL,

SPC
170 LUk

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 111
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

**BBB OF DELAWARE**
1010 Concord Ave. Ste. 101, Wilmington, DE 19802
{302} 594-9200  FAX {302} 594-1052

March 11, 2002

Mr. Julian Rodney Rooks, Jr.
124 West Washington Blvd.
2E
Oak Park, IL    60302

Dear Mr. Rooks, Jr.:

This is in reply to your recent communication with the Better Business
Bureau of Delaware, Inc.

_✓_  Thank you for the information you furnished, it has been made a
     part of our file on the subject firm.

____  We cannot begin to work on your complaint until you have
      done all of the following:
Send a letter to the company that is the subject of your complaint, via
certified return-receipt mail.  Be sure to include cc: Better Business
Bureau at the bottom.  If there is no response within 14 days, please
send a letter addressed to the Bureau explaining the resolution you are
seeking. Be sure to include two (2) sets of ALL RELEVANT paperwork
(i.e. invoices, statements, photocopies of the front and back of
cancelled checks) and a copy of the letter sent to the company.

              ***PLEASE DO NOT SEND ORIGINAL DOCUMENTS****
We are sorry that we cannot help you because the BBB does not:
__ Provide legal service or advice.  Consult an attorney.
__ Help break valid contracts.
__ Attempt to persuade merchants to grant refunds when it is not their
   policy.
__ Attempt the collection of unpaid bills.
__ Furnish consumer credit reports.
__ Handle complaints already referred to another agency.
__ Pass judgement on the prices charged by businesses.
__ Handle salary or employment complaints.
__ Handle complaints such as yours, it is outside the scope of    our
   authority.
__ Company is not located at the address you provided.
__ Company is no longer in business.

__ You may be able to get the information or assistance that you
   are seeking by consulting_____.

Sincerely,
Better Business Bureau of Delaware, Inc.

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO._____ 112 |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |



JESSE WHITE
SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | SALLIE MAE SERVICING CORPORATION | **File Number** | 55893493 |
| **A ➤ Status** | WITHDRAWN | | |
| **Entity Type** | CORPORATION | **Type of Corp** | FOREIGN BCA |
| **Qualification Date (Foreign)** | 05/29/1998 | **State** | DELAWARE |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 05/29/1998 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **President Name & Address** | ROBERT LEVIN 11600 SALLIE MAE DRIVE RESTON VA 20193 |
| **Agent City** | CHICAGO | **Secretary Name & Address** | WITHDRAWN 07 24 01 |
| **Agent Zip** | 60604 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 05/11/2001 | **For Year** | 2001 |

**B**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 113
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

## Cook County Hospital, Chicago, Illinois
## Summer, 2002



Plaintiff

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 114
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

MY COPY

SSN: 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



## EDUCATION PAYMENT PLAN
## RETAIL INSTALLMENT CONTRACT

**A**

Date of Contract: 1/17/01
Notice:If checked □, see separate Itemization of Amount Financed.
Services offered by:
**ST. MATTHEWS UNIVERSITY**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar Amount the credit will cost you | AMOUNT FINANCED The Amount of credit provided to you or on your behalf | Total of Payments The Amount you will have paid after you have made all payments as scheduled | Total Sale Price The total cost of your purchase on credit including your down payment |
|---|---|---|---|---|
| 14.41 | $41,959.60 | $29,000.00 | $70,959.60 | |

Your payment schedule will be

**B**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE MONTHLY BEGINNING: e First payment due date |
|---|---|---|
| 180 | 394.22 | 2/1/2001 |

Security: NONE
Late charges: If a payment is late, you will be charged 5% of the unpaid installment. or $5.00, which ever is less, but not less than $1.00
Prepayment: If you pay off early, you will not have to pay a penalty.

See this Consumer Credit Installment Contract for any additional information about nonpayment, default, any required repayment in full before the scheduled date and penalties.

e means estimate.

### ITEMIZATION OF AMOUNT FINANCED

| 1. Cash Price $29,000.00 | 2. direct payments to school (if any) 0 | Amount Financed (1 minus 2) | Pre-Paid Finance Charge |
|---|---|---|---|
| Taxes on Sale (if any) 0 | Cash down payment (if any) 0 | | |
| Total Cash Price (including Taxes) $29,000.00 | Total Down Payment 0 | $29,000.00 | |

"You" or "your" means the Buyer(s) signed below. "Seller", "our" or "us" means the Seller listed below or anyone to whom Seller may assign (Sell) this agreement. "Agreement" and "Contract" mean this Retail Installment Contract.

You agree to buy from Seller the above described services for the Total Price shown ABOVE. By signing below, you agree to all of the terms contained in this agreement.

Promise to Pay: You promise to pay the Seller the Amount Financed, plus interest at a Rate of Charge equal to _____ % per year, according to the schedule of payment shown above. Payments are due on the date indicated in the above Payment Schedule and on the same day of each following month until you pay in full, but if there is no corresponding date in the succeeding month, then on the last day of such succeeding month. A full monthly payment must be made each month. Any additional amounts paid, in excess of what is then due, will be applied to principal balance reduction and will not reduce the amount of the next monthly payment due. Each payment will be applied first to interest due, second to principal due, third to charges due, if any, and the remainder to the unpaid balance of the Principal Amount.

Assignment: Seller intends to assign (sell) all rights under this Agreement to Student Finance Corporation, whose address is Christiana Executive Campus, 111 Continental Drive, Suite 408, New
Payment Due Date: e means estimate. We estimate the payment due dates as yo
after the assignee of this Contract receives this signed contract. You must make a
of each month thereafter.

### OTHER TERMS

References to Seller in Paragraphs 1 through 2 shall be deemed to include any assignee of the Agreement.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 115
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

Page 2 of 4                                            SSN:

1.  **Default:** You will be in default under this Agreement if any of the following events occur: (1) if you do not follow all of the terms of the Agreement; (2) if any installment of interest or principal under this Agreement is not paid when due; (3) if any representation or warranty made by you in this Agreement, or otherwise made by you, is not true, or if you do not perform your obligation under this agreement; or (4) if you die. Upon your default, Seller may, without notice to you, accelerate maturity under this Agreement and require that you immediately repay the entire unpaid balance due under this Agreement. If Seller finds it necessary to enforce this Agreement, to the extent permitted by applicable law, you will be obligated to pay reasonable attorney's fee and all costs of collection as awarded by the court or the arbitrator as the case may be. Interest after maturity will be at the rate provided for in this Agreement. In the event of your default, Seller may seek all the relief available, including garnishment of wages.

2.  **Other Terms:** You warrant to the Seller that statements made in your Application are true and correct. You agree to notify us within a reasonable time after any change in your name, address or employment. You will send any notification to the address where you send your payments.

3.  **Security Interest:** None.

4.  **Late Payment Charge:** If payment is not received within ten (10) days after the due date, you will be charged a late charge of 5% of the unpaid installment or $5.00, whichever is less, but in no event less then $1.00 will be assessed. Such charge will be collected once on each such installment

5.  **NSF Fee:** You agree to pay the holder of this Agreement a $20.00 fee for the return by depository institution of a dishonored check, negotiable order of withdrawal, or share draft issued in connection with this Agreement.

6.  **Prepayment:** You may prepay in any amount at any time and you will not have to pay a penalty.

7.  **Advance of Funds:** If you do not pay your scheduled payment on the payment due date, Seller may, at its sole discretion and from time to time, advance funds to the holder of this Agreement to cover such payment if such holder is not the Seller. This advance of funds by the Seller will be reflected as a payment on your next bill. You agree that you will repay this advance of funds to the Seller upon its demand. You can determine the amount you owe under this Agreement both to the holder of this Agreement and with respect to any advance of funds made by Seller at any time by calling our toll free number listed in this Agreement. Seller's advance of funds on your behalf on any one occasion does not obligate Seller to do so on subsequent occasions. Should you fail to repay the advance of funds to Seller upon its demand, Seller will have the same rights it has under this Agreement as if it had not transferred it to holder. Any amounts repaid under this Agreement will first be applied to repay the holder in full and then to pay any advance of funds by Seller.

8.  **Usury:**   If at any time the effective interest rate under this Agreement would, but for this paragraph, exceed the applicable maximum lawful rate, the effective interest rate under this Agreement shall be the maximum lawful rate, and any amount received by us in excess of such rate shall be applied to principal and then to fees and expenses, or, if no such amounts are owing, returned to you.

9.  **Applicable Law; Conflict Between Documents:** This Agreement shall be governed by and construed under the laws of the state of Delaware without regard to that state's conflict of laws principles.

10. **ARBITRATION: IF ARBITRATION IS CHOSEN BY ANY PARTY WITH RESPECT TO A CLAIM, DISPUTE OR CONTROVERSY, NEITHER YOU NOR WE WILL HAVE THE RIGHT TO GO TO COURT OR TO HAVE A JURY TRIAL OR TO ENGAGE IN PRE-ARBITRATION DISCOVERY EXCEPT AS PROVIDED FOR IN THE NATIONAL ARBITRATION FORUM RULES. FURTHER, YOU WILL NOT HAVE THE RIGHT TO PARTICIPATE AS A RESPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION. THE ARBITRATOR'S DECISION WILL GENERALLY BE FINAL AND BINDING. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT MAY ALSO NOT BE AVAILABLE IN ARBITRATION. IT IS IMPORTANT THAT YOU READ THE ENTIRE ARBITRATION PROVISION CAREFULLY BEFORE SIGNING THIS CONTRACT.** Upon the demand of any party hereto, whether made before or after institution of any judicial proceeding, any claim or controversy arising out of or relating to this Agreement (a"Dispute") shall be resolved by binding arbitration conducted under and governed by the rules (the"Arbitration Rules") of the American Arbitration Association (the"AAA") and the Federal Arbitration Act. Disputes may include, without limitation, tort claims, counterclaims, a dispute as to whether a matter is subject to arbitration, claims brought as class action, or claims arising from documents executed in the future, a judgement upon the award may be entered in any court having jurisdiction. Special Rules: All arbitration hearings shall conducted in a location near your residence. Arbitrators are required to follow applicable state or federal law. Rules and forms of the National Arbitration Forum may be obtained and all claims shall be filed at National Arbitration Forum office, www.arb-forum.com, or P.O. Box 50191, Minneapolis, Minnesota

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____   IN EVIDENCE _____
DATE REC'D

SSN:

55405. A hearing shall begin within 90 days of demand for arbitration. And all hearing shall conclude within 120 days of demand for arbitration. These time limitation may not be executed unless a party shows cause for extension and then for no more than a total of 60 days. Arbitrator shall be licensed attorney selected from the Arbitration panel of AAA. The parties do not waive applicable Federal or State substantive law except as provided herein. **Preservation and Limitation of Remedies:** Notwithstanding the preceding binding arbitration provision, the parties agree to preserve, without diminution, certain remedies that any party    may exercise before or after an arbitration or by self-help to exercise or persecute the following remedies as applicable: (1) all rights to foreclose against any real or personal property or other security by exercising a power of sale; (ii) all rights of self-help including peaceful occupation of real property and collection of rents, set-off, and peaceful possession of personal property; (iii) obtaining provisional or ancillary remedies including injunctive relief, sequestration, garnishment, attachment, appointment of receiver and filing an involuntary bankruptcy proceeding; and (iv) when applicable, a judgment by confession of judgment. Any claim or controversy with regard to any party's entitlement to such remedies is a Dispute. **Waiver of Exemplary Damages:** The parties agree that they shall not have a remedy of punitive or exemplary damages against other parties in any Dispute and hereby waive any right or claim to punitive or exemplary damages against other parties in any Dispute that they have now or which may arise in the future in connection with any Dispute whether the Dispute is resolved by arbitration or judicially. **Waiver of Jury Trial:** THE PARTIES ACKNOWLEDGE THAT BY AGREEING TO BINDING ARBITRATION THEY HAVE IRREVOCABLY WAIVED ANY RIGHT THEY MAY HAVE TO A JURY TRIAL WITH REGARD TO DISPUTE.

# This space is intentionally left blank

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

Page 4 of 4

SSN: 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

NOTICE

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND
DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR
SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY
HEREUNDER BY THE DEBTOR SHALL NOT EXCEED THE AMOUNT PAID BY THE DEBTOR
HEREUNDER.

NOTICE TO BUYER: (1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS
ANY BLANK SPACE. (2) YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THIS
AGREEMENT. (3) UNDER THE LAW YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL
AMOUNT DUE. (4) IF YOU DESIRE TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE, THE
AMOUNT WHICH IS OUTSTANDING WILL BE FURNISHED UPON REQUEST.

BUYER ACKNOWLEDGES RECEIPT OF A COPY OF THE COMPLETED CONTRACT

ST MATTHWES UNIVERSITY
Seller's Name (Printed)

JULIAN ROOKS
Buyer's Name (Printed)

Authorized Signature        Date

Signature        Date

Title

3648 DARTFORD LANE
Buyer's Address

Seller's Address

TALLAHASSEE, FL 32301
City    State    Zip

City    Sate    Zip

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
Buyer's Social Security Number

Telephone

850-656-4412
Telephone(Home)  Telephone(work)

Seller's Address

TALLAHASSEE, FL 32301
City    State    Zip

City    Sate    Zip

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
Buyer's Social Security Number

Telephone

850-656-4412
Telephone(Home)  Telephone(work)

CO-SIGNER SECURITY AGREEMENT: You, the person (or person) signing below as "Co-signer, "promise to
pay to us, or to our order, at any of our Delaware offices, the Amount Financed, plus interest at the Rate of Charge,
shown on the front of this Contract. You intend to be legally bound by all the terms contained on the front and back
of this note, separately and together, with borrower. You are making the promise to induce us to make the loan to
the borrower, even though the proceeds will be used only for the Borrower's benefit. You agree that we may seek
immediate payment from you without making any prior demand for payment on the Borrower. You also
acknowledge receiving a copy of the "Notice to Co-signer" prior to the time you signed this Note and a complete
copy of this Note.

3648 DARTFORD LANE
TALLAHASSEE, FL 32311

JULIAN ROOKS SR.
Co-signer's Name (Printed)

Address

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
Social Security Number

Co-signer's Signature        Date

Co-signer's Name (Printed)        Address        Social Security Number

Co-signer's Signature        Date

Witness

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 19
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

RODNEY ROOKS, JR.
KIMBERLY N. ROOKS
124 W WASHINGTON BLVD., #2E
OAK PARK, IL  60302

70-2055/719
1954429

477

Date  4/10/02

Pay to the order of  St. Matthews University     $ 410.83

Four hundred ten dollars + 83/100     Dollars

FIRST BANK of OAK PARK
11 MADISON STREET

Memo  Tuition - Rodney Rooks

⑆071920559⑆   ⑈1 954 429⑈ 0477   000004 1083

ST. MATTHEWS UNIVERSITY
SCHOOL OF MEDICINE
3200034R040
CITIBANK FSB FLORIDA
FOR DEPOSIT ONLY

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 119
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

*[handwritten top]* ADAM — e— nadanson@smo.edu:bz

**Cook County Hospital**
1835 W. Harrison St., Chicago, Illinois 60612-9985, Telephone 312/633-6000

*[handwritten]* MON = BSIS   WED = DR. FRANCO
8:30                          8:30
1700 WEST POLK               7TH FLOOR
ADMINISTRATION BLDG.         (R) 7308
R 401

Dear Medical Student:

Thank you for your interest in our Medical Student Clerkship Programs. Senior elective clerkships may be available to qualified students for aggregate period not to exceed four (4) months

**Eligibility:** You may apply for a senior clerkship listed on the reverse side of the application IF:

**A→** 1. You are a current student in good standing and will be in the last year of the formal medical school program by the time you begin the clerkship; and

**B→** 2. You have successfully completed the following core clerkships as indicated:

| Required Core Clerkships | Weeks |
|---|---|
| Surgery | 8 |
| Medicine | 8 |
| Pediatrics | 8 ◄—**F** |
| Obstetrics/Gynecology | 8 ◄—**G** |
| Psychiatry | 6 ◄—**H** |

**To apply:** The following must be submitted by the Medical School Dean:

**C→** 1. The completed application form, which must also be signed by the dean and school seal affixed;

**D→** 2. An official transcript showing clerkships completed, number of weeks, and expected date of graduation.

**E→** Please Note: The application and transcript must be sent by the medical school. **Applications received directly from you will not be processed.**

If accepted, you must present documentation which satisfies our infection Control requirements _prior to beginning the clerkship._

As a senior clerk, you'll become an active member of the medical, surgical or specialty team. You will attend teaching rounds and conferences; on clinical services you will be assigned to an be supervised by our resident and attending staff.

An Evaluation form from your medical school should be submitted to this office.

Any questions call (312) 633-7776. Please allow six (6) weeks for application processing.

Sincerely,

*Bernice B. Hatchett [signature]*

Bernice B. Hatchett
Administrative Assistant
Planning, Education & Research

Encl.
8/18/99

*[handwritten notes]* WED   7308   FLOOR   8:30
DR. NAGI
AN
R 401   LOVARNE
312-572-3964
**J →**
FIS   MW 8:30   MW BSIS 8:30
HR

RECEIVED AS: PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

May 03 02 12:11p

A

| Student# | Year | Sem. | Start Date | End Date | Hospital/Site | Core/Elective Name | Weeks | Eval. | Prec. Score | Exam | Grade | Retak |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1199938 | 2001 | 3 | 10/29/2001 | 11/23/2001 | Jackson Park Hospital | Family Medicine Elective | 6 | H | 98 | | 0.00 | |
| 1199938 | 2002 | 1 | 4/3/2002 | 4/30/2002 | Cook County Hospital | Anesthesiology Elective | 4 | H | | | 0.00 | |
| 1199938 | 2002 | 1 | 4/3/2002 | 3/29/2002 | Jackson Park Hospital | Emergency Medicine Ele | 4 | H | 88 | | 0.00 | |
| 1199938 | 2001 | 3 | 3/4/2002 | 1/18/2002 | Jackson Park Hospital | Internal Medicine Elective | 8 | | | | 0.00 | |
| 1199938 | 2002 | 1 | 11/26/2001 | 1/18/2002 | Jackson Park Hospital | Nephrology Elective | 6 | HP | t5 | | | |
| 1199938 | 2002 | 1 | 1/21/2002 | 3/1/2002 | Jackson Park Hospital | Family Practice Core | 4 | | | | | |
| 1199938 | 2001 | 3 | 10/29/2001 | 11/23/2001 | Jackson Park Hospital | Psychiatry Core | 6 | HP | 86 | | | |
| 1199938 | 2001 | 2 | 6/25/2001 | 8/3/2001 | Jackson Park Hospital | Pediatrics Core | 6 | HP | 85 | | | |
| 1199938 | 2001 | 2 | 8/6/2001 | 7/14/2001 | Jackson Park Hospital | OB/GYN Core | 6 | HP | 82 | | | |
| 1199938 | 2001 | 3 | 9/17/2001 | 10/26/2001 | Jackson Park Hospital | Surgery Core | 12 | HP | 83 | | 82.00 | HP |
| 1199938 | 2001 | 1 | 1/8/2001 | 3/30/2001 | Jackson Park Hospital | Internal Medicine Core | 12 | HP | 88 | | | |
| 1199938 | 2001 | 1 | 4/2/2001 | 6/22/2001 | Jackson Park Hospital | Internal Medicine Elective | 8 | H | 93 | | 0.00 | |
| 1199938 | 2001 | 3 | 11/26/2001 | 1/18/2002 | Jackson Park Hospital | Radiology Elective | | | | | 0.00 | |
| 1199938 | 2002 | 2 | 6/3/2002 | 6/28/2002 | Michael Reese | Trauma Elective | 4 | | | | 0.00 | |
| 1199938 | 2002 | 2 | 5/6/2002 | 5/31/2002 | Cook County Hospital | | | | | | | |

B

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

### CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:    RODNEY ROOKS

Hospital Affiliate:    JACKSON PARK HOSPITAL, CHICAGO ILLINOIS 60649

Dates of Rotation:  11/26/01 - 01/18/02    Number of weeks in Rotation:    8

Rotation Specialty:    MEDICINE - ELECTIVE

Hospital Supervisor in Charge of Assessment:    T. OGBARA, MD

Description of Student Character:

Demonstrated mastery of presentation. Well-read individual.

Rating of Student:

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | X | | | |
| Attendance | X | | | | |
| Dedication | X | | | | |
| Preparation | X | | | | |
| Motivation | X | | | | |
| Initiative | X | | | | |
| Quality of Work | X | | | | |
| Clinical Competency | X | | | | |
| Stress Management | X | | | | |
| Integrity | X | | | | |
| Overall Character | X | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes  X   No _____
If not what were the problems that caused failure:

Grade Submitted for Rotation:   X   Honor _____  High Pass _____  Pass _____  Fail _____
    If grade is an honor or pass, please provide a numerical grade from 70 to 100:   93

Signature of Educational or Clinical Supervisor:

_J. Ogbara MD_

Title:    ATTENDING PHYSICIAN    Date:    February 11, 2002

773-342-1010

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 122
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

May 03 02 12:15p

## ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700 Fax 1(800)565-7177

### CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:  **RODNEY ROOKS**

Hospital Affiliate:  **JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649** A

Dates of Rotation:  **09/17/01 - 10/26/01**  Number of weeks in Rotation:  **6**

Rotation Specialty:  **OBSTETRICS & GYNECOLOGY**

Hospital Supervisor in Charge of Assessment:  **A. SHAH, MD.**

Description of Student Character:

Very good student.

Rating of Student:

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | ✓ | | | |
| Attendance | | ✓ | | | |
| Dedication | | ✓ | | | |
| Preparation | | ✓ | | | |
| Motivation | | ✓ | | | |
| Initiative | | ✓ | | | |
| Quality of Work | | ✓ | | | |
| Clinical Competency | | ✓ | | | |
| Stress Management | | ✓ | | | |
| Integrity | | ✓ | | | |
| Overall Character | | ✓ | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓ No ____
If not what were the problems that caused failure:

Grade Submitted for Rotation:  ____ Honor  ____ High Pass ✓ Pass  ____ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100:  **82** .

Signature of Educational or Clinical Supervisor:

*A. Shah M.D.*

Title:  **ATTENDING PHYSICIAN**  Date:  **November 16, 2001**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

P. 6

May 03 02 12:14p

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside Office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:: _____ RODNEY ROOKS _____

Hospital Affiliate: ____ JACKSON PARK HOSPITAL.  CHICAGO. ILLINOIS. 60649. ____

Dates of Rotation: ___ 01/08/01 - 03/30/01 ___  Number of weeks in Rotation: ___ 12 ___

Rotation Specialty: _____ SURGERY _____

Hospital Supervisor in Charge of Assessment: _____ FRANK  APANTAKU. MD. _____

Description of Student Character:

Very mature. Worked extremely hard during this rotation. Kept very good notes on his patients.

| Rating of Student: | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | ✓ | ✓ | | | |
| Attendance | ✓ | | | | |
| Dedication | ✓ | | | | |
| Preparation | ✓ | | | | |
| Motivation | ✓ | | | | |
| Initiative | | ✓ | | | |
| Quality of Work | ✓ | ✓ | | | |
| Clinical Competency | ✓ | | | | |
| Stress Management | ✓ | | | | |
| Integrity | | | | ✓ | |
| Overall Character | | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓  No ____
If not what were the problems that caused failure:

**A**

Grade Submitted for Rotation: ___ ✓ Honor ____ High Pass ____ Pass ____ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: ___ 92 ___

**A1**

Signature of Educational or Clinical Supervisor:

_Apantaku_ MD.

Title: ____ ATTENDING PHYSICIAN ____  Date: ____ April 30, 2001 ____

773-342-1010    P. 5

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO._____
ADVERSARY NO. _____
FOR ID. _____  IN EVIDENCE _____
DATE REC'D _____

May 03 02 12:15p                                                                    p.7

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700 Fax 1(866)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:: _____ RODNEY ROOKS _____

Hospital Affiliate: ___ JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649 ___

Dates of Rotation: ___ 01/21/02 - 03/01/02 ___ Number of weeks in Rotation: ___ 6 ___

Rotation Specialty: _____ NEPHROLOGY _____

Hospital Supervisor in Charge of Assessment: _____ A. GUPTA, MD. _____

Description of Student Character:

Quiet, hardworking individual with a mature sense of purpose. Delightful to work with.

Rating of Student:

|                      | Excellent | Good | Average | Failure | Not Observed |
|----------------------|-----------|------|---------|---------|--------------|
| Fund of Knowledge    |           | ✓    |         |         |              |
| Attendance           |           | ✓    |         |         |              |
| Dedication           |           | ✓    |         |         |              |
| Preparation          |           | ✓    |         |         |              |
| Motivation           |           | ✓    |         |         |              |
| Initiative           |           | ✓    |         |         |              |
| Quality of Work      |           | ✓    |         |         |              |
| Clinical Competency  |           | ✓    |         |         |              |
| Stress Management    |           | ✓    |         |         |              |
| Integrity            |           | ✓    |         |         |              |
| Overall Character    |           | ✓    |         |         |              |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes __✓__ No _____
If not what were the problems that caused failure:

Grade Submitted for Rotation: _____ Honor __✗__ High Pass _____ Pass _____ Fail
    If grade is an honor or pass, please provide a numerical grade from 70 to 100: _____.

Signature of Educational or Clinical Supervisor:

*A. Gupta MD*

Title: _____ ATTENDING PHYSICIAN _____ Date: _____ March 13, 2002 _____

p.8          773-342-1010                          Maria          Rev U4 U2 U9:43p

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 125
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

May 03 02 12:15p                                                                          p.8

## ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

### CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student::                    RODNEY ROOKS

Hospital Affiliate:      JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649

Dates of Rotation:      03/04/02 - 03/29/02      Number of weeks in Rotation:         4

Rotation Specialty:                    EMERGENCY MEDICINE

Hospital Supervisor in Charge of Assessment:              S. GUTERMANN, MD

Description of Student Character:

Punctual, dedicated and extremely hardworking.

Rating of Student:

|                       | Excellent | Good | Average | Failure | Not Observed |
|-----------------------|-----------|------|---------|---------|--------------|
| Fund of Knowledge     |           | ✓    |         |         |              |
| Attendance            | ✓         |      |         |         |              |
| Dedication            | ✓         |      |         |         |              |
| Preparation           | ✓         |      |         |         |              |
| Motivation            | ✓         |      |         |         |              |
| Initiative            | ✓         |      |         |         |              |
| Quality of Work       |           | ✓    |         |         |              |
| Clinical Competency   |           | ✓    |         |         |              |
| Stress Management     |           | ✓    |         |         |              |
| Integrity             | ✓         |      |         |         |              |
| Overall Character     |           | ✓    |         |         |              |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓  No _____
If not what were the problems that caused failure:

**A**

Grade Submitted for Rotation: _____ Honor ____ High Pass _____ Pass _____ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100:   86  .

Signature of Educational or Clinical Supervisor:

*S. Gutermann M*                                                        **A1**

Title:          ATTENDING PHYSICIAN          Date:       April 15, 2002

p.7          773-845-1010                          murse     _____ __ __ __

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____  120
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

May 03 02 12:17p                                                      p.8

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
### Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9780 Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:     RODNEY ROOKS

Hospital Affiliate:    JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649.

Dates of Rotation:    10/29/01 - 11/23/01    Number of weeks in Rotation:    6

Rotation Specialty:    FAMILY MEDICINE

Hospital Supervisor in Charge of Assessment:    A. KESWANI, MD

Description of Student Character:

This student was extremely dedicated. He participated very actively in ward rounds discussions.

Rating of Student:

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | ✓ | | | | |
| Attendance | ✓ | | | | |
| Dedication | ✓ | | | | |
| Preparation | ✓ | | | | |
| Motivation | ✓ | | | | |
| Initiative | ✓ | | | | |
| Quality of Work | ✓ | | | | |
| Clinical Competency | ✓ | | | | |
| Stress Management | | | | | |
| Integrity | ✓ | | | | ✓ |
| Overall Character | ✓ | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓  No _____
If not what were the problems that caused failure:

**A**

Grade Submitted for Rotation:   ✓  Honor _____   High Pass _____   Pass _____   Fail _____
If grade is an honor or pass, please provide a numerical grade from 70 to 100:   98

Signature of Educational or Clinical Supervisor:

A. Keswani, MD

**A1**

Title:    ATTENDING PHYSICIAN    Date:    December 10, 2001

P.8                773-342-1010                bjapa

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____   127
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

May 03 02 12:17p                                                                        p.10

## ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
### Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9780 Fax 1(800)565-7177

### CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student::                RODNEY ROOKS

Hospital Affiliate:     JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649.

Dates of Rotation:-    08/06/01 - 09/14/01    Number of weeks in Rotation:    6   ◀ **B**

Rotation Specialty:                PEDIATRICS

Hospital Supervisor in Charge of Assessment:    V. JOHN, MD.

Description of Student Character:

Excellent student. Very caring, understanding and compassionate.

Rating of Student:

|                     | Excellent | Good | Average | Failure | Not Observed |
|---------------------|-----------|------|---------|---------|--------------|
| Fund of Knowledge   |           | ✓    |         |         |              |
| Attendance          |           | ✓    |         |         |              |
| Dedication          |           | ✓    |         |         |              |
| Preparation         | ✓         |      |         |         |              |
| Motivation          | ✓         |      |         |         |              |
| Initiative          | ✓         |      |         |         |              |
| Quality of Work     |           | ✓    |         |         |              |
| Clinical Competency |           | ✓    |         |         |              |
| Stress Management   |           | ✓    |         |         |              |
| Integrity           |           | ✓    |         |         |              |
| Overall Character   |           | ✓    |         |         |              |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓  No _____
If not what were the problems that caused failure:

◀ **A**

Grade Submitted for Rotation: _____ Honor _____ ✓ High Pass _____ Pass _____ Fail
    If grade is an honor or pass, please provide a numerical grade from 70 to 100:   85 .

Signature of Educational or Clinical Supervisor:

V. John M                                          ◀ **A1**

Title:        ATTENDING PHYSICIAN        Date:    October 1, 2001

RECEIVED AS |PLAINTIFF| // DEFENDANT // JOINT //
EXHIBIT NO. _____ 128
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

## ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
### Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

### CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student::          RODNEY ROOKS

Hospital Affiliate:          JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649,

Dates of Rotation:          0402/01 - 06/22/01          Number of weeks in Rotation:          12

Rotation Specialty:          MEDICINE

Hospital Supervisor in Charge of Assessment:          JAYESH MADHANI, MD.          ← **B**

**C** ↙

Description of Student Character:

A very likeable young man. He came well-prepared for rounds and classroom discussions.

Rating of Student:

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | ✓ | | | |
| Attendance | | ✓ | | | |
| Dedication | | ✓ | | | |
| Preparation | | ✓ | | | |
| Motivation | | ✓ | | | |
| Initiative | ✓ | | | | |
| Quality of Work | | ✓ | | | |
| Clinical Competency | | ✓ | | | |
| Stress Management | | ✓ | | | |
| Integrity | ✓ | | | | |
| Overall Character | ✓ | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓  No ____
If not what were the problems that caused failure:

**A** ↗

Grade Submitted for Rotation: _____ Honor ____  High Pass ✓  Pass _____  Fail _____
    If grade is an honor or pass, please provide a numerical grade from 70 to 100: ✗✗

**B1** ↘

Signature of Educational or Clinical Supervisor:

J. Madhani, MD.          **A1** ↖

Title:          ATTENDING PHYSICIAN          Date:          July 30, 2001

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____  IN EVIDENCE _____
DATE REC'D

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE

Ambergris Caye, Belize

Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765

Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student::           RODNEY ROOKS

Hospital Affiliate:    JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649.

Dates of Rotation:    06/25/01 - 08/03/01      Number of weeks in Rotation:      6

Rotation Specialty:                   PSYCHIATRY

Hospital Supervisor in Charge of Assessment:    T. RANGANATHAN, MD.

Description of Student Character:

Attended all classroom seminars. Was very attentive during the clinics and ward rounds..

Rating of Student:

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | ✓ | | | |
| Attendance | ✓ | | | | |
| Dedication | ✓ | | | | |
| Preparation | ✓ | | | | |
| Motivation | ✓ | | | | |
| Initiative | ✓ | | | | |
| Quality of Work | | ✓ | | | |
| Clinical Competency | ✓ | | | | |
| Stress Management | ✓ | | | | |
| Integrity | ✓ | | | | |
| Overall Character | ✓ | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff:  Yes ✓   No ____

If not what were the problems that caused failure:

→ **A**

Grade Submitted for Rotation: ____ Honor ✓ High Pass ____ Pass ____ Fail

If grade is an honor or pass, please provide a numerical grade from 70 to 100:  ~~88~~

**A1**

Signature of Educational or Clinical Supervisor:

*T. Ranganatha m.b.*

Title:      ATTENDING PHYSICIAN      Date:     August 30, 2001

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 130
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

• ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE OFFICIAL TRANSCRIPT •    • ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE OFFICIAL TRANSCRIPT •

# St. Matthew's University School of Medicine
## TRANSCRIPT OF ACADEMIC RECORD
P.O. Box 150, San Pedro Town, Ambergris Caye, Belize

Student Number
1199038

Student Name
JULIAN RODNEY ROCKS

Citizenship
USA

Gender
M

Address
8407 Penny Lane, Ft Pierce
FL
USA

Date of Birth
Wednesday, November 30, 1966

Place Of Birth
Cape Canaveral, Florida

Enrollment Date
Friday, January 01, 1999

Graduation Date

| Course Title | Semester Hours | | Grade | Courses | | No. Of Hours | Hours Attempted | Hours Received |
|---|---|---|---|---|---|---|---|---|
| Bioethics | 2 | | TC | Spring 2001 | | | | |
| Embryology | 2 | | TC | Surgery Core | | 12 | | P |
| Histology & Histophysiology | 4 | | TC | Summer 2001 | | | | |
| Physiology | 7 | | TC | Internal Medicine Core | | 12 | | |
| Biochemistry | 8 | | TC | | | | | |
| Clinical Medicine I | 1 | | TC | | | | | |
| Medical Terminology | 1 | | TC | | | | | |
| Clinical Medicine II | 1 | | TC | | | | | |
| Biostatistics | 2 | | TC | | | | | |
| Endocrinology | 5 | | TC | | | | | |
| Molecular & Cell Biology | 6 | | TC | | | | | |
| Gross Anatomy I | | | TC | | | | | |
| **Spring 1999** | | | | | | | | |
| Clinical Medicine III | 1 | | P | | | | | |
| Clinical Medicine IV | 2 | | P | | | | | |
| Genetics | 2 | | P | | | | | |
| **Summer 1999** | | | | | | | | |
| Pharmacology | 6 | | P | | | | | |
| General Pathology | 7 | | P | | | | | |

CP=Conditional Pass    Cr=Credit granted    F=Failure    H=Honors    HP=High Pass    I=Incomplete    P=PASSED COURSE    TC=Transfer
Cr=fail    W=WITHDRAW    WF=WITHDRAW FAILING

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____ 131 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

May 03 02 12:21p                                                                    p.14

· ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE OFFICIAL TRANSCRIPT ·        · ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE OFFICIAL TRANSCRIPT ·

# St. Matthew's University School of Medicine

## TRANSCRIPT OF ACADEMIC RECORD

P.O. Box 150, San Pedro Town, Ambergris Caye, Belize

Student Number: 1109038

Student Name: JULIAN RODNEY ROOKS

Address:
8407 Penny Lane, Ft Pierce
FL
USA

Country: USA

Gender: M

Date Of Birth: Wednesday, November 30 1966

Place Of Birth: Cape Canaveral, Florida

Enrollment Date: Friday, January 01, 1999

| Course / Exam | Credits | Grade |
|---|---|---|
| Psychopathology | 4 | P |
| Nutrition | 1 | P |
| **Fall 1999** | | |
| Immunology | 2 | P |
| USMLE Review | 7 | P |
| Microbiology | 5 | P |
| Clinical Pathology | 3 | P |
| Clinical Medicine V | 4 | P |
| Neuroscience | 6 | P |
| **Total Credits** | 94 | |



A

B

Nancy Adamson, Ph.D.
Registrar

CP=Conditional Pass    Cr=Credit granted    F=Failure    H=Honors    HP=High Pass    I=Incomplete    P=PASSED COURSE    TC=Transfer
Credit    W=WITHDRAW    WF=WITHDRAW FAILING

RECEIVED AS [PLAINTIFF] // DEFENDANT // JOINT //
EXHIBIT NO._____ 132
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 133
CASE NO.
ADVERSARY NO.
FOR ID.
DATE REC'D        IN EVIDENCE

**D** "ENROLLMENT DATE JAN 1"

**E** FAILES TO STATE WHERE TRANSFERD RECORDS CAME FROM

**A** TRANSFERRED RECORDS

**B** SMU'S RECORDS 1999

**G**

**C** START OF INTERNAL MEDICINE CORE ROTATION ON 4-2-2001

LOSS OF RECORDS ABOUT JUNE 2, 2001

**F** NO FINAL GRADE 11 MONTHS LATER

## St. Matthew's University School of Medicine
### TRANSCRIPT OF ACADEMIC RECORD
P.O Box 190, San Pedro Town, Ambergris Caye, Belize

Identification Number: 199938
Name: JULIAN RODNEY RCOXS
Address: 8407 Penny Lane, Ft Pierce, FL, USA

Citizenship: USA
Date of Birth: Wednesday, November 30, 1966
Place of Birth: Cape Canaveral, Florida

Enrollment Date: Friday, January 01, 1999

| Course Title | Semester Hours | Grade |
|---|---|---|
| Bioethics | 2 | TC |
| Embryology | 4 | TC |
| Histology & Histophysiology | 7 | TC |
| Physiology | 6 | TC |
| Biochemistry | 1 | TC |
| Clinical Medicine I | 1 | TC |
| Medical Terminology | 1 | TC |
| Clinical Medicine II | 2 | TC |
| Biostatistics | 5 | TC |
| Endocrinology | | TC |
| Molecular & Cell Biology | 6 | TC |
| Gross Anatomy I | | |

**Spring 1999**

| Clinical Medicine III | 1 | P |
| Clinical Medicine IV | 2 | P |
| Genetics | 2 | P |

**Summer 1999**

| Pharmacology | 6 | P |
| General Pathology | 7 | P |

Degrees Conferred:

**Spring 2001**
Surgery Core

**Summer 2001**
Internal Medicine Core

| | Sem Hours | Grade/Result |
|---|---|---|
| | 12 | P |
| | 12 | |

CP=Conditional Pass    CI=Credit granted    F=Failure    H=Honors    HP=High Pass    I=Incomplete    P=PASSED CCOURSE    TC=Transfer
Credit    W=WITHDRAW    WF=WITHDRAW FAILING

p.2

'08. 20 04:56p



# St. Matthew's University School of Medicine
## TRANSCRIPT OF ACADEMIC RECORD
P.O. Box 160, San Pedro Town, Ambergris Caye, Belize

Student Number:
1199030

Student Name:
JULIAN RODNEY ROOKS

Citizenship:
USA

Gender:
M

Address:
3407 Penny Lane, Ft Pierce
FL
USA

Date of Birth:
Wednesday, November 30, 1966

Place of Birth:
Cape Canaveral, Florida

Enrollment Date:
Friday, January 01, 1999

| | | |
|---|---|---|
| Psychopathology | 4 | P |
| Nutrition | 1 | P |

**Fall 1999**

| | | |
|---|---|---|
| Immunology | 2 | P |
| USMLE Review | 7 | P |
| Microbiology | 5 | P |
| Clinical Pathology | 8 | P |
| Clinical Medicine V | 4 | P |
| Neuroscience | 6 | P |
| Total Credits | 94 | |

NO ECFMG NUMBER

*"TOTAL CREDITS 94"* ← C

*Signature* ← A

Nancy Adamson, Ph.D.
Registrar

← E

← F

CP=Conditional Pass   Cr=Credit granted   F=Failure   HP=High Pass   Hi-Honors   P=PASSED COURSE   TC=Transfer
Credit   W=WITHDRAW   WF=WITHDRAW FAILING

RECEIVED AS PLAINTIFF / DEFENDANT / JOINT //
EXHIBIT NO. _____ 134
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE
DATE REC'D _____

D "ENROLLMENT DATE "JAN" "

B SMU's RECORDS 1999



**SECOND FAX**

## FAX 2

**EXHIBITS** *121-132*
**SENT FROM DR. APANTAKU'S**
**OFFICE TO COOK COUNTY HOSPITAL**
**ON 5/3/02 AT 12:11pm (central time).**

DR. APANTAKU'S OFFICE
AT ST. MARY'S HOSPITAL

COOK COUNTY
HOSPITAL

**THIRD
FAX**

## FAX 3

**EXHIBITS** *133-134*
**SENT FROM SMU IN**
**FLORIDA TO COOK**
**COUNTY HOSPITAL**
**ON 5/8/02 (exhibit** *133* G)
**AT 4:56pm**
**(central time).**

**FIRST
FAX**

## FAX 1

## MYSTERY
## FAX

**(PREDICTED)**
**SENT FROM SMU IN**
**FLORIDA TO**
**DR. APANTAKU'S**
**OFFICE IN CHICAGO**
**ON 5/3/02, BEFORE**
**12:11pm (central time)**

**DR. APANTAKU THEN PASSED**
**ON THIS FAX TO COOK COUNTY**
**HOSPITAL AS PAGES 13 AND 14 OF**
**HIS FAX, FAX #2.**

**STATE OF
ILLINOIS**

**STATE OF FLORIDA**

**SMU**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ *135*
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

2555 S. Dr. Martin Luther King Drive
Chicago, Illinois 60616


**Advocate Health Center** A

To whom it may concern

It is with pleasure that I write this letter of recommendation for Julian

C

Rodney Rooks. I had the chance to observe and evaluate him while he

completed an Internal Medicine/hospitalist rotation with me. Rodney has a

very versatile professional background and he puts his past exposure and

experiences in different aspects of the medical profession to good use,

particularly in his interactions with patients and their families, he also works

very well as a member of a large medical team, this again I believe stems

from his extensive exposure and experience that he brings with him.

I found him to be knowledgeable and always keen to learn more. I believe he

D

will be an excellent physician and will bring to the profession extraordinary

characteristics in terms of dedication to patient care, eagerness to learn,

motivation and professional manners.

Rodney was well liked by nurses and other medical staff; every one found

him kind and pleasant to work with.

I highly recommend Rodney Rooks for your position, and I wish him a

E

long and successful medical career.

If you have any questions, please feel free to page me at (312) 713-2174.

Sincerely,

B

Waqar Mian , M.D.

Attending Hospitalist/Lead Physician

Advocate health center  Sykes

Advocate Health Centers are a part of Advocate Health Care

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO. |
| CASE NO. |
| ADVERSARY NO. |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |

WAGAR MAN(TO)

2555 S. Dr. Martin Luther King Drive
Chicago, Illinois 60616

Advocate Health Center

SEP 18 2002 PM

JULIAN RODNEY BOOKS
124 WEST WASHINGTON BOULEVARD
2 E
OAK · PARK IL 60302

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 137
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 134
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**G** # 34 C.F.R. § 682.414

(3) A guaranty agency shall retain a copy of the audit report required under § 682.410(b) for not less than five years after the report is issued.

(4)(i) The guaranty agency shall require a participating lender to maintain current, complete, and accurate records of each loan that it holds, including, but not limited to, the records described in paragraph (a)(4)(ii) of this section. The records must be maintained in a system that allows ready identification of each loan's current status.

(ii) The lender shall keep—

(A) A copy of the loan application if a separate application was provided to the lender;

(B) A copy of the signed promissory note;

(C) The repayment schedule;

(D) A record of each disbursement of loan proceeds;

(E) Notices of changes in a borrower's address and status as at least a half-time student;

(F) Evidence of the borrower's eligibility for a deferment;

(G) The documents required for the exercise of forbearance;

(H) Documentation of the assignment of the loan;

(I) A payment history showing the   ◄— **H**
date and amount of each payment received from or on behalf of the borrower, and the amount of each payment that was attributed to principal, interest, late charges, and other costs;

(J) A collection history showing the   ◄— **I**
date and subject of each communication between the lender and the borrower or endorser relating to collection of a delinquent loan, each communication other than regular reports by the lender showing that an account is current, between the lender and a credit bureau regarding the loan, each effort to locate a borrower whose address is unknown at any time, and each request by the lender for default aversion assistance on the loan;

# 34 C.F.R. § 682.511

retary denies one claim.

(b) *Documentation required for claims.* (1) The Secretary requires a lender to submit the following documentation with all claims:

**A** ►  (i) The original promissory note.

(ii) The loan application.

(iii) The repayment instrument.

**B** ►  (iv) A payment history, as described in § 682.414(a)(3)(ii)(I). ◄— **E**

**C** ►  (v) A collection history, as described in § 682.414(a)(3)(ii)(J). ◄— **F**

(vi) A copy of the final demand letter if required by § 682.507(e).

**D** ►  (vii) The original or a copy of all correspondence addressed to, from, or on behalf of the borrower that is relevant to the loan, whether that correspondence involved the original lender, a subsequent holder, or a servicing agent.

RECEIVED AS | PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 138-1
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D




**FRONT**

**A** ⬅

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *Sallie Mae Servicing*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  JUL 22 2002  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

SALLY MAE SERVICING
PO BOX 9500
WILKES BARRE, PA 18773

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7001 1940 0000 0291 5740

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-25

**BACK**



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RODNEY ROOKS
124 W WASHINGTON BLVD
2E
OAK PARK, IL 60302

**B** ➡

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE
WILKES BARRE, PA 18773

Postage  $  0.37    UNIT ID: 0301

Certified Fee  2.30

Return Receipt Fee
(Endorsement Required)  1.75

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees  $  4.42

Postmark Here
Clerk: KERXV8
07/18/02

Sent To
SALLY MAE SERVICING
Street, Apt. No.; or PO Box No.
PO BOX 9500
City, State, ZIP+4
WILKES BARRE PA 18773

PS Form 3800, January 2001    See Reverse for Instructions

**C** ➡

WELCOME TO
OAK PARK MPO
OAK PARK, IL 60301-1205
07/18/02 04:04PM

Store USPS       Trans 129
Wkstn sys5003    Cashier KERXV8
Stock Unit Id    GLORIA
PO Phone Number  708-848-7900
USPS #           1615400301

1. First Class           4.42
   Destination: 18773
   Weight: 0.60oz
   Postage Type: PVI
   Total Cost: 4.42
   Base Rate: 0.37
         SERVICES
   Certified Mail         2.30
   7001194000002915740
   Return Receipt         1.75
2. 37c John Audubon       0.37

Subtotal                  4.79
Total                     4.79

Cash                     10.00
Change Due
   Cash                   5.21

Number of Items Sold: 2

      Thank You
   Please come again!

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 139
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

Sallie Mae Servicing   ◄━━━━ C

P.O. BOX 9500
WILKES BARRE PA 18773-9500           (888) 272-5543

JULIAN R ROOKS           ACCOUNT NUMBER: 2630890077501
124 W WASHINGTON BLV
APT 2E
OAK PARK IL 60302-4354



                          A

Dear JULIAN R ROOKS,                09/19/02

We received your question about your student loans starred(*) below.
We are working to get answers, but need time to research your account.

We expect to resolve this soon, but may need additional time to get your  ◄━━━━ B
loan history or other information from your previous servicer, or to
track the problem. We will contact you with a response as soon as we
can, and ask for your patience.

In the meantime, please continue to make your regular monthly payments.
Thank you.

Customer Service

**Loan Information** *If you have questions or concerns about your account, write to us at the address provided above.*
The list below includes all the loans in your account with us. Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 08/17/93 | $ 7,500.00 | $ 8,687.25 | 4.860 | FFELP |
| * 08/18/93 | 10,000.00 | 18,708.45 | 5.250 | FFELP |
| * 08/11/94 | 8,500.00 | .00 | 7.430 | FFELP |
| * 08/11/94 | 10,000.00 | 17,112.70 | 4.860 | FFELP |
| * 10/15/97 | 8,500.00 | 9,752.87 | 4.860 | FFELP |
| * 10/15/97 | 8,600.00 | 11,952.90 | 4.860 | FFELP |

PHONE (888) 272-5543 • FAX (800) 848-1949 • TDD/TTY (888) 833-7562 • 24 HRS/7 DAYS • www.salliemae.com

2630890077501465548399

K925   LPAX88    48/2

RECEIVED AS | PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 140
CASE NO.
ADVERSARY NO.
FOR ID.       IN EVIDENCE
DATE REC'D

**SallieMaeServicing** ← K

ACCOUNT NUMBER: 2650890077501

Page 2                                                09/19/02

A
B
C
D

**Loan Information**
The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|-----------|---------------------|----------------------|---------------|--------------|
| * 05/27/99 | $ 10,800.00 | $ 12,171.12 | 4.860 | FFELP |
| * 05/27/99 | 8,500.00 | 9,669.04 | 4.860 | FFELP |
| * 02/18/99 | 2,166.00 | 2,710.75 | 4.860 | FFELP |
| * 02/18/99 | 7,139.00 | 8,120.88 | 4.860 | FFELP |

E
F
G
H
I
J

K026   LPAX08 4860

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

Sallie Mae Servicing

P.O. Box 9500
Wilkes-Barre, PA 18773-9500

JULIAN R. ROOKS
124 WEST WASHINGTON BOULEVARD
APT 2E
OAK PARK, IL 60302-4354

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 142
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

TRUE COPY OF THE FRONT PAGE OF THE ORIGINAL—IMPORTANT COMMENTS ATTACHED

**A**

**Application and Promissory Note for Federal Stafford Loans** (subsidized and unsubsidized)

OMB No. 1840-0717 Form Approved Exp. Date 09/31/93

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

Guarantor or Program Participation    A 8 32

FINANCE AUTHORITY OF MAINE    94

RECD USA SERVICES, INC   **B**

MS

**Borrower Section**    Please print neatly or type. Read the instructions carefully.

| 1. Last Name | First Name | MI | 2. Social Security Number |
|---|---|---|---|
| ROOKS | JULIAN | R | 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 |

| 3. Permanent Street Address (If P.O. Box, see instructions.) | 4. Telephone Number | 5. Loan Period (Month/Year) |
|---|---|---|
| 8407 PENNY LANE | (561) 467-9260 | From: 1-99 To: 8-99 |

| City | State | Zip Code | 6. Driver's License Number (List state abbreviation first.) |
|---|---|---|---|
| FT. PIERCE | FL | 34951 | R 200-436-66-430-0 FL |

| 7. Lender Name | State | Zip Code | 8. Lender Code, if known | 9. Date of Birth (Month/Day/Year) |
|---|---|---|---|---|
| KEY BANK USA NA | | | 813760 | 11-30-66 |

10. References: You must provide two separate references with different U.S. addresses. The first reference should be a parent or legal guardian (if living). Both references must be completed fully.

| | 1 | | 2 | 3 |
|---|---|---|---|---|
| Name | JULIAN ROOKE Sr | | ROBIN PETTY | |
| Permanent Address | 8407 PENNY LANE | | 377 ANCHOR WAY | |
| City, State, Zip Code | FT. PIERCE FL 34951 | | FT PIERCE FL 34946 | |
| Area Code/Telephone | (561) 467-9216 | | (561) 466-9875 | |
| Relationship to Borrower | PARENT | | SISTER | |

**Loan Assistance Requested**

11. I request the following loan type(s), to the extent I am eligible (see instructions): ☑ a. Subsidized Federal Stafford   ☑ b. Unsubsidized Federal Stafford

12. I request a total amount under these loan types not to exceed (see instructions for loan maximums): My school will certify my eligibility for each loan type for which I am applying. The amount and other details of my loan(s) will be described to me in a disclosure statement.    **2**   $ 18,500.00

13. If I check yes, I am requesting postponement (deferment) of repayment for my Stafford and prior SLS loan(s) during the in-school and grace periods. If I check no, I do not want to defer repayment.   ☑ a. Yes, I want a deferment   ☐ b. No, I do not want a deferment

14. If I check yes, I am requesting that the lender add the interest on my unsubsidized Stafford and prior SLS loan(s) which accrues during the in-school and deferment periods, to my loan principal (capitalization). If I check no, I prefer to pay the interest.   ☑ a. Yes, I want my interest capitalized   ☐ b. No, I prefer to pay the interest

15. If my school participates in electronic funds transfer (EFT), I authorize the school to transfer the loan proceeds received by EFT to my student account.   ☑ a. Yes, transfer funds   ☐ b. No, do not transfer funds

**Promissory Note**    Continued on the reverse side.

Promise to Pay: I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

THIS IS A LOAN(S) THAT MUST BE REPAID.

16. Borrower's Signature _____   Today's Date (Month/Day/Year) 01-03-99

**School Section**    To be completed by an authorized school official.

| 17. School Name | | 23. School Code/Branch | 25. Telephone Number |
|---|---|---|---|
| | | | ( ) |

| 18. Street Address | | 24. Cost of Attendance | 26. Recommended Disbursement Date(s) (Month/Day/Year) |
|---|---|---|---|
| | | $ 9305 .00 | 1st  2nd |

| City | State | Zip Code | 25. Federal Expected Family Contribution | |
|---|---|---|---|---|
| | | | $ 2166 .00 | 3rd |

| 19. Loan Period (Month/Day/Year) | | 26. Estimated Financial Aid | 27. School Certification (See box on the reverse side.) |
|---|---|---|---|
| From: To: | | $ 0 .00 | Signature of Authorized School Official |

| 20. Grade Level | | 27. Certified Loan Amounts | |
|---|---|---|---|
| | | a. Subsidized $ 7139 | Print or Type Name and Title |

| 21. Enrollment Status (Check one.) | **4** | b. Unsubsidized $ 2166 | |
|---|---|---|---|
| ☐ Full Time   ☑ At Least Half Time | | | Date |

22. Anticipated Completion (Graduation) Date (Month/Day/Year)    ☐ Check box if electronically transmitted to guarantor

**Lender Section**    To be completed by an authorized lending official.

**5**

| 31. Lender Name | 32. Lender Code/Branch | 33. Telephone Number | 34. Lender Use Only |
|---|---|---|---|
| KEY BANK USA NA | 813760 | ( ) | **C** |

| Street Address | 35. Amount(s) Approved | | |
|---|---|---|---|
| | a. Subsidized $ .00 | b. Unsubsidized $ .00 | |

| City | State | Zip Code | 36. Signature of Authorized Lending Official | Print or Type Name, Title, and Date |
|---|---|---|---|---|
| | | | | |

1/31/04    LENDER COPY

**6**  **7**  **8**

RECEIVED AS: PLAINTIFF // DEFENDANT // JOINT //

EXHIBIT NO. _____

CASE NO. _____

ADVERSARY NO. _____

FOR ID. _____ IN EVIDENCE _____

DATE REC'D _____

FINANCE AUTHORITY OF MAINE                          (Herein Called "Guarantor")

**NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT**
LENDER USE ONLY:

Lending Institution Name and Address

KEY BANK, USA
C/O USA GROUP LOAN SERVICES
PO BOX 6179
INDIANAPOLIS        IN    46206

ED Lender Code  913760   Date Produced   02/12/99

SUBSIDIZED FEDERAL STAFFORD LOAN
GUARANTOR USE ONLY: 141SSL C503808886
BORROWER SSN:      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 US161/2
RESERVE ID         AG- X-000023-09
LOAN PERIOD    01/04/99 THRU 04/16/99
LENGTH OF GRACE    SIX FULL    MONTHS
GRADUATION DATE   06/30/02
MATURITY DATE     12/30/02
* FLAG ELECTRONIC APPLICATION *
Interest Rate    6.86    Date Guaranteed  02/11/99

School Name and Address                002051-00

SAINT JOSEPH'S COLLEGE
WHITE'S BRIDGE ROAD
STANDISH          ME    04084

Social Security Number    SEE ABOVE
Borrower Name and Address  PHONE: (561) 467-9260

JULIAN R ROOKS
8407 PENNY LANE
FT. PIERCE        FL    34951

Late Charges Information: If any required installment payment has not reached the Lender within N/A days after its due date, the Lender may, if permitted by law, bill you for a late charge at the maximum rate permitted. If a payment is late, you may be charged N/A % of the payment.
Total Indebtedness:
The total amount owed this Lender including this loan is $7139.00. This amount includes only the Federal Stafford (formerly called the Guaranteed Student Loan), Federal SLS, Federal PLUS, and Federal Consolidation loans currently held by this lending institution. It does not include any amounts you may owe through other lending institutions, nor does it include the amount you may owe through other loan programs. You may project your estimated monthly payments by looking up the repayment terms using the "Repayment Term Estimates" on the back of this form.

| Disbursement Schedule | Estimated Disbursement Date | Loan Amount | Less Guarantee Fee | Less Origination Fee | Amount of Loan Check | Pre-Paid Guarantee Fee |
|---|---|---|---|---|---|---|
| ENTIRE  0909 | 02/16/99 | $ 7139.00 | $  71.39 | $ 214.17 | $ 6853.44 | N/A |

REFER TO THE APPLICATION REGARDING DEFERMENT, CAPITALIZATION AND EFT.
IN ACCORDANCE WITH THE REQUIREMENTS OF FEDERAL LAW, THE ORIGINATION FEE FOR
YOUR LOAN EQUALS  3.0% OF THE LOAN AMOUNT.  BY CASHING YOUR STUDENT LOAN
CHECK, YOU ARE AGREEING TO PAY THIS ORIGINATION FEE.

THE GUARANTEE FEE IS EQUAL TO  1.00 PERCENT OF THE LOAN AMOUNT.

THE INTEREST RATE DISCLOSED ABOVE IS IN EFFECT UNTIL JUNE 30 AND WILL CHANGE
ANNUALLY ON JULY 1 BASED ON THE BOND EQUIVALENT RATE OF THE 91-DAY T-BILL
(AUCTIONED AT THE FINAL AUCTION HELD PRIOR TO JUNE 1) PLUS 1.7% WHILE YOU ARE
IN SCHOOL, IN GRACE OR IN DEFERMENT.  WHILE YOU ARE IN REPAYMENT, THE ANNUAL
INTEREST RATE CHANGE WILL BE CALCULATED USING THE T-BILL RATE PLUS  2.3%. YOUR
INTEREST RATE WILL NEVER EXCEED 8.25%.

USA Funds Form 282 (Rev. 5/94)

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____  144
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____  IN EVIDENCE _____
DATE REC'D _____

1 OF 2
United Student Aid Funds, Inc. All Rights Reserved

FINANCE AUTHORITY OF MAINE

(Herein Called "Guarantor")

**NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT**
LENDER USE ONLY:

UNSUBSIDIZED FEDERAL STAFFORD LOAN
GUARANTOR USE ONLY: 141SUL C503808886

Lending Institution Name and Address

KEY BANK, USA
C/O USA GROUP LOAN SERVICES
PO BOX 6179
INDIANAPOLIS                IN        46206

BORROWER SSN:     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 US162/2
RESERVE ID          AG-UX-000023-09
LOAN PERIOD    01/04/99 THRU 04/16/99
LENGTH OF GRACE    SIX FULL   MONTHS
GRADUATION DATE   06/30/02
MATURITY DATE     12/30/02
* FLAG ELECTRONIC APPLICATION *

ED Lender Code   913760    Date Produced   02/12/99    Interest Rate    6.86    Date Guaranteed   02/11/99

School Name and Address                             002051-00

SAINT JOSEPH'S COLLEGE
WHITE'S BRIDGE ROAD
STANDISH                      ME       04084

Social Security Number              SEE ABOVE
Borrower Name and Address    PHONE: (561) 467-9260

JULIAN R ROOKS
8407 PENNY LANE
FT. PIERCE            FL      34951

Late Charges Information: If any required installment payment has not reached the Lender within N/A days after its due date, the Lender may, if permitted by law, bill you for a late charge at the maximum rate permitted. If a payment is late, you may be charged N/A % of the payment.

Total Indebtedness:

The total amount owed this Lender including this loan is $9305.00 . This amount includes only the Federal Stafford (formerly called the Guaranteed Student Loan), Federal SLS, Federal PLUS, and Federal Consolidation loans currently held by this lending institution. It does not include any amounts you may owe through other lending institutions, nor does it include the amount you may owe through other loan programs. You may project your estimated monthly payments by looking up the repayment terms using the "Repayment Term Estimates" on the back of this form.

| Disbursement Schedule | Estimated Disbursement Date | Loan Amount | Less Guarantee Fee | Less Origination Fee | Amount of Loan Check | Pre-Paid Guarantee Fee |
|---|---|---|---|---|---|---|
| ENTIRE 1010 | 02/16/99 | $ 2166.00 | $ 21.66 | $ 64.98 | $ 2079.36 | N/A |

REFER TO THE APPLICATION REGARDING DEFERMENT, CAPITALIZATION AND EFT.
IN ACCORDANCE WITH THE REQUIREMENTS OF FEDERAL LAW, THE ORIGINATION FEE FOR
YOUR LOAN EQUALS   3.0% OF THE LOAN AMOUNT.   BY CASHING YOUR STUDENT LOAN
CHECK, YOU ARE AGREEING TO PAY THIS ORIGINATION FEE.

THE GUARANTEE FEE IS EQUAL TO    1.00 PERCENT OF THE LOAN AMOUNT.

YOU ARE RESPONSIBLE FOR ALL INTEREST ON THIS LOAN WHILE IN SCHOOL, IN THE
GRACE PERIOD, OR DURING PERIODS OF AUTHORIZED DEFERMENTS.   THIS INTEREST WILL
BE ACCRUED AND ADDED TO YOUR PRINCIPAL LOAN BALANCE NO MORE FREQUENTLY THAN
QUARTERLY AND WILL BE DUE AND PAYABLE AS PART OF THE ENTIRE LOAN AMOUNT, ONCE
REPAYMENT BEGINS.

THE INTEREST RATE DISCLOSED ABOVE IS IN EFFECT UNTIL JUNE 30 AND WILL CHANGE
ANNUALLY ON JULY 1 BASED ON THE BOND EQUIVALENT RATE OF THE 91-DAY T-BILL
(AUCTIONED AT THE FINAL AUCTION HELD PRIOR TO JUNE 1) PLUS 1.7% WHILE YOU ARE
IN SCHOOL, IN GRACE OR IN DEFERMENT.   WHILE YOU ARE IN REPAYMENT, THE ANNUAL
INTEREST RATE CHANGE WILL BE CALCULATED USING THE T-BILL RATE PLUS  2.3%. YOUR
INTEREST RATE WILL NEVER EXCEED 8.25%.

USA Funds Form 282 (Rev. 5/94)

Copyright 1994 United Student Aid Funds, Inc. All Rights Reserved

2 OF 2

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

TRUE COPY OF THE FRONT PAGE OF THE ORIGINAL

**Application and Promissory Note for Federal Stafford Loans** (subsidized and unsubsidized)

OMB No. 1840-0717 Form Approved  Exp. Date 03/31/99

Guarantor or Program Identification

FINANCE AUTHORITY OF MAINE

ME

RECD

MAR 2 5 1999

94

## Borrower Section
*Please print neatly or type. Read the instructions carefully.*

| 1. Last Name | First Name | MI | 2. Social Security Number |
|---|---|---|---|
| ROOKS | JULIAN | R | 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 |

| 3. Permanent Street Address (R.P.O. Box, see instructions.) | | | 4. Telephone Number ( 561 ) 467-9260 | 5. Loan Period (Month/Year) From 5/99 To 4/00 |
|---|---|---|---|---|
| 8407 PENNY LANE | | | | |

| City | State | Zip Code | 6. Driver's License Number (List state abbreviation first.) | |
|---|---|---|---|---|
| FT. PIERCE | FL | 34951 | R200-436-66-430 FL | |

| 7. Lender Name | City | State | Zip Code | 8. Lender Code, if known | 9. Date of Birth (Month/Day/Year) |
|---|---|---|---|---|---|
| Key Bank | | | 813760 | | 11-30-66 |

10. References: You must provide two separate references with different U.S. addresses. The first reference should be a parent or legal guardian (if living). Both references must be completed fully.

| | 1. | 2. |
|---|---|---|
| Name | RODNEY ROOKS SR | ROBIN PETTEY |
| Permanent Address | 8407 PENNY LANE | 377 ANCHOR WAY |
| City, State, Zip Code | FT. PIERCE FL 34951 | FT. PIERCE FLA. 34946 |
| Area Code/Telephone | ( 561 ) 467-9260 | ( 561 ) 466-8825 |
| Relationship to Borrower: | PARENT | SISTER |

## Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible (see instructions): ☑ a. Subsidized Federal Stafford  ☑ b. Unsubsidized Federal Stafford

12. I request a total amount under these loan types not to exceed (see instructions for loan maximums): My school will certify my eligibility for each loan type for which I am applying. The amount and other details of my loan(s) will be described to me in a disclosure statement.   $ 18,500.00

13. If I check yes, I am requesting postponement (deferment) of repayment for my Stafford and prior SLS loan(s) during the in-school and grace periods. If I check no, I do not want to defer repayment.   ☑ a. Yes, I want a deferment   ☐ b. No, I do not want a deferment

14. If I check yes, I am requesting that the lender add the interest on my unsubsidized Stafford and prior SLS loan(s) which accrues during the in-school and deferment periods, to my loan principal (capitalization). If I check no, I prefer to pay the interest.   ☑ a. Yes, I want my interest capitalized   ☐ b. No, I prefer to pay the interest.

15. If my school participates in electronic funds transfer (EFT), I authorize the school to transfer the loan proceeds received by EFT to my student account.   ☑ a. Yes, transfer funds   ☐ b. No, do not transfer funds

## Promissory Note
*Continued on the reverse side.*

Promise to Pay: I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization, printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

**THIS IS A LOAN(S) THAT MUST BE REPAID.**

16. Borrower's Signature _[signature]_     Today's Date (Month/Day/Year)  3-19-99

## School Section
*To be completed by an authorized school official.*

| 17. School Name | 23. School Code/Branch | 28. Telephone Number |
|---|---|---|
| 18. Street Address | 24. Cost of Attendance $ 27675.00 | 29. Recommended Disbursement Date(s) (Month/Day/Year) 1st / 2nd |
| City    State    Zip Code | 25. Federal Expected Family Contribution $ 3681.00 | 3rd / 4th |
| 19. Loan Period (Month/Day/Year) From: To: | 26. Estimated Financial Aid $ | 30. School Certification (See Note on the reverse side.) Signature of Authorized School Official |
| 20. Grade Level | 27. Certified Loan Amounts a. Subsidized $ | Print or Type Name and Title |
| 21. Enrollment Status (Check one.) ☐ Full Time ☐ At Least Half Time | b. Unsubsidized $ | Date |
| 22. Anticipated Completion (Graduation) Date (Month/Day/Year) | | ☐ Check here if electronically transmitted to guarantor. |

## Lender Section
*To be completed by an authorized lending official.*

| 31. Lender Name | 32. Lender Code/Branch | 33. Telephone Number | 34. Lender Use Only |
|---|---|---|---|
| Street Address | 35. Amount(s) Approved a. Subsidized $ .00  b. Unsubsidized $ .00 | | |
| City    State    Zip Code | 36. Signature of Authorized Lending Official        Print or Type Name, Title, and Date | | |

1/G1/94

5/91

LENDER COPY

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. 46
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____  IN EVIDENCE _____
DATE REC'D _____

IMAG-R 000024131 0527-00046    (Herein Called "Guarantor")

FINANCE AUTHORITY OF MAINE

NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT
LENDER USE:

SUBSIDIZED FEDERAL STAFFORD LOAN
BORROWER SSN: 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
US18905963-1 000075288 0001570001 D

Lending Institution Name and Address

KEY BANK
KEY EDUCATION RESOURCES
800 SUPERIOR AVE E FL 4
CLEVELAND OH  44114-2601

LOAN PERIOD  05/03/99 THRU 04/14/00
LENGTH OF GRACE  SIX FULL MONTHS
GRADUATION DATE  06/30/2002
MATURITY DATE  12/30/2002
* FLAG ELECTRONIC APPLICATION *

ED Lender Code   913760   Date Produced  05/27/1999   Interest Rate   6.86   Date Guaranteed  05/18/1999

| School Name and Address | 00205100 | Social Security Number   SEE ABOVE |
|---|---|---|
| SAINT JOSEPH'S COLLEGE 278 WHITES BRIDGE RD STANDISH ME  04084-5263 | | Borrower Name and Address   PHONE (561) 467-9260 JULIAN R ROOKS 8407 PENNY LN FORT PIERCE FL  34951-1073 |

Late Charges Information: If any required installment payment has not reached the Lender within N/A  days after its due date, the Lender may, if permitted by law, bill you for a late charge at the maximum rate permitted. If a payment is late, you may be charged N/A  % of the payment.

Total Indebtedness:
The total amount owed this Lender including this loan is  $27805.00 . This amount includes only the Federal Stafford (formerly called the Guaranteed Student Loan), Federal SLS, Federal PLUS, and Federal Consolidation loans currently held by this lending institution. It does not include any amounts you may owe through other lending institutions, nor does it include the amount you may owe through other loan programs.

| Disbursement Schedule | Estimated Disbursement Date | Loan Amount | Less Guarantee Fee | Less Origination Fee | Amount of Loan Check | Pre-Paid Guarantee Fee |
|---|---|---|---|---|---|---|
| FIRST   01 | 05/19/1999 | $ 2834.00 | $  28.34 | $  85.02 | $ 2720.64 | N/A |
| SECOND  02 | 08/30/1999 | $ 2833.00 | $  28.33 | $  84.99 | $ 2719.68 | N/A |
| THIRD   03 | 12/30/1999 | $ 2833.00 | $  28.33 | $  84.99 | $ 2719.68 | N/A |
| TOTAL | | $ 8500.00 | $  85.00 | $ 255.00 | $ 8160.00 | N/A |

IN ACCORDANCE WITH THE REQUIREMENTS OF FEDERAL LAW, THE ORIGINATION FEE FOR YOUR LOAN EQUALS  3.0% OF THE LOAN AMOUNT.  BY CASHING YOUR STUDENT LOAN CHECK, YOU ARE AGREEING TO PAY THIS ORIGINATION FEE.

THE GUARANTEE FEE IS EQUAL TO   1.000 PERCENT OF THE LOAN AMOUNT.

THE INTEREST RATE DISCLOSED ABOVE IS IN EFFECT UNTIL JUNE 30 AND WILL CHANGE ANNUALLY ON JULY 1 BASED ON THE BOND EQUIVALENT RATE OF THE 91-DAY T-BILL (AUCTIONED AT THE FINAL AUCTION HELD PRIOR TO JUNE 1) PLUS 1.7% WHILE YOU ARE IN SCHOOL, IN GRACE OR IN DEFERMENT.  WHILE YOU ARE IN REPAYMENT, THE ANNUAL INTEREST RATE CHANGE WILL BE CALCULATED USING THE T-BILL RATE PLUS 2.3%. YOUR INTEREST RATE WILL NEVER EXCEED 8.25%.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

USA Funds Form 246 (Rev. 6/95)

Copyright 1995 United Student Aid Funds, Inc. All Rights Reserved.

IMAG-R 000024131 0527-00046   (Herein Called "Guarantor")
FINANCE AUTHORITY OF MAINE

NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT
LENDER USE:

UNSUBSIDIZED FEDERAL STAFFORD LOAN
BORROWER SSN: 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
US18905963-2 000075288 0001570001 D

Lending Institution Name and Address

KEY BANK
KEY EDUCATION RESOURCES
800 SUPERIOR AVE E FL 4
CLEVELAND OH 44114-2601

LOAN PERIOD 05/03/99 THRU 04/14/00
LENGTH OF GRACE   SIX FULL MONTHS
GRADUATION DATE  06/30/2002
MATURITY DATE    12/30/2002
* FLAG ELECTRONIC APPLICATION *

ED Lender Code  913760     Date Produced  05/27/1999   Interest Rate     6.86   Date Guaranteed  05/18/1999

| School Name and Address | 00205100 | Social Security Number          SEE ABOVE |
| | | Borrower Name and Address  PHONE (561) 467-9260 |

SAINT JOSEPH'S COLLEGE
278 WHITES BRIDGE RD
STANDISH ME 04084-5263

JULIAN R ROOKS
8407 PENNY LN
FORT PIERCE FL 34951-1073

Late Charges Information: If any required installment payment has not reached the Lender within N/A days after its due date, the Lender may, if permitted by law, bill you for a late charge at the maximum rate permitted. If a payment is late, you may be charged N/A % of the payment.

Total Indebtedness:
The total amount owed this Lender including this loan is $27805.00. This amount includes only the Federal Stafford (formerly called the Guaranteed Student Loan), Federal SLS, Federal PLUS, and Federal Consolidation loans currently held by this lending institution. It does not include any amounts you may owe through other lending institutions, nor does it include the amount you may owe through other loan programs.

| Disbursement Schedule | | Estimated Disbursement Date | Loan Amount | Less Guarantee Fee | Less Origination Fee | Amount of Loan Check | Pre-Paid Guarantee Fee |
|---|---|---|---|---|---|---|---|
| FIRST | 01 | 05/19/1999 | $ 3334.00 | $ 33.34 | $ 100.02 | $ 3200.64 | N/A |
| SECOND | 02 | 08/30/1999 | $ 3333.00 | $ 33.33 | $ 99.99 | $ 3199.68 | N/A |
| THIRD | 03 | 12/30/1999 | $ 3333.00 | $ 33.33 | $ 99.99 | $ 3199.68 | N/A |
| TOTAL | | | $10000.00 | $ 100.00 | $ 300.00 | $ 9600.00 | N/A |

IN ACCORDANCE WITH THE REQUIREMENTS OF FEDERAL LAW, THE ORIGINATION FEE FOR YOUR LOAN EQUALS  3.0% OF THE LOAN AMOUNT.  BY CASHING YOUR STUDENT LOAN CHECK, YOU ARE AGREEING TO PAY THIS ORIGINATION FEE.

THE GUARANTEE FEE IS EQUAL TO   1.000 PERCENT OF THE LOAN AMOUNT.

YOU ARE RESPONSIBLE FOR ALL INTEREST ON THIS LOAN WHILE IN SCHOOL, IN THE GRACE PERIOD, OR DURING PERIODS OF AUTHORIZED DEFERMENTS.  THIS INTEREST WILL BE ACCRUED AND ADDED TO YOUR PRINCIPAL LOAN BALANCE NO MORE FREQUENTLY THAN QUARTERLY AND WILL BE DUE AND PAYABLE AS PART OF THE ENTIRE LOAN AMOUNT, ONCE REPAYMENT BEGINS.

THE INTEREST RATE DISCLOSED ABOVE IS IN EFFECT UNTIL JUNE 30 AND WILL CHANGE ANNUALLY ON JULY 1 BASED ON THE BOND EQUIVALENT RATE OF THE 91-DAY T-BILL (AUCTIONED AT THE FINAL AUCTION HELD PRIOR TO JUNE 1) PLUS 1.7% WHILE YOU ARE IN SCHOOL, IN GRACE OR IN DEFERMENT.  WHILE YOU ARE IN REPAYMENT, THE ANNUAL INTEREST RATE CHANGE WILL BE CALCULATED USING THE T-BILL RATE PLUS 2.3%. YOUR INTEREST RATE WILL NEVER EXCEED 8.25%.

USA Funds Form 248 (Rev. 6/95)

Copyright 1995 United Student Aid Funds, Inc. All Rights Reserved

2 OF 2

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO._____
CASE NO._____
ADVERSARY NO._____
FOR ID._____ IN EVIDENCE _____
DATE REC'D



**FRONT**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X  *Sallie Mae Servicing*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery    ← **A**

1. Article Addressed to:

SALLIE MAE
PO BOX 9500
WILKES-BARRE, PA 18773-9500

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7002 0460 0002 3998 8334

PS Form 3811, August 2001   Domestic Return Receipt   102395-02-M-0835

**BACK**

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •
RODNEY ROOKS
124 W WASHINGTON BLVD.
2E
OAK PARK, IL 60302

**C**

**B** →

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only: No Insurance Coverage Provided)

O F F I C I A L   U S E
WILKES-BARRE, PA 18773

| | | | |
|---|---|---|---|
| Postage | $ | 0.37 | UNIT ID: 0301 |
| Certified Fee | | 2.30 | |
| Return Receipt Fee (Endorsement Required) | | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: KRP56T |
| Total Postage & Fees | $ | 4.42 | 11/29/02 |

Sent To
SALLIE MAE
Street, Apt. No.; or PO Box No.  PO BOX 9500
City, State, ZIP+4  WILKES BARRE PA 18773-9500

PS Form 3800, January 2001   See Reverse for Instructions

First Class   4.42
Destination: 18773
Weight: 0.50oz
Postage Type: PVI
Total Cost: 4.42
Base Rate: 0.37
SERVICES
Certified Mail   2.30
7002046000023988334
Return Receipt   1.75
Subtotal   28.52
Total   28.52

Personal/ Business Check   26.52   → **D**

Number of Items Sold: 8

Thank You
Please come again!

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. ___149___
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE
DATE REC'D _____

RODNEY ROOKS, JR.
KIMBERLY N. ROOKS
124 W WASHINGTON BLVD., #2E
OAK PARK, IL 60302

70-2055/719
1954429

584

708-524-5234

11/29/02

Pay to the order of   US POSTAL SERVICE                    $ 26.52

Twenty six dollars 52/100

FIRST BANK OF OAK PARK
11 MADISON STREET    OAK PARK, ILLINOIS 60302

MEMO   CERT. LETTERS R/R

⑈071920559⑈  ⑆ 1 954 429⑈ 0584   000000 2652



For Deposit Only
Postmaster
OAK PARK, XL
Account # 7330007647
Unit ID 0301 - Clerk ID 00
Date: 11/29/02

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO.
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



## ST. MATTHEW'S SCHOOL OF MEDICINE

UNIVERSITY   M C M X C V I I

GRAND CAYMAN   BRITISH WEST INDIES

Dear Graduates and Families,

As our graduation date of May 3rd, 2003 is fast approaching, I thought I might share with you your Board of Directors thoughts on the upcoming event. As you know we began our operations in the Cayman Islands in May of this year. It was with a great deal of national pride to the Caymanian government and people that St. Matthews University located in their beloved Country. Through the support of the Caymanian government on the whole and especially thru the Minister of Education's office the start up of St. Matthews University Cayman became a reality and the critical process of accreditation flowed smoothly and successfully.

This upcoming May will mark our first year anniversary in the Cayman Islands and what better way to celebrate our success and show our appreciation to Grand Cayman than to have our first graduating class presented to the Caymanian government and people with all due pomp and circumstance. Our keynote speaker will be the Minister of Education, Human Resources & Culture the Honorable Roy Bodden. We expect many more representatives of the Caymanian government to attend as well as the Governor and First Lady.

The ceremony will be held from 10 a.m. – 12:30 p.m. at the Governor's Ballroom at the Westin Casuarina Hotel on Grand Cayman and will be followed by a champagne reception on the lawn overlooking the Caribbean Sea.

Besides attracting local dignitaries to honor our graduates, key members of our faculty from our Windham Maine campus and our clinical preceptors from all over the U.S. will be in attendance.

We realize that many of you have not had the opportunity to visit Grand Cayman. It is important as graduates of St. Matthews University that you are able to spiritually connect with the University that is on your diploma (St. Matthews University Cayman), to see your basic science campus, to feel forever linked to your alma mater. To this end, to help relieve some of the financial burden, the Board of Directors has authorized St. Matthews University to pay for a two night stay (Friday, May 2nd and Saturday, May 3rd) at either the Holiday Inn Grand Cayman or its equivalent for each of our graduates that is able to attend the ceremony*.

We truly hope that you will allow us to honor you this May by attending your ceremony, allow us to give you and your family a tour of your medical school, that you will use this opportunity to renew old friendships, make new ones and interact with the faculty, students and staff. Your Board of Directors is confident that when the sun sets on May 3rd you will have a new sense of pride on where you have come from and what you have accomplished, a new sense of confidence on where you are going and will have caught the spirit of your "new" St. Matthew's University School of Medicine Grand Cayman.

Sincerely,

Michael A. Harris, M.D., F.A.C.O.G.
Chairman, President, C.E.O.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 151
CASE NO._____
ADVERSARY NO._____
FOR ID._____ IN EVIDENCE_____
DATE REC'D

*As soon as the exact number of graduates who will be attending is known the location of the hotel will be announced. All graduates must let the Oviedo office know of their plan to attend by April 15, 2003 to participate in this special offer. Proof of intention is required in the form of a faxed copy of an airline ticket with the graduates name and date.

CORPORATE OFFICE ° 1005 WEST COLLEGE BLVD., SUITE B; NICEVILLE, FL 32578 ° www.stmatthews.edu ° 1.850.678.1225 ° 1.800.498.9700 ° FAX 850.678.1228

# St Matthew s University School of Medicine
## Intent to Graduate Form

✓Mr.__ Mrs.__ Ms. JULIAN RODNEY ROOKS Jr.  SS# 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

Address (Which Diploma can be mailed to) 1938 BUCKWOOD DRIVE

City TALLAHASSEE    State FL   Zip 32301  Hometown _____

Phone# 850-656-8293         Cell# 850-339-1079

Print full name including middle name:

JULIAN   RODNEY   ROOKS   Jr.

Term you anticipate graduating: Spring (April) 20___  Summer (August) 20__  Winter (December) 20__

Student's Signature _____  Date 06/01/03  ◄——— **A**

Do you intend to attend the graduation ceremony? (In the Spring) ___ Yes ___ No

Height: 5'10"  Weight: 178  Chest Diameter: 40"  Head Circumference: _____

If yes, will family/guests attend as well? _____ Yes _____ No  How Many _____
Comments:
_____
_____

Board Scores:    STEP 1 _____   STEP 2 _____   CSA _____   TOEFL _____
Residency Information:
Hospital: _____   Contact: _____
Address: _____   City _____   State ____ Zip _____
Specialty: _____   Phone: _____
Student Address: _____   City _____
State _____ Zip _____ Phone _____   Email address _____
May students contact you via email in regard to your experiences? ____Yes ____ No

E-Mail Address: traumared2003@yahoo.com
Comments:
_____
_____

**B**——►  To Be Completed By SMU.

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____  IN EVIDENCE _____
DATE REC'D

**Admissions Office:**   Admission Folder Complete:___ Yes ___ No

Admissions Office Signature: _____ Date: _____

Comments: _____

**Clinical Sciences Office:**   Clinical Sciences Folder Complete:   ___Yes   ___No

Clinical Sciences Office Signature: _____ Date: _____

Comments: _____

**Registrars Office:**   Folders Complete: ____ Yes. ____ No

Conditions:_____

Registrars Office Signature: _____ Date: _____

Comments: _____

**Accounting Department Information**

Balance Due: ____Yes ____ No                 _____ Amount

Graduation Fee Paid: _____ Yes ____ No

Conditions/Terms: _____

_____

_____Comments: _____

_____

_____

_____

President  X

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //

EXHIBIT NO._____

CASE NO. _____

ADVERSARY NO. _____

FOR ID. _____ IN EVIDENCE _____

DATE REC'D

## St. Matthew's University
## Clinical Core Registration Form ◄━A



B ►

Note: All students are required to register. Any student who proceeds in a rotation without registration will NOT receive credit for that rotation. Any student who does not appear for an assigned core rotation is subject to a forfeiture of tuition for the semester.

| Last Name | First Name | Middle Name | Social Security # | Semester 6 thru 10 |
|---|---|---|---|---|
| ROOKS | JULIAN | RODNEY | 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 | |

| Permanent Address | Current Address |
|---|---|
| 1938 BUCKWOOD DRIVE    TALLAHASSEE, FL 32301 | SAME |

| Phone Number | Cell Phone Number | E-Mail Address |
|---|---|---|
| 850-656-8293 | 850-339-1079 | travnarod2003@yahoo.com |

| Emergency Name | Relationship | Emergency Number |
|---|---|---|
| KIMBERLY ROOKS | SPOUSE | ABOVE OR 850-656-4412 |

| Semester – 6 | | Semester – 7 | | Semester – 8 | |
|---|---|---|---|---|---|
| Core: | | Core: | | Core: | |
| SURGERY | | INTERNAL MEDICINE | | PSYCHIATRY | |
| Start Date: | Weeks: | Start Date: | Weeks: | Start Date: | Weeks: |
| 01-08-02 | 12 | 04-02-01 | 12 | 06-25-01 | 6 |
| Completion Date: | | Completion Date: | | Completion Date: | |
| 03-30-01 | | 06-22-01 | | 08-03-01 | |
| Site: | | Site: | | Site: | |
| JACKSON PARK | | JACKSON PARK | | | |
| Core: | | Core: | | Core: | |
| | | | | PEDIATRICS | |
| Start Date: | Weeks: | Start Date: | Weeks: | Start Date: | Weeks: |
| | | | | 08-06-01  08-01-01 | 6 |
| Completion Date: | | Completion Date: | | Completion Date: | |
| | | | | 09-14-01 | |
| Site: | | Site: | | Site: | |
| | | | | | |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 5A
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

| Semester – 9 | | Semester – 10 | |
|---|---|---|---|
| ~~Elective/Selective:~~ CORE : | | Elective/Selective: | |
| OB-GYN | | NEPHROLOGY | |
| Start Date: | Weeks: | Start Date: | Weeks: |
| 09-17-01 | 6 | 01-21-02 | 6 |
| Completion Date: | | Completion Date: | |
| 10-26-01 | | 03-01-02 | |
| Site: | | Site: | |
| | | | |
| Elective/Selective: ~~CORE~~ ? | | Elective/Selective: | |
| FAMILY PRACTICE | | EMERGENCY MEDICINE   3-4-02 TO 3-29-02 (4 WEEKS) | |
| | | VASCULAR SURGERY    4-3-02 TO 4-26-02 (4 WEEKS) | |
| Start Date: | Weeks: | Start Date: | Weeks: |
| 10-29-01 | 4 | | |
| Completion Date: | | Completion Date: | |
| 11-23-01 | | | |
| Site: | | Site: | |
| | | EMERGENCY MEDICINE – | |
| | | VASCULAR SURGERY – | |
| Elective/Selective: | | Elective/Selective: | |
| INTERNAL MEDICINE | | TRAUMA       05-06-02 TO 5-31-02  (4 WEEKS) | |
| | | INFECTIOUS DISEASE 6-03-02 TO 6-28-02 (4 WEEKS) | |
| Start Date: | Weeks: | Start Date: | Weeks: |
| 11-26-01 | 8 | | |
| Completion Date: | | Completion Date: | |
| 01-18-02 | | | |
| Site: | | Site: | |
| | | TRAUMA – COOK COUNTY HOSPITAL | |
| | | INFECTIOUS DISEASE – | |

Cores:

46 Weeks:

- 4 – weeks   Family Practice
- 6 – weeks   Pediatrics
- 6 – weeks   OB/GYN
- 6 – weeks   Psychiatry
- 12 – weeks   Internal Medicine
- 12 – weeks   Surgery

Selective/Electives:

30 Weeks:

Selectives – 16 weeks – done in
4, 6, or 8 week increments.

Electives – 14 weeks – done in
4, 6, or 8 week increments.

76 weeks total.

Student Signature: _[signature]_     Date: 06/24/03

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //

EXHIBIT NO. _155_

CASE NO. _____

ADVERSARY NO. _____

FOR ID. _____ IN EVIDENCE _____

DATE REC'D



06/27/2003 11:15  FAX 8770783                      EASY MAIL MAHAN                      P01

```
*****************************
***** ACTIVITY REPORT *****
*****************************
```

TRANSMISSION OK

TX/RX NO.            0086
CONNECTION TEL
CONNECTION ID
START TIME          06/27 11:14
USAGE TIME          01'27
PAGES                   4
RESULT              OK

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO. _____ 156 _____ |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D _____ |



Date: 6 / 30 / 10

Name: Rooks, Rodney

Phone: _____

Number of Pages: 5

Charges: $ 4 .00

## kinko's®

TAP INTO THE NETWORK.™
666-2 West Tennessee St.
Tallahassee, Florida 32304
Phone (850) 681-6221 • Fax (850) 222-8510

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 157
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



Received   Jan-30-03 03:33pm   From—                To-Kinkos 2202                Page 001

A

For to Rodney Koob

C

$850-$

$222-$

$8510$

5 pages

6/30/03

B

Feb.12. 1996  6:61AM                No.0714   P. 1

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 15 B _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

Page 002          To-Kinkos 2202          From-          Jun-26-03 08:33pm    Received

St. Matthew's University

School of Medicine
1750 West Broadway St. Suite 114
Oviedo, Florida 32765
USA

**Invoice**

**D**

| DATE | INVOICE # |
|------|-----------|
| 12/18/2001 | 6448 |

BILL TO

Julian Rooks
3648 Dartmouth Lane
Tallahassee, FL 32311

**B**

**C**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Tuition Fees – January 2002 | 6,400.00 |
| Administration Fee | 175.00 |

**F**

Please Remit Payment To:

St. Matthew's University School of Medicine
Suite 114
1750 West Broadway Street
Oviedo FL 32765

**A**

| | |
|---|---|
| Total  $US | $6,575.00 |
| Payments/Credits | $-2,375.08 |
| Balance Due | $4,199.92 |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

**E**

Feb.12. 1996  6:51AM

No.0714  P. 2

Received   Jun-30-03 03:33pm   From-   Edge:03:85   To-Kinkos 2202   Page 003

St. Matthew's University (Cayman) Ltd.   **J**

1005 College Boulevard West, Suite B
Niceville, Florida 32578
USA

**D**

## Statement

| Date |
| --- |
| 6/27/2003 |

**G**

| To: |
| --- |

Julian Rooks
124 W Washington Blvd
Oak Park IL 60302

|  | Amount Due | Amount Enc. |
| --- | --- | --- |
|  | $21,199.92 |  |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 05/27/2000 | Balance forward |  | 0.00 |
| 03/31/2002 | INV #983. Due 03/31/2002. | 4,199.92 | 4,199.92 |
|  | Opening Balance |  |  |
|  | --- zOpenBalance $4,199.92 |  |  |
| 04/01/2002 | INV #157. Due 04/01/2002. | 6,575.00 | 10,774.92 |
|  | Tuition Fees - May 2002 |  |  |
|  | --- Clinical $6,400.00 |  |  |
|  | --- Admin $175.00 |  |  |
| 05/31/2002 | INV #FC 41. Due 05/31/2002. | 0.00 | 10,774.92 |
|  | VOID: Finance Charge |  |  |
|  | · Fin Chg $0.00 |  |  |
|  | --- Invoice #157 for 6,575.00 on 04/01/2002 |  |  |
| 09/01/2002 | INV #1773. Due 09/01/2002. | 6,575.00 | 17,349.92 |
|  | Tuition - Clinical Science September 2002 |  |  |
|  | --- CL092002 $6,400.00 |  |  |
|  | --- Admin $175.00 |  |  |

**A**   **B**   **E**   **H**   **C**   **F**

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 21,199.92 | $21,199.92 |

Page 1

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. __160__
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**I**

Feb.12. 1996  6:31AM

No.0714   P. 3

St. Matthew's University (Cayman) Ltd.

1005 College Boulevard West, Suite B
Niceville, Florida 32578
USA

**Statement**

Date

6/27/2003

To:

Julian Rooks
124 W Washington Blvd
Oak Park IL 60302

| Amount Due | Amount Enc. |
|---|---|
| $21,199.92 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/09/2002 | INV #2211. Due 09/09/2002.<br>Selective/Senior Elective Rotation Charge<br>— Electives, 8 @ $250.00 = 2,000.00<br>— MEDICINE-ELECTIVE Affiliated Institute for Medical Education 11/26/02 – 1/18/02<br>(8 weeks @ $250/wk.)<br>— Electives, 6 @ $250.00 = 1,500.00<br>— NEPHROLOGY- Affiliated Institute for Medical Education 1/21/02 – 3/1/02<br>(6 weeks @ $250/wk.)<br>— Electives, 4 @ $250.00 = 1,000.00<br>— EMERGENCY ROOM-Affiliated Institute for Medical Education 3/4/02 – 3/29/02<br>(4 weeks @ $250/wk.)<br>— Electives, 4 @ $250.00 = 1,000.00<br>— VASCULAR-Affiliated Institute for Medical Education 4/1/02 – 4/26/02<br>— (4 weeks @ $250/wk.)<br>— Electives, 4 @ $250.00 = 1,000.00<br>— INFECTION-Affiliated Institute for Medical Education 6/3/02 – 6/28/02<br>— (4 weeks @ $250/wk.)<br>— SMU Allowance, 26 @ $125.00 = -3,250.00 | 3,250.00 | 20,599.92 |
| 09/09/2002 | INV #2502. Due 09/09/2002.<br>Late Fees<br>— Late Fee $100.00 | 100.00 | 20,699.92 |
| 09/12/2002 | INV #2265. Due 09/12/2002.<br>Malpractice Insurance<br>— MP $200.00 | 200.00 | 20,899.92 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 21,199.92 | $21,199.92 |

Page 2

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. ____161____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**G**

**D**

St. Matthew's University (Cayman) Ltd.

1005 College Boulevard West, Suite B
Niceville, Florida 32578
USA

**Statement**

| Date |
|------|
| 6/27/2003 |

To:

Julian Kooks
124 W Washington Blvd
Oak Park IL 60302

| | Amount Due | Amount Enc. |
|---|---|---|
| | $21,199.92 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/16/2002 | INV #2503. Due 09/16/2002. Late Fees --- Late Fee $100.00 ◄ **A** | 100.00 | 20,999.92 |
| 09/23/2002 | INV #2504. Due 09/23/2002. Late Fees --- Late Fee $100.00 ◄ **B** | 100.00 | 21,099.92 |
| 09/30/2002 | INV #2505. Due 09/30/2002. Late Fees --- Late Fee $100.00 ◄ **C** | 100.00 | 21,199.92 |
| 10/31/2002 **E** ► | INV #FC 268. Due 10/31/2002. VOID. Finance Charge --- Fin Chg $0.00 --- Invoice #983 for 4,199.92 on 03/31/2002 --- Invoice #157 for 6,575.00 on 04/01/2002 --- Invoice #1773 for 6,575.00 on 09/01/2002 --- Invoice #2211 for 3,250.00 on 09/09/2002 --- Invoice #2502 for 100.00 on 09/09/2002 --- Invoice #2265 for 200.00 on 09/12/2002 --- Invoice #2503 for 100.00 on 09/16/2002 --- Invoice #2504 for 100.00 on 09/23/2002 --- Invoice #2505 for 100.00 on 09/30/2002 | 0.00 | 21,199.92 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 21,199.92 | $21,199.92 |

Page 3

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 162
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

**F**

Feb. 12. 1996   6:52AM

No. 0714   P. 5

Sallie Mae Servicing

P.O. BOX 9500
WILKES BARRE PA 18773-9500

(888) 272-5543

## Invoice

09/03/03

JULIAN R ROOKS JR
1938 BUCKWOOD DR
TALLAHASSEE FL 32317-9552

MAKE CHECK PAYABLE TO: | SALLIE MAE

AND SEND TO
OUR PAYMENT ADDRESS: | PO BOX 4700
WILKES-BARRE PA 18773-4700

WRITE YOUR ACCOUNT NUMBER ON THE CHECK.

ACCOUNT NUMBER: | 2630898077501

011068332532 2638907754 000000000

CURRENT PHONE IS: (850) 877-2499
☐ Changed your address or phone number?
Please check this box and complete form on reverse side.
Please detach and return with payment.

| | PAYMENT DUE DATE | PAST DUE AMOUNT |
|---|---|---|
| | IMMEDIATELY | $        0.00 |

| PRINCIPAL BALANCE | MONTHLY PMT | NEXT DUE DATE | PAST DUE AMT | LATE FEE | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| $  101,953.28 | $  1,056.78 | 03/03/04 | $      0.00 | $      0.00 | $      323.31 |
| LAST PMT REC'D | LAST PMT AMT | TODAY'S DATE | OTHER CHARGES | CORRESPONDENCE ADDRESS: | |
| 00/00/00 | $      0.00 | 09/03/03 | $      0.86 | P.O. BOX 9500 WILKES BARRE PA 18773-9500 | |

### YOUR CREDIT RATING IS IN JEOPARDY
### YOU MUST ACT NOW TO AVOID BEING REPORTED TO THE CREDIT BUREAU

Your account is seriously past due and will be reported to the National
Credit Bureaus if immediate payment is not made.  A negative credit
record can impact your future plans to purchase a home or a car.

You may be charged collection costs permitted under the Higher
Education Act of 1965, as amended, and U.S. Department of Education
regulations (collectively referred to as the "Act") that we incur for
collecting installments not paid when due.  Collection costs may
include, but are not limited to, costs we incur for returned payments,
services to assist in locating you after we have completed activities
required by the Act, and collection agency services when your loan is
seriously delinquent.

### YOU MUST CALL US AT (888) 272-5543

This is a TOLL-FREE number and we are ready to talk with you about:

- PAYMENT BY PHONE
- INCOME SENSITIVE REPAYMENT
- LOAN CONSOLIDATION
- REDUCED PAYMENT OPTIONS
- FORBEARANCE ELIGIBILITY
- DEFERMENT ELIGIBILITY

## Loan Information
*If you have questions or concerns about your account, write to us at the address provided above.*
The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 08/17/93 | $  7,500.00 | $  8,941.77 | 4.220 | FFELP |
| * 08/18/93 | 10,000.00 | 19,570.29 | 4.050 | FFELP |
| * 08/11/94 | 10,000.00 | 17,675.15 | 4.220 | FFELP |
| * 10/15/97 | 8,500.00 | 10,073.59 | 3.620 | FFELP |
| * 10/15/97 | 8,600.00 | 12,325.12 | 3.620 | FFELP |
| * 05/27/99 | 10,000.00 | 12,504.81 | 2.820 | FFELP |

PHONE (888) 272-5543 ✷ FAX (800) 848-1949 ✷ TDD/TTY (888) 833-7562 ✷ 24 HRS/7 DAYS ✷ www.salliemae.com

2638907751?6213497

D025    LP1MG2 4826

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 163
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

Sallie Mae Servicing

JULIAN R ROOKS JR
1938 BUCKWOOD DR
TALLAHASSEE FL 32317-9552

ACCOUNT NUMBER: 2630890077501

Page 2                                                        09/03/03

If you are mailing your payment, remember to include your payment
coupon, write your account number on your check, and mail the check
TODAY to the address listed above.  YOU MUST ACT NOW!!!!

According to new guidelines issued by the National Automated Clearing
House Association (NACHA), financial service providers like Sallie Mae
may electronically process payments (checks) received from the
customers.  During the fall of 2003, Sallie Mae will begin clearing
your check electronically instead of cashing the paper check.  At that
time, (1) all received checks will clear the bank faster and (2) your
check will not be returned to you in your bank statement (neither the
original check, nor an imaged copy).  In the event that Sallie Mae is
unable to process your payment electronically, it will be converted to
a paper check.  Your bank statement is valid proof of payment.  Please
note the check debit on your bank statement will reflect Sallie Mae as
the payee.  If you should have any further questions, please visit our
web site at www.salliemae.com.



**Loan Information**
The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 05/27/99 | $  8,500.00 | $  9,954.14 | 2.820 | FFELP |
| * 02/18/99 | 2,166.00 | 2,785.06 | 2.820 | FFELP |
| * 02/18/99 | 7,139.00 | 8,343.55 | 2.820 | FFELP |



D025   LPIMG2 4826

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s 55.203, F.S

### JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:

ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE, LTD.
1005 W. COLLEGE BLVD.
SUITE A
NICEVILLE, FL. 32578
FEI#: N/-A          DOS DOCUMENT#: NON KNOWN

ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE, LTD.
1750 WEST BROADWAY
SUITE 114
OVIEDO, FL. 327656579
FEI#: N/-A          DOS DOCUMENT#: NOT KNOWN

**A**

**J03000304354**
**FILED**
**Dec 16, 2003 01:12 P.M.**
**Secretary of State**
JMERRICK

### JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:

ROGER C. COURTNEY AND GLOBAL EDUCATION RESOURCES, LTD.
6108 WINNEPEG DRIVE
BURKE, VA 22015-3845
DOS DOCUMENT#: N/A

**D**

NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:

RICHARD H. POWELL & ASSOCIATES, P.C.
RHPLAW@GNT.NET

**B**

AMOUNT DUE ON MONEY JUDGMENT 91,395.09
APPLICABLE INTEREST RATE. 6.00%
NAME OF COURT CIRCUIT CT - OKALOOSA COUNTY
CASE NUMBER: 03 CA 1139
DATE OF ENTRY: 08/08/03

**C**

WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
( ) YES  (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE )
(X) NO

UNDER PENALTY OF PERJURY, I hereby certify that: (1) The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2) All of the information set forth above is true, correct, current and complete; (3) I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4) I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.

Electronic Signature of Creditor or Authorized Representative: ROGER C. COURTNEY

| | |
|---|---|
| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / | |
| EXHIBIT NO. | 165 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. _____ IN EVIDENCE _____ | |
| DATE REC'D | |




JESSE WHITE
SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | STUDENT FINANCE CORPORATION | **File Number** | 59045187 |
| **Status** | REVOKED | | |
| **Entity Type** | CORPORATION | **Type of Corp** | FOREIGN BCA |
| **Qualification Date (Foreign)** | 09/24/1998 | **State** | PENNSYLVANIA |
| **Agent Name** | ILLINOIS CORPORATION SERVICE C | **Agent Change Date** | 12/27/2001 |
| **Agent Street Address** | 700 S 2ND STREET | **President Name & Address** | GARY J HAWTHORNE 12 FALCON CT WILMINGTON DE 19808 |
| **Agent City** | SPRINGFIELD | **Secretary Name & Address** | REVOKED 02 02 04 |
| **Agent Zip** | 62703 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 00:00/0000 | **For Year** | 2003 |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 166
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



**FRAUDULENT 2004
SMU CAYMAN APPLICATION TO
TRANSACT BUSINESS IN FLORIDA**

page 5

STAMPED

MATERIAL
FALSE STATEMENT — *upon qualification*
*nsacted business in Florida. If co*

PASSIVE CONCEALMENT
by NONDISCLOSURE

asterik on page 5

page 6

**NOT** STAMPED - because page did not exist when application
was received. Someone used a typewriter to fill in line 8
on page 5 for SMU. That "statement of purpose" extended onto
this page, page 6 (see asterik on page 5).
This page was added after the application was received.

**FRAUDULENT CONCEALMENT LETTER
FROM FLORIDA DEPARTMENT OF STATE**

page 3

Impossible dates conceals when letter
was truly written.

FILED
04 MAR -5 PM 2:04
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
— March 8, 2004

At least 5 date stamps on top of one another.

RECEIVED
04 MAR 11 AM 9:59
— At least 1 stamp
intentionally
concealed.

Evidence of extensive cut, copy, paste.

A   B   C   D   E   F   G   H

page 7

A. DIRECTORS
Chairman: Michael A. Hercik
Director: Galen P. Swartzendruber

B. OFFICERS
President: Michael A. Hercik
Vice President: Jerry Thornton
Secretary: Galen P. Swartzendruber

**SMU 2002 ANNUAL REPORT**

CO
HARRIS, MICHAEL A MD
1005 W. COLLEGE BLVD., STE. #
NICEVILLE FL 32578

D
SWARTZENDRUBER, GALEN P MD
3430 FLAMINGO ROAD
SARASOTA FL 34240

**RECORDS LOST on or about 6-4-2001**


CB   A

| SMU CAYMAN LTD CORP. | SMU INC. |
|---|---|
| 02/16/2015 -- ANNUAL REPORT | 02/16/2015 -- ANNUAL REPORT |
| 01/07/2014 -- ANNUAL REPORT | 01/07/2014 -- ANNUAL REPORT |
| 02/12/2013 -- ANNUAL REPORT | 02/12/2013 -- ANNUAL REPORT |
| 02/20/2012 -- ANNUAL REPORT | 02/20/2012 -- ANNUAL REPORT |
| 04/27/2011 -- ANNUAL REPORT | 04/27/2011 -- ANNUAL REPORT |
| 02/22/2010 -- ANNUAL REPORT | 02/22/2010 -- ANNUAL REPORT |
| 04/14/2009 -- ANNUAL REPORT | 04/14/2009 -- ANNUAL REPORT |
| 05/16/2008 -- ANNUAL REPORT | 07/17/2008 -- ANNUAL REPORT |
| 03/23/2007 -- ANNUAL REPORT | 03/23/2007 -- ANNUAL REPORT |
| 04/24/2006 -- ANNUAL REPORT | 05/25/2006 -- ANNUAL REPORT |
| 02/04/2005 -- ANNUAL REPORT | 01/30/2006 -- Merger |
| 03/05/2004 -- Foreign Profit | 08/18/2005 -- Foreign Profit |

THEN
NAME
CHANGED
TO
SMU INC.

OLD NAME WAS : SMU ACQUISITION CORP
MERGING: L02000016724 MERGED INTO:
F05000004855

**SURVIVING ENTITY
OF MERGER**


RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. ____ // ____
CASE NO. ____
ADVERSARY NO. ____
FOR ID. ____   IN EVIDENCE ____
DATE REC'D ____

**SAME OLD OFFICERS
AND DIRECTORS**

**POSING AS NEW
OFFICERS AND DIRECTORS**
**AFTER RECORDS WERE LOST**

**SMU
School of Medicine LTD.**

REVOKED FOR ANNUAL REPORT   09/19/2003
REINSTATEMENT   12/10/2001
REVOKED FOR ANNUAL REPORT   09/22/2000

03/11/2002 -- ANNUAL REPORT
12/10/2001 -- REINSTATEMENT
05/08/1999 -- ANNUAL REPORT
05/07/1998 -- ANNUAL REPORT