01/30/2006  15:08    850-245-5897    FL DEPT OF STATE    PAGE  08/10

FILE No.251 01/30 '06 03:07  ID:CSC    FAX:850 558 1515    PAGE  8/ 10

## EXHIBIT A

### TO
### PLAN OF MERGER
### OF

## ST. MATTHEW'S CAYMAN INTERNATIONAL, LTD. CO.
### (a Florida limited liability company)

### WITH AND INTO

## SMU ACQUISITION CORP.
### (a Delaware corporation)

"THIRD: The terms and conditions of the merger are as follows:

1. <u>Merger</u>.  St. Matthew's Cayman International, Ltd. Co., a Florida limited liability company (hereinafter referred to as the "Merged Company") shall merge with and into SMU Acquisition Corp., a Delaware corporation (hereinafter referred to as the "Surviving Corporation"), which shall be the surviving corporation.

2. <u>Terms and Conditions</u>. On the effective date of the merger, the separate existence of the Merged Company shall cease, and the Surviving Corporation shall succeed to all the rights, privileges, immunities, and franchises, and all the property, real, personal and mixed, of the Merged Company, without the necessity for any separate transfers. The Surviving Corporation shall thereafter be responsible and liable for all liabilities and obligations of the Merged Company, and neither the rights of creditors nor any liens on the property of the Merged Company shall be impaired by the merger.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 167-1
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

# F04000001347

||||||||||||||||||||||||

500029381945

**A**

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

03/05/04--01004--018   **87.50

DIVISION OF CORPORATION    RECEIVED
04 MAR -5 AM 11: 48

**B**

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
04 MAR -5 PM 2 04    FILED

**C**

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 168
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**CAPITAL CONNECTION, INC.**
417 E. Virginia Street, Suite 1 • Tallahassee, Florida 32301
(850) 224-8870 • 1-800-342-8062 • Fax (850) 222-1222

St Matthews University

FILED

_____ Art of Inc. File_____
_____ LTD Partnership File_____
✓ Foreign Corp. File_____
_____ L.C. File_____
_____ Fictitious Name File_____
_____ Trade/Service Mark_____
_____ Merger File_____
_____ Art. of Amend. File_____
_____ RA Resignation_____
_____ Dissolution / Withdrawal_____
_____ Annual Report / Reinstatement_____
✓ Cert. Copy_____
_____ Photo Copy_____
✓ Certificate of Good Standing_____
_____ Certificate of Status_____
_____ Certificate of Fictitious Name_____
_____ Corp Record Search_____
_____ Officer Search_____
_____ Fictitious Search_____
_____ Fictitious Owner Search_____
_____ Vehicle Search_____
_____ Driving Record_____
_____ UCC 1 or 3 File_____
_____ UCC 11 Search_____
_____ UCC 11 Retrieval_____
_____ Courier_____

Signature

Requested by:

Name          Date          Time

Walk-In _____   Will Pick Up _____

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 169
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D





**C**

**FLORIDA DEPARTMENT OF STATE**
Glenda E. Hood
Secretary of State

**A**

March 8, 2004

CAPITAL CONNECTION

TALLAHASSEE, FL

SUBJECT: ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.
Ref. Number: W04000009220

We have received your document for ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. and your check(s) totaling $87.50. However, the enclosed document has not been filed and is being returned for the following correction(s):

**B**

Please note that we have RETAINED your $87.50 payment.

You have used a FOR PROFIT CORPORATION FORM. Is this a "FOR PROFIT" corporation. Please note that non-profit corporations use another form.

ALSO, please state a PURPOSE for the corporation in item 8.

AND ALSO, please note that since Florida doesn't accept LTD. as a corporate suffix, you will need to add "INC." after the "LTD." in the name on line 1.



Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6914.

**D**

Buck Kohr
Document Specialist

Letter Number: 604A00015218



RE-SUBMIT
PLEASE OBTAIN THE ORIGINAL
FILE DATE

**E**

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

| RECEIVED AS | PLAINTIFF // DEFENDANT // JOINT // |
| --- | --- |
| EXHIBIT NO. | 170 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. | IN EVIDENCE |
| DATE REC'D | |

# TRANSMITTAL LETTER

TO:   Registration Section
      Division of Corporations

SUBJECT:   *ST. Matthew's University (Cayman) Ltd., Corp.*
           (Name of corporation - must include suffix)

Dear Sir or Madam:

The enclosed "Application by Foreign Corporation for Authorization to Transact Business in Florida", "Certificate of Existence", and check are submitted to register the above referenced foreign corporation to transact business in Florida.

Please return all correspondence concerning this matter to the following:

*Michael A. Harris*
(Name of Person)

*ST. Matthew's University*
(Firm/Company)

*1005 W. College Blvd. Suite A*
(Address)

*Niceville FL 32578*
(City/State and Zip code)

For further information concerning this matter, please call:

*Darlene Burke*   at ( *850* ) *678-1225*
(Name of Person)         (Area Code & Daytime Telephone Number)

STREET ADDRESS:                    MAILING ADDRESS:
Registration Section               Registration Section
Division of Corporations           Division of Corporations
409 E. Gaines St.                  P.O. Box 6327
Tallahassee, FL 32399              Tallahassee, FL 32314

Enclosed is a check for the following amount:

☐ $70.00 Filing Fee    ☐ $78.75 Filing Fee &    ☐ $78.75 Filing Fee &    ☒ $87.50 Filing Fee,
                          Certificate of Status     Certified Copy            Certificate of Status &
                                                                              Certified Copy

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 7
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**B** **APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA**

*IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. _ST. Matthew's University (Cayman) Ltd. CPCo._
   (Name of corporation; must include the word "INCORPORATED", "COMPANY", "CORPORATION" or words or abbreviations of like import in language as will clearly indicate that it is a corporation instead of a natural person or partnership if not so contained in the name at present.)

2. _Cayman Islands_    3. _98- 0567165_
   (State or country under the law of which it is incorporated)    (FEI number, if applicable)

4. _2/1/02_    5. _Perpetual_
   (Date of incorporation)    (Duration: Year corp. will cease to exist or "perpetual")

6. _upon qualification_
   (Date first transacted business in Florida. If corporation has not transacted business in Florida, insert "upon qualification.")
   (SEE SECTIONS 607.1501, 607.1502 and 817.155, F.S.)

7. _P.O. Box 32330 SMB   Safe Haven, Leeward Three, Grand Cayman_
   (Principal office address)

   _P.O. Box 32330 SMB   Safe Haven, Leeward Three, Grand Cayman_
   (Current mailing address)

8. To carry on any trade or business or lawful activity and en
   (Purpose(s) of corporation authorized in home state or country to be carried out in state of Florida)
   ter into any transactions whatever which can in the opinion

9. Name and street address of Florida registered agent (P.O. Box or Mail Drop Box NOT acceptable)

   Name: _Darlene Burke_

   Office Address: _259 Wara Ave_

   _Niceville_ , Florida _32578_
   (City)    (Zip code)

10. Registered agent's acceptance:
    *Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

    **H** _Darlene Burke_
    (Registered agent's signature)

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

| RECEIVED AS |PLAINTIFF| / / DEFENDANT / / JOINT / / |
|---|---|
| EXHIBIT NO. | 172 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. | IN EVIDENCE |
| DATE REC'D | |

of the Board of Directors be advantageously or
conveniently carried on by the Company which
purpose the Company will have such powers as
are not prohibited by law.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 173
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

12. Names and business addresses of officers and/or directors:

**A. DIRECTORS**

Chairman: _Michael A Harris_

Address: _1005 W College Blvd Suite A_

_Niceville FL 32578_

Vice Chairman: _____

Address: _____

Director: _Galen P. Swartzendruber_

Address: _1921 Waldemere St Suite 802_

_Sarasota FL 34239_

Director: _International Corporation Services Ltd_

Address: _P.O. Box 472 George Town_

_Grand Cayman, Cayman Islands_

**B. OFFICERS**

President: _Michael A Harris_

Address: _1005 W College Blvd Suite A_

_Niceville FL 32578_

Vice President: _Jerry Thornton_

Address: _1750 W Broadway Street Suite 222_

_Oviedo FL 32765_

Secretary: _Galen P Swartzendruber_

Address: _1921 Waldemere St. Suite 802    Sarasota FL 34239_

Treasurer: _____

Address: _____

NOTE: If necessary, you may attach an addendum to the application listing additional officers and/or directors.

13. _[signature]_
(Signature of Chairman, Vice Chairman, or any officer listed in number 12 of the application)

14. _Michael A Harris,   Chairman_
(Typed or printed name and capacity of person signing application)

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 174
CASE NO._____
ADVERSARY NO._____
FOR ID._____ IN EVIDENCE_____
DATE REC'D



### Certificate Of Good Standing

IG-115571

TO WHOM IT MAY CONCERN

I DO HEREBY CERTIFY that

St. Matthew's University (Cayman) Ltd.

a company duly organized and existing under and by virtue of the Laws of The Cayman Islands is at the date of this certificate in Good Standing with the office, and duly authorized to exercise therein all the powers vested in the company.

Given under my hand and Seal at George Town in the Island Of Grand Cayman this 1st day of March Two Thousand Four

As Authorized Officer,
Registry of Companies,
Cayman Islands, B.W.I.

REGISTRAR OF COMPANIES
CAYMAN ISLANDS

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _175_
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



Stamp # 5
**CONCEALED
STAMP**

Stamp # 1
STATE

STATE
Stamp # 2

CORPORATIONS
Stamp # 4

CORPORATIONS
Stamp # 3

FLORIDA
Stamp # 1

FLORIDA
Stamp # 2

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 176
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

"NOISE" LINES ADDED TO MAKE STAMP APPEAR TO BE A MECHANICAL MALFUNCTION.

EDGE OF LETTER "D" FROM CONCEALED DATE STAMP.

1

2

3

4

5

RECEIVED

04 MAR 11   AM 9:59

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 177
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



FLORIDA DEPARTMENT OF STATE
Glenda E. Hood
Secretary of State



March 8, 2004

CAPITAL CONNECTION

TALLAHASSEE, FL

SUBJECT: ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.
Ref. Number: W04000009220

We have received your document for ST. MATTHEW'S UNIVERSITY (CAYMAN)
LTD. and your check(s) totaling $87.50. However, the enclosed document has
not been filed and is being returned for the following correction(s):

Please note that we have RETAINED your $87.50 payment.

You have used a FOR PROFIT CORPORATION FORM. Is this a "FOR PROFIT"
corporation. Please note that non-profit corporations use another form.

ALSO, please state a PURPOSE for the coproration in item 8.

AND ALSO, please note that since Florida doesn't accept LTD. as a corporate
suffix, you will need to add "INC." after the "LTD." in the name on line 1.

Please return your document, along with a copy of this letter, within 60 days or
your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call
(850) 245-6914.

Buck Kohr
Document Specialist

Letter Number: 604A00015213

RE-SUBMIT
PLEASE OBTAIN THE ORIGINAL
FILE DATE

Division of                                                                    ida 32814

| RECEIVED AS | PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|---|
| EXHIBIT NO. | 178 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. | IN EVIDENCE |
| DATE REC'D | |



**FLORIDA DEPARTMENT OF STATE**
Glenda E. Hood
Secretary of State

FILED
04 MAR -5 PM 2:04
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

March 8, 2004

CAPITAL CONNECTION

TALLAHASSEE, FL

SUBJECT: ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.
Ref. Number: W04000009220

We have received your document for ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. and your check(s) totaling $87.50. However, the enclosed document has not been filed and is being returned for the following correction(s):

Please note that we have RETAINED your $87.50 payment.

You have used a FOR PROFIT CORPORATION FORM. Is this a "FOR PROFIT" corporation. Please note that non-profit corporations use another form.

ALSO, please state a PURPOSE for the coproration in item 8.

AND ALSO, please note that since Florida doesn't accept LTD. as a corporate suffix, you will need to add "INC." after the "LTD." in the name on line 1.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6914.

Buck Kohr
Document Specialist

Letter Number: 604A00015213

RECEIVED
04 MAR 11 AM 9:59
DIVISION OF CORPORATIONS
TALLAHASSEE, FLORIDA

**RE-SUBMIT**
PLEASE OBTAIN THE ORIGINAL FILE DATE

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 179
CASE NO. ____
ADVERSARY NO. ____
FOR ID. ____ IN EVIDENCE ____
DATE REC'D ____

**Public Catalog**

Copyright Catalog (1978 to present)
Search Request: Author = Kohr, Buck
Search Results: Displaying 1 of 1 entries

A

◀ previous | next ▶

Labeled View

B

*5 more parables for the present imperfect / by Buck Kohr.*

Type of Work: Dramatic Work and Music; or Choreography
Registration Number / Date: PA0000108561 / 1981-05-21
Application Title: Five more parables for the present imperfect.
Title: 5 more parables for the present imperfect / by Buck Kohr.   C
Imprint: Downers Grove, Ill. : Contemporary Drama Service, c1978.
Description: 1 v.
Notes: 5 plays.
Copyright Claimant: Arthur Meriwether, Inc.
Date of Creation: 1977
Date of Publication: 1978-03-15   D
Authorship on Application: Arthur Meriwether, Inc., employer for hire of Buck Kohr.
Copyright Note: C.O. correspondence.
Other Title: More parables for the present imperfect
Names: Kohr, Buck
Arthur Meriwether, Inc.

RECEIVED AS PLAINTIFF / DEFENDANT / / JOINT  / /
EXHIBIT NO._____ 180
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



Google

Books       Add to my library ▾     Write review

No eBook available
AbeBooks
Amazon
Find in a library
All sellers »

Get Textbooks on Google Play

Rent and save from the world's largest
eBookstore. Read, highlight, and take notes,
across web, tablet, and phone.

Go to Google Play Now »

My library
My History

**The Old Snake who Took the Frogs for a Ride**  ◀

Buck Kohr
Contemporary Drama Service, 1981 - One-act plays - 11 pages

0 Reviews

**What people are saying** – Write a review

We haven't found any reviews in the usual places.

**Bibliographic information**

Title    The Old Snake who Took the Frogs for a Ride
Author   Buck Kohr

RECEIVED AS PLAINTIFF / DEFENDANT / / JOINT  / /
EXHIBIT NO._____ 181
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# JERRY THORNTON



# VIDEO EXHIBIT 8

"In academia, ahh.. there's a certain tradition. It's kind of like you either are, or you're not. You're not a doctor, you did all the work and everything, you're still not a doctor til' the president says you are.

(VIDEO EXHIBIT 1     POSITION  52:43)

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT  / / |
|---|
| EXHIBIT NO. |
| CASE NO. |
| ADVERSARY NO. |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |

JULIAN RODNEY ROOKS
3548 DARTFORD LANE
TALLAHASSEE, FL 32311

1105

federal credit union

Tallahassee, Florida
Merchant Verification: (850) 431-3500

For added security, the
account number no longer
appears on this copy.

1105    NOT NEGOTIABLE

JULIAN RODNEY ROOKS
3548 DARTFORD LANE
TALLAHASSEE, FL 32311

1107

federal credit union

Tallahassee, Florida
Merchant Verification: (850) 431-3500

For added security, the
account number no longer
appears on this copy.

1107    NOT NEGOTIABLE

JULIAN RODNEY ROOKS
3548 DARTFORD LANE
TALLAHASSEE, FL 32311

1108

federal credit union

Tallahassee, Florida
Merchant Verification: (850) 431-3500

For added security, the
account number no longer
appears on this copy.

1108    NOT NEGOTIABLE

JULIAN RODNEY ROOKS
3548 DARTFORD LANE
TALLAHASSEE, FL 32311

1115

federal credit union

Tallahassee, Florida
Merchant Verification: (850) 431-3500

For added security, the
account number no longer
appears on this copy.

1115

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO.
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

## JERRY THORNTON



**VIDEO EXHIBIT 2     POSITION  03:51**

A ——▶ "It's been a long road and i'm sure you'de all agree-you look back on
it an-lot-lot going on in your life during this time.. ah.. you know it
really takes a special person to reach the lofty pinnacle of medical
education: it takes a character, it takes patience, n endurance and
B ——▶ longsuffering, the will to succede, and as some of the parents might
C ——▶ say a fair amount of money. Some-some fell out along the way, you
had friends that started with you and they didn't make it, they're
either not here today yet and they will finish up or some didn't, but
along the way, some did not and um your being here today shows
to all of us that you possess these important qualities."

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

BEFORE THE
DIVISION OF LICENSING
MEDICAL BOARD OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
STATE OF CALIFORNIA

In the Matter of the Application of    )
                                        )

St. Matthew's University School of Medicine  )
Grand Cayman, British West Indies        )
_____)

## DECISION AND ORDER OF DISAPPROVAL

      The attached report and recommendations of the site team that conducted the inspection of St. Matthew's University School of Medicine in May and June 2004 are hereby accepted and adopted by the Division of Licensing of the Medical Board of California, Department of Consumer Affairs, State of California. The Division determined that St. Matthew's University School of Medicine does not provide a medical education equivalent to that required in Sections 2089 and 2089.5 of the California Business and Professions Code and Title 16, California Code of Regulations Section 1314.1. Consequently, St. Matthew's University School of Medicine is disapproved under the provisions of Sections 2084, 2102 and 2135 of the California Business and Professions Code.

  IT IS SO ORDERED this eighteenth day of February 2005.

                        MEDICAL BOARD OF CALIFORNIA

                        _____
                        James A. Bolton, Ph.D., President
                        Division of Licensing

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 18.5
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

December 15, 2004

To:          Division of Licensing
             Medical Board of California

From:        The Site Team

                     Harold J. Simon, M.D., Ph.D., Consultant
                     Richard Fantozzi, M.D., Member
                     Joyce Hadnot, Deputy Director
                     Anita Scuri, Legal Advisor
                     Martin Pops, M.D. (Chicago Site Visit)

Subject:     Report on Site Visits to St. Matthew's University School of
             Medicine, Its Branch Campus in Windham, Maine, and
             Teaching Hospitals Offering Clerkships to Its Students

## Introduction

A survey of the St. Matthew's University School of Medicine ("SMUSOM") campus in
Windham, Maine was conducted on May 11 and 12, 2004 by a team representing the
Division of Licensing of the Medical Board of California ("Division"). A team also visited
four teaching hospitals offering clerkships to SMUSOM students on May 24-25, 2004 in
Chicago, Illinois. Thereafter, the site team conducted a survey of the principal campus
on Grand Cayman, British West Indies, on June 17 and 18, 2004.

The purpose of the site visits was to determine whether the school provides an
educational program that is equivalent to the requirements of Business and Professions
Code Sections 2089 and 2089.5 and meets the requirements of Title 16 Cal. Code
Regs. sections 1314.1. The team members were Richard Fantozzi, M.D., division
member, Joyce Hadnot, Deputy Director of the MBC, Anita Scuri, Legal Counsel from
the Department of Consumer Affairs, and Harold Simon, M.D., licensing consultant.
Martin Pops, M.D., Ms. Hadnot, and Ms. Scuri conducted the site visit to four teaching
hospitals in the Chicago, Illinois

This report consists of three consolidated reports on the principal campus
on Grand Cayman, the Windham, Maine branch campus, and four
teaching hospitals in and near Chicago, Illinois that offer clerkships to
SMUSOM students, together with a recommendation from the site team.

1

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO.
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

## Part 1. Campus on Grand Cayman, British West Indies

The main purpose of this site visit was to review and evaluate the program at SMUSOM's main site on Grand Cayman Island (SMUCI). The evaluation was aimed at obtaining an overall perspective of SMUSOM. More specifically, the evaluation was intended to focus on the preclinical education of medical students in preparation for their clinical clerkships, on the physical facilities, on selection of and feedback from the hospitals utilized for clinical clerkships, on student life and support systems, on research, and on relations with local government

This portion of the report will address the following topics:

- Chronology and Rationale for Locating on Grand Cayman Island
- Ownership
- Administration
- Governance
- Faculty
- Admissions
- Students
- Pre-Clinical Curriculum
- Selection and Evaluation of Clerkship Sites
- Facilities on campus—Building, Classrooms, Laboratories, Residence hall
- Facilities off campus—Hospitals, Clinics, Physicians' Offices
- Library and Learning Resources
- Research
- Relations with Local Government

### Chronology of the Request by SMUSOM for Recognition and Rationale for Locating on Grand Cayman Island

SMUSOM was conceived in **1996** and chartered in **1997**. The first class of medical students matriculated in September of that year on Ambergris Cay in Belize, Central America. SMUSOM submitted the first request for recognition by California in **July 1998**. A report covering the documentation submitted by SMUSOM and requesting additional information was submitted to the Division in **June 2000**. Hurricane Keith struck that location in **October 2000**, seriously damaging the facilities, necessitating a temporary relocation to the University of Central Florida, and obviating a possible site visit at that time. **A**

In **August 2001**, the Division became aware of serious turmoil on the Belize campus resulting in the eventual loss of all facilities there.

**B**

2

```
RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D
```

Under new ownership, an essentially completely new central    **A**
administration, and with a small cadre from Belize, a search for an
alternate site eventually focused on the Cayman Islands whose economy
was then at a low point. Further investigations identified a building then
occupied by the local Cable and Wireless Company and available for
leasing. It appeared ideal for serving SMUSOM's information technology
needs. Cordial relations were established with the local government, the
necessary permits obtained, a lease on the building signed, and
SMUSOM relocated to Grand Cayman in May 2002.

The Division deemed the information then on hand obsolete. SMUSOM
was asked to submit a new application, which reached the Division in
**September 2002.** This set of documents was reviewed by the Division in
**January 2003.** A decision to make site visits was rendered in May 2003
to take place later that year. Changes in California's government delayed
approval for site team travel until May 2004, when the first two of the
three mandated site visits took place.

### Ownership

**B**  SMUSOM is a proprietary, for-profit institution that derives all of its
income from student tuition and fees. It is owned by 3 individuals –
Michael Harris, M.D., President and CEO, Galen Swartzendruber, M.D.,
investor, and S. K. Asthana, M.D., all located in Niceville, FLA  –  who
also comprise the Board of Directors.

### Administration

The SMUSOM administration is headed by Michael Harris, M.D.,
President and CEO, who reports to the Board of Trustees (vide infra).  Dr.
Harris is directly responsible for strategic planning, relations with diverse
governmental officials, and the overall budget and other fiscal matters.
He is the ultimate authority but reports to the Board of Trustees (see
**Governance**) on issues pertaining to academic matters, hiring and firing
of faculty, salaries, publications, locating and acquiring sites to meet the
requirements of the academic mission and accommodations for students,
and authorizing issuance of diplomas.

Dr. Harris' base and OB/GYN practice are located in Niceville, Florida,
near SMUSOM's head office in Oviedo, Florida. He heads the Board of
Directors and divides his time between Florida and SMUCI with
occasional visits to the Maine campus. .

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

3

Dr. Harris is an expert in matters of locating desirable real estate and its acquisition (See **Facilities**).

Dr. Harris is assisted by a Vice President, a Chief Financial Officer (CFO) and a large number of Deans. The Deans oversee the academic activities of their respective faculties, coordinate interactions—such as they are-- between them at SMUCI and the SMUM site in Maine, and formulate and propose budgets for presentation to the President,

**A** ▶ Jerry Thornton, Ph.D., Vice President and Chief Operations Officer (COO) has been with SMUSOM since Belize days. He is in charge of operations at the head office in Florida, which includes admissions, financial aid, marketing and advertising. He has also been the principal

**B** ▶ contact between SMUSOM and the Division.

B. D. Owens, Ph.D., is Chief Financial Officer (CFO) and oversees the controller, financial matters and ancillary services, including student residences. He participates in the search for suitable real estate for acquisition by the institution.

The SMUSOM administration is enthusiastic, innovative, effective and responsive to the needs of a growing institution. It is also very effective in matters pertaining to real estate acquisitions and relations with governmental authorities.

## Governance

Governance of SMUSOM is vested in the Board of Trustees, which may delegate authority. Delegation is primarily to the President or the COO who may re-delegate authority to Deans and other Administrative Officers. The Board of Trustees is composed of four members who have no financial ties to the institution and who serve without financial compensation other than reimbursement for travel expenses incurred in connection with its meetings. The Board meets four times yearly, including once at SMUCI. The current Board members are:

Elizabeth Armstrong, Ph.D., Associate Professor of Pediatrics, Harvard Medical School, Boston, Massachusetts;
Mark Stewart Calkins, M.D., Physician, Niceville, Florida;
Stephen P. Doheny, M.D., Physician, Niceville, Florida; and
James P. Richburg, Ed.D., President, Oskaloosa Community College, Niceville, Florida.

Responsibilities of the Board of Trustees are specified in its by-laws.

4

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO.
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

*may account - at least in part - for the apparently high attrition rate and the 19% figure for students in academic difficulties in the first year.*



Prior to matriculation, and before issuing a visa, the Caymanian government requires documentary evidence from the civil authorities of a clean record covering the student's past 10 years' residences. *(Note: Some unresolved questions about specifics in this connection have been posed to the Caymanian Ministry of Education but the team has not received an answer.)*

*Note: SMUSOM literature states that **transfer students** are accepted up to the beginning of the 5th semester.  Specific inquiries (in Maine) indicated that some transfers have been accepted up to and even into the 4th year although this practice is said to have been abandoned recently. Transfers in the last year of medical school are not acceptable under California law (Business and Professions Code 2089(a). Requirements* for transfers are identical to those for entering 1st year students plus transcripts from their previous medical school(s).  They must not have been dismissed for ethical or behavioral causes.

### Students

Enrollment has grown rapidly from the first class of 25 students in September 1997 in Belize to more than 300 currently at SMUCI and Maine and well above that number in the clinical years. Current total enrollment for the entire school is approximately 645 students.

Since the beginning, *263 students have graduated, 158 have withdrawn, and 29 have been dismissed. Of the graduates, 2 have completed residency training, 101 are in their residencies and the present status of 36 is unknown. 134 students are currently in clinical rotations in the U.S.*

Among those listed as withdrawn, the present status of 101 is unknown. 

The student body is composed mainly of Americans (approximately 85%), with a smattering of students from Canada, Caribbean and other countries.  Many tried and failed to gain admission to U.S. medical schools; some did not apply to U.S. schools because they believed they could not compete effectively (grades, MCAT scores); and quite a few transferred in from other Caribbean medical schools (notably Ross, AUC and St. Lucia).  A significant number chose the study of medicine after having had other successful careers (in professional sports, business, law and paramedical fields), or having earned advanced degrees in non-medical sciences and later decided on the study of medicine.

7

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
| --- |
| EXHIBIT NO. |
| CASE NO. |
| ADVERSARY NO. |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |



for core clerkships. Approximately 80% to 90% of clinical core rotations take place in the Chicago and Atlanta areas. Most U.S. hospitals used for core rotations are ACGME accredited. A list of criteria exists for determining eligibility of a potential site for clinical instruction. *Satisfactory completion of the USMLE Part 1 prior to commencing a clerkship is not required by all of these hospitals. Until January 1, 2004, the school assigned students to clinical rotations who had not taken or passed Step 1. Beginning January 1, 2004, the school will not assign a student to clinical rotations without formal notification that the student has passed Step 1.*

Each hospital used for core rotations is supposed to have a formal affiliation agreement with SMUSOM and a director of medical education (DME) appointed to the SMUSOM clinical faculty to oversee clerkship

8

arrangements. *The site visit in Chicago indicated that some such affiliation agreements are in verbal form and others have been arranged with an individual physician and not with the institution itself.*

In the middle of the 5th semester, students receive an orientation session from the Dean for Clinical Sciences about the hospitals available for core clerkships. Recently, the Chair for Preclinical Studies brought an upper class student to assist in the orientation. *There is no formal arrangement for providing feedback from more senior students or graduates to 5th semester students concerning advantages or disadvantages of specific training sites (By the same token, there is no formal feedback system from graduates about their satisfaction level with the education received at and through SMUSOM. Nor is the tracking system of graduates anywhere nearly complete (see below). These omissions would seem particularly worrisome in such a new school with a minimal track record. An alumni organization might prove useful for these purposes.*

**A**



**B**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO.____
CASE NO.____
ADVERSARY NO.____
FOR ID.____ IN EVIDENCE____
DATE REC'D____

## Rationale for Seeking a Branch Campus and Its Selection

According to the information provided, SMUSOM determined that a satellite campus on the U.S. mainland and offering a Master's Degree in matters relating to medical economics and administration would enhance SMUSOM's image and serve as an effective marketing device for attracting students in a competitive environment. Accordingly, SMUSOM administrators sought a connection with an institution offering an instructional program which would serve medical students' needs and interests toward both conducting an efficient medical practice and possibly offering additional or alternate career opportunities.

Through prior personal contacts between representatives of SMUSOM and St. Joseph's College of Maine "(SJCOM"), an ongoing on-site and distance-learning program leading to a Master's Degree in Health Science Administration (MHSA) was identified at SJCOM in Windham ME, and deemed suitable for the stated purposes. Negotiations between the two institutions led to formal agreements and the first SMUSOM students were concurrently enrolled in the SJCOM MHSA program in the Year 2000.

**A**

## Advantages of the MD/MHSA Program for SMUSOM and SJCOM

The advantages for SMUSOM are the uniqueness of this offering among offshore medical schools catering primarily to U.S. students, i.e., as a marketing device; a location on the U.S. mainland for U.S. and other students enrolled in an offshore medical school; and for some SMUSOM students to interact - albeit on a limited basis - with students pursuing other fields of endeavor.

**B**

The principal benefit for SJCOM seems to be the income from tuition paid by the SMUSOM students - amounting to $250/ credit unit for a total of $11,250/student for the entire course of study. Additionally, students from other disciplines pursuing the MHSA program seem to benefit from their occasional interactions with SMUSOM students.

## Interrelationships Between the Two Degree Programs

**C**

 SMUSOM students enrolled in the MHSA program are enrolled separately in SJCOM and pay tuition and fees separately to the two institutions. The application/admissions processes for the two programs are also completely separate.

16

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 192
CASE NO.
ADVERSARY NO.
FOR ID. ___ IN EVIDENCE ___
DATE REC'D

- *Tracking of graduates is grossly deficient* - a problem area in a new institution desiring recognition for the quality of its programs.
- The essentially complete *absence of research* activities both for continuing growth in their disciplines by faculty and lack of student participation in such endeavors.

## CONCLUSION AND RECOMMENDATION

SMUSOM is apparently off to a good start and gives promise of a potentially bright future. At present, it is still in early phases of development with a very limited track record and not ready for recognition by the Division. A repeat evaluation should be undertaken after remediation of the problem areas and more evidence of satisfactory performance is available.

Based upon its assessment of the quality of the institution as a whole and the quality of the institution's educational program, the survey team is unanimous in recommending, that the State of California, Medical Board of California, Division of Licensing at this time deny recognition of St. Matthew's University School of Medicine as not providing a resident course of instruction leading to an M.D. degree that is equivalent to that required by Sections 2089 and 2089.5 of the Business and Professions Code together with Title 16, Cal. Code Regs. Sections 1314.1.

### Addenda to Report on Site Visit
### St. Matthew's University School of Medicine

### SMUSOM Veterinary Medicine School

At the time of the site visit to SMU Grand Cayman, the visitors were not informed of the apparently quite far advanced plans for the almost imminent opening of a veterinary medicine school/program on site. This information came to the team's attention in a round about way and only well after completion of the first draft of the team's report on its visit. The team then queried Dr. Thornton and received assurances that this development would not have any adverse impacts on the (human) medical program. Although not taken into account in the team's recommendations to the DOL at this time, it should nevertheless be clear that any future evaluation of SMUSOM by DOL will require address of potential impacts of the vet/med operation on the human medical operation, at least with regard to the administrative, logistical and academic dimensions.

29

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____  10.8
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# amednews.com
### AMERICAN MEDICAL NEWS

**TOPICS »**
Health
Reform
EHRs
Medicare
Liability
AMA House
» More

PROFESSION
## Quality concerns spur scrutiny of Caribbean medical schools

⊞ State medical boards worry about the caliber of graduates' training as they seek U.S. medical licenses.

By MYRLE CROASDALE — Posted Jan. 16, 2006

**FEATURED**
Confronting bias against obese patients
□ Medical educators are starting to raise

# EXCERPT FROM ARTICLE

evaluate international medical schools and determine whether their programs are stringent enough for graduates ultimately to receive licensure from a state medical board.

**Caribbean schools respond**

Jerry W. Thornton, PhD, vice president of St. Matthew's University School of Medicine on Grand Cayman Island, said that although rogue schools are popping up in the Caribbean, the numbers being discussed were unreasonably high. He estimated that there were 30 medical schools in the Caribbean, as opposed to other sources who pegged the total near 65.

Dr. Thornton believes his institution and four others among the 30 schools provide an education equivalent to that of American schools. But he questioned state boards' ability to provide qualified inspectors to evaluate them. When the California board reviewed his school, he said, the site team consisted of a pediatrician, a social worker and an attorney. His school failed a review by the board in February 2005. It paid $65,000 for the evaluation.

He thought his school had every piece of the puzzle in place. Its students are allowed to do clerkships in Florida and New York, and its alumni are among board-certified physicians practicing in the United States outside of California.

"It was very disappointing," Dr. Thornton said. "We went through a two-year examination period that culminated in a site visit and exit interviews. We had no sense that there were problems."

Meanwhile, some international schools are taking matters into their own hands. The newly formed International Assn. of Medical Colleges' provisional



RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____





### LOBBYING
# St Matthew's University



A special interest's lobbying activity may go up or down over time, depending on how much attention the federal government is giving their issues. Particularly active clients often retain multiple lobbying firms, each with a team of lobbyists, to press their case for them.

Year: 2004

**Total Lobbying Expenditures: $20,000**
  Subtotal for Subsidiary St Matthew's Univ School of Medicine: $20,000

St Matthew's University Lobbying by Industry

| Industry | Total |
|---|---|
| Education | $20,000 |

Lobbying Expenses Reported by Subsidiary St Matthew's Univ School of Medicine

| Firms Hired | Total Reported by Filer | Reported Contract Expenses (included in Total Reported by Filer) |
|---|---|---|
| Kirkpatrick & Lockhart | | $20,000 |

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center.

The Center for Responsive Politics
Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.

**B**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____





HOME   INVESTMENT STRATEGY   OUR PROFESSIONALS   [ILLEGIBLE]   NEWS   CONTACT

Portfolio Companies
All
Current
Exited

Sectors
Business Services
Industrial Products
 and Services
Consumer Products
 and Services
Education
Financial Services
Healthcare

Case Studies
Newman Wireless
Plastimayd

PDF Downloads
Fund Deal Sheet
Company Fact Sheet

***Fund Investments*** Prairie Capital opened its doors in 1997 and invested its first fund in twenty-two companies. Over four subsequent funds, more than fifty additional platform companies have chosen Prairie as their private equity partner. We are currently investing out of the $300 million Prairie Capital V, bringing the experience of having invested in numerous industry sectors over a variety of business cycles.  ◀ **D**

*Prairie Capital Fund V*

| | | |
|---|---|---|
| Captek Softgel, Inc. | Industrial Water Treatment Solutions | Messenger, LLC |
| Northfield, LLC | Pyott-Boone Electronics, Inc. | Swiss-American Products, Inc. |
| TeacherMatch, LLC | | |

*Prairie Capital Fund IV*

| | | |
|---|---|---|
| Administaff Services Group | Chicago Deferred Exchange | Cole Taylor Bank |
| FCA Packaging | Fortis Business Media | Insource Contract Services |
| Newman Wireless | Pioneer Metal Finishing | R3 Education |
| Specialized Education Services | Statlab Medical Products | Titanium Solutions |

R3 Education is a Massachusetts-based holding company that controls The Saba University School of Medicine ("Saba"), The Medical University of the Americas ("MUA") and St. Matthew University ("SMU"). Saba, MUA and SMU operate for-profit universities that award four-year graduate degrees in Doctors of Medicine. The universities operate ten-semester programs of instruction, offering three academic semesters per year and enrolling a new class of students in each academic semester. The first five semesters are taught on the schools' respective Caribbean campuses (Saba, Nevis and Grand Cayman) and are composed of basic sciences and pre-clinical courses. The remainder of the programs (in clinical rotations) are conducted primarily at U.S.-based teaching hospitals. Prairie Capital partnered with Equinox Capital to acquire the three universities. Contact Steve King or Bryan Daniels for more information.   ◀ **C**

**A** ▶

*Prairie Capital Fund III*

| | | |
|---|---|---|
| Alden Industries | Buy-Rite | Creditors Interchange |
| Coffee Bean International | Colorbök | Double E |
| GPA | H3 Sportgear | M. Lee Smith |
| Mortgage Contracting Services | National Industrial Coatings | Plastimayd |
| ProVest | Regency Beauty Institute | S.R. Smith |
| St. Matthew's University | | |

**B** ▶

*Prairie Capital Fund II*

| | | |
|---|---|---|
| American Changer | American Furniture Manufacturing | Benchmark Products |
| Color Associates | Cushcraft | E&B Giftware |
| Estes-Cox | Goldsmith | Hamilton Precision Metals |
| HealthScope Benefits | Innovative Concepts in Entertainment | Kifco |
| OpenFirst Holdings | Optronics | Perceptis |
| Remuda Ranch | Roman Decorating Products | Security Technologies |
| Stylecraft | Survey Sampling International | Texas DAR |

*Prairie Capital Mezzanine Fund*

| | | |
|---|---|---|
| Alaniz | American Staff Resources | Borgen Systems |
| Core Systems | DG Foods | First Texas |
| Fitness Products International | Furnace Parts | Heatfkit |
| In The Swim | Krane Products | McKenzie Sports Products |
| Mechanical Products | Office Resources | ProSteel |
| Shan Industries | Stravina | Wisconsin Technicolor |
| [Confidential] | [Confidential] | [Confidential] |

©2012 Prairie Capital, L.P. All rights reserved.

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /

EXHIBIT NO. _____

CASE NO. _____

ADVERSARY NO. _____

FOR ID. _____  IN EVIDENCE _____

DATE REC'D _____



Pedro Sun and Visitor Guide Jul 7_2008_WMV V8

VIDEO EXHIBIT 2       POSITION 00:34
**Reporter:** "Sir, um, how do you know about these bodies?"
**Man in video:** "Um, it's because Jeff donated the furniture to us so um we came to clean up and then one of my workers came in here and she called in the bodies that were here."



VIDEO EXHIBIT 2       POSITION   01:04
"five of them are-are preserved but one of them are (inaudible)...fix, which is the-the texture is loose, and has like uh like plasma and the body fluid"

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 197
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**SEARCH ARCHIVES:**

## 6 Cadavers Found at Abandoned Medical School
posted (July 4, 2008)



6 cadavers were discovered yesterday in San Pedro Town. They were brought to Belize for research at the Medical University of the Americas. The thing is that the school building has, for all intents and purposes, been abandoned for three years. And so for three years – the human remains were left rotting – until yesterday when they were found.

*Keith Swift Reporting,*
The six cadavers were found here – on examination tables inside what appears to have been a laboratory at the now abandoned Medical University of the Americas in San Pedro. Town Council workers made the ghastly find yesterday.

**Samuel Gonzalez Jr., Foreman – Town Council**
*"Jeff donated the furniture to us so we came to clean up and then one of my workers came in here and found the bodies that are here."*

*Keith Swift,*
Do you know where they came from or what they are doing here?

**Samuel Gonzalez Jr.,**
*"Well this was a medical school so they had these cadavers for medical purposes."*

*Keith Swift,*
How long have they been here?

**Samuel Gonzalez Jr.,**
*"In my estimation, about three years."*

*Keith Swift,*
How many did they find?

**Samuel Gonzalez Jr.,**
*"Well I think they are about six of them. Five of them are preserved but one of them is half fixed, the texture is loose and has plasma, like body fluid coming out of it."*

No foul play is suspected but it has left a foul taste in the mouth of the Town Council.



**Samuel Gonzalez Jr.,**
*"They can't leave cadavers just like that. It has to be put in the ground."*

*Keith Swift,*
You were shocked when you found them? What was your reaction?

**Samuel Gonzalez Jr.,**
*"Well I wasn't shocked but it is a bad thing to do on their behalf."*

The Town Council says it will be bury the remains. The school opened its Belize Campus in February of 2002. 5 years later in 2007 the building was placed for sale. The school was run by Dr. Jeffery Sarsland. He is out of the country but we did contact his wife Renae Sersland who told us she is no longer associated with the school and she could not comment. She did concede involvement with the school but said that was years ago. The school however does still operate outside of Belize, in St. Kitts and Nevis. It's website it mentions that students dissect cadavers.

Copyright © - Naturalight Productions Ltd.
The URL of this page is:

**A**

**B**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO.
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# U.S. Department of Education

## Staff Analysis of the Standards for the Evaluation of Medical Schools Used by Nevis

Prepared March 2012

### Background

In 1998, the Government of St. Kitts and Nevis and the Medical University of the Americas (MUA) signed an agreement establishing the MUA as the only medical school on the island of Nevis. The islands of St. Kitts and Nevis are joined together as a federation, although each exercises considerable autonomy over internal island matters. In 2007, the Premier of the Government of Nevis signed an agreement designating the Accreditation Commission on Colleges of Medicine (ACCM) to act on Nevis's behalf as the MUA's accreditor. The Government of Nevis is appearing at the Spring 2012 NCFMEA meeting seeking an initial determination that the standards used by the ACCM to evaluate the island's one medical school are comparable to those used to evaluate medical schools in the United States.

NCFMEA reviews requests from countries for determinations of comparability. This request for a comparability determination was initiated by the government of an island which is a component of the federal government. The island component has a constitutionally protected right to secede from the federation, should a two-third majority of the island's population vote for independence in a local referendum. The NCFMEA may want to consider whether it is an eligible request for comparability and whether it is appropriate to make a comparability determination in this case, whether there may be a need for additional clarification of the relationship between Nevis and St Kitts, and what implications such a decision may have on future requests. Also, if the NCFMEA concludes that it is appropriate, and that the process is comparable, it may also want to make clear that the comparability determination is limited to the island of Nevis and that St. Kitts would need to seek its own comparability determination and designate ACCM or some other entity as the designated accreditor for medical schools operating in St. Kitts.

### Summary of Findings

This is Nevis's first appearance before the NCFMEA. Based on the information provided, it appears that the government of St. Kitts and Nevis, through an agreement utilizing the services of the Accreditation Commission on Colleges of Medicine (ACCM), has an evaluation system that is substantially comparable to that used to accredit medical schools in the United States. However, while the government has provided significant information regarding the ACCM's standards for medical education, the NCFMEA may wish to request additional information related to several areas.

The Committee may wish to obtain additional information as to the agency's requirement for audited financial statements from the school, as well as requirements for prior approval of substantive changes related to the school's main campus. The Committee may also wish to explore several issues related to faculty and students. Additional information may be requested regarding faculty input into the school's mission and objectives. The Committee may also wish to explore requirements regarding the school's complaint procedures, as well as the ACCM's procedures for tracking patterns of complaints at its schools. An additional area related to both students and faculty concerns the MUA's first time pass rates on the USMLE Step one. Pass rates were initially low, then appeared to be improving. However, the institution's most current pass rates still fall below the agency's established benchmark. More information regarding actions taken by the ACCM, as well as the school's ongoing performance on the test, may be of interest. Finally, the Committee may also wish to obtain additional information regarding student feedback and student placement services.

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

## 2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT
DOCUMENT# L07000093284

**Entity Name:** UNIVERSITY OF MEDICINE AND HEALTH SCIENCES, LLC

**Current Principal Place of Business:**
505 SOUTH FLAGLER DRIVER
SUITE 1100
WEST PALM BEACH, FL 33401

**Current Mailing Address:**
505 SOUTH FLAGLER DRIVER
SUITE 1100
WEST PALM BEACH, FL 33401

**FEI Number:** NOT APPLICABLE

**Name and Address of Current Registered Agent:**
JONES FOSTER SERVICE, LLC
505 SOUTH FLAGLER DRIVE
SUITE 1100
WEST PALM BEACH, FL 33421 US

**FILED**
**Mar 02, 2015**
**Secretary of State**
**CC1212598365**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____   Date _____

Electronic Signature of Registered Agent

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | ROSS, WARREN |
| Address | 460 WEST 34TH STREET, 12TH FL |
| City-State-Zip: | NEW YORK NY 10001 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: WARREN ROSS                    MGR            03/02/2015

Electronic Signature of Signing Authorized Person(s) Detail                Date

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. 200
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

## Plaintiff Barbara Rooks













RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 203 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**UNITED STATES POSTAL SERVICE®**  **CUSTOMER'S RECEIPT**

KEEP THIS
RECEIPT FOR
YOUR RECORDS

PAY TO: ST. MATTHEWS
ADDRESS:
C.O.D. OR
USED FOR:

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION
NOT
NEGOTIABLE

SERIAL NUMBER  |  YEAR, MONTH, DAY  2008-02-27  |  POST OFFICE 949031  |  AMOUNT $ 100.00  |  CLERK 0021

**UNITED STATES POSTAL SERVICE®**  **CUSTOMER'S RECEIPT**

KEEP THIS
RECEIPT FOR
YOUR RECORDS

PAY TO: SMU
ADDRESS:
C.O.D. OR
USED FOR:

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION
NOT
NEGOTIABLE

SERIAL NUMBER  |  YEAR, MONTH, DAY  2008-03-07  |  POST OFFICE 949031  |  AMOUNT $ 200.00  |  CLERK 0005

**UNITED STATES POSTAL SERVICE®**  **CUSTOMER'S RECEIPT**

KEEP THIS
RECEIPT FOR
YOUR RECORDS

PAY TO: ST. MATTHEWS
ADDRESS:
C.O.D. OR
USED FOR: TUITION

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION
NOT
NEGOTIABLE

SERIAL NUMBER 11195028527  |  YEAR, MONTH, DAY  |  POST OFFICE  |  AMOUNT  |  CLERK

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO.
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

St. Matthew's University (Cayman) Ltd.
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
USA



# Statement

| Date |
| --- |
| 9/1/2008 |

To:

**Julian Rooks**
**3648 Dartford Lane**
**Tallahassee, FL 32311**

Any questions please contact Student Accounts
at 1-800-498-9700.

## DUE UPON RECEIPT

| | Date | Transaction | Amount | Balance |
| --- | --- | --- | --- | --- |
| **A** | | | | 0.00 |
| | 12/31/2004 | Balance forward | | 0.00 |
| **B** | 11/04/2005 | PMT #3691. Tuition | -1,000.00 | -1,000.00 |
| **C** | 01/04/2006 | PMT #1105. Tuition | -400.00 | -1,400.00 |
| | 01/04/2006 | PMT #1107. Tuition | -400.00 | -1,800.00 |
| **D** | 01/06/2006 | PMT #1108. Tuition | -400.00 | -2,200.00 |
| **E** | 01/30/2006 | PMT #1115. | -400.00 | -2,600.00 |
| | 05/01/2006 | INV #212. | 21,199.92 | 18,599.92 |
| | | — Adj In & Out S21,199.92 | | |
| | 05/01/2006 | CREDMEM #33826. | -21,199.92 | -2,600.00 |
| | | — Adj In & Out S-21,199.92 | | |
| | 05/01/2006 | INV #33827. | 2,600.00 | 0.00 |
| | | --- Bad Debt $2,600.00 | | |
| **F** | 03/03/2008 | PMT #12003344124. Tuition | -100.00 | -100.00 |
| **G** | 03/11/2008 | PMT #12003357554. Payment of Bad Debt | -200.00 | -300.00 |
| | 03/14/2008 | DEP #12003357554. Re-Payment Bad Debt | 0.00 | -300.00 |
| | 03/14/2008 | INV #58691. | 300.00 | 0.00 |
| | | Write Off Bad Debt-Paid | | |
| | | — Bad Debt $300.00 | | |
| | 05/02/2008 | INV #60296. | 200.00 | 200.00 |
| | | Write Off Bad Debt- | | |
| | | — Bad Debt $200.00 | | |
| **H** | 05/02/2008 | PMT #11195028527. Tuition Fee-Bad Debt pymt | -200.00 | 0.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

Please Make Check Payable to St Matthews University. Mailing address listed above.

To pay by Master Card or Visa log on to www.smuonline.com. Click on "Students", "Financial" then "Click here to Access SMUOnline
Securely....". If your invoice is not listed, enter it at the bottom. You will need the invoice numbers and the amount listed.
Click "Add to List", then "Add to Total", then "Pay Total" and follow the instructions.

Health Insurance Waivers can be downloaded at http://

| RECEIVED AS PLAINTIFF // DEFENDANT // JOINT // |
| --- |
| EXHIBIT NO. 205 |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |



**St. Matthew's University**
School of Medicine and Veterinary Medicine
Grand Cayman, British West Indies
*"Improving Life by Degrees"*

**Gary McCutcheon, Ed.D.**
Dean of Clinical Students
Executive Director of Clinical Operations
Direct: 407-488-1712
gmccutcheon@stmatthews.edu

U.S. Administrative Offices
12124 High Tech Avenue
Suite 350
Orlando, Florida 32817
Telephone: 800-498-9700
Fax: 800-565-7177
www.stmatthews.edu

**A** →

① CLEAR DEBT
② BACKGROUND
     CHECK

③ 4 SHELF EXAMS
  SAT / TO 2
    TIMES MONTHS

④ PENDING CARD STATUS

**B** →

⑤ ER TRAUMA
  ELECTIVE
    (ER ELECTIVE)

⑥ STEP I QUALIFIER
  NBME COMPREHENSIVE
  1-4 MO PASS
    OR
  KAPLAN ON LINE
  PASS = 42

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 206
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____





July 27, 2011 2:17 pm  •  By KRISTIN BUEHNER, kristin.buehner@globegazette.com

MASON CITY — A resident physician in Mercy Medical Center-North Iowa's Family Practice Residency program has been arrested for failing to register as a sex offender.

Dr. Kasey Kevin Clowe, 31, was charged Wednesday with failure to comply with the Iowa Sex Offender Registry, according to Iowa court records.

Clowe was convicted in 2002 of fifth-degree non-consensual sex contact, according to the Minnesota Department of Corrections.

Failure to register as a sex offender is classified as an aggravated misdemeanor in Iowa.

Dr. Paul Manternach, Mercy senior vice president of physician integration, said Wednesday in a prepared statement that "Mercy was made aware of the allegation. We have taken appropriate action. As always we are dedicated to the safety and well-being of our patients and the community."

According to information on the Mercy-North Iowa website, Clowe is a native of the Midwest. He graduated from St. Matthew's University School of Medicine in the Cayman Islands.

Attorney says doctor was not required to register as sex offender



MASON CITY (AP) — The attorney for a doctor charged with failure to register as a sex offender says his client was not required to register. Read more

**Related Links**

• Mercy Medical Center-North Iowa Physician listing



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 209
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____  IN EVIDENCE _____
DATE REC'D _____

## Iowa Sex Offender Registry

| Home | Search | Most Wanted | Notifications / Registrant Watch - Logon | Info |

**This Website is Updated Hourly**

The Iowa Sex Offender Registry became law on July 1, 1995 and is found in Chapter ?

On or after July 1, 1995, an individual who has been convicted or adjudicated of a cr who was incarcerated on or after July 1, 1995 is required to register. Registration do such as other states and/or federal convictions.

The information on this website is provided from the Iowa Sex Offender Registry to th themselves from individuals who have committed an offense that requires registration county where the offender lives. You may also email this agency via the "contact" lin

**The Iowa Department of Public Safety,** (DPS) has a history of dedication and serv agency in the State of Iowa. DPS Home

**The Division of Criminal Investigation,** (DCI) was created in 1921 to provide inves

**The Dru Sjodin National Sex Offender Public Website,** (NSOPW) is coordinated by ("Jurisdictions") and the federal government. NSOPW Home

**5,265**

There are currently **5,265** registrants listed on this website. This website was last updated today, 05/04/2015, at 12:12:42 am CST.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 210
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____  IN EVIDENCE _____
DATE REC'D _____

# Mason City doctor removed from sex offender registry

Print    Email    ☆

January 30, 2015 10:15 am

℗ {0} Comments

MASON CITY | A Mason City doctor's request to be removed from the Iowa Sex Offender Registry has been granted.

Dr. Kasey Clowe, who moved to Mason City in July 2011, was convicted in 2002 of fifth-degree nonconsensual sex contact when he was living in Apple Valley, Minnesota.

On May 23, 2011, the Iowa Department of Public Safety ruled that Clowe would be placed on the sex offender registry for life if he lived in Iowa. Several days later on May 31, a Minnesota judge expunged the offense from Clowe's record. 



In July 2011, Clowe was arrested for failing to register as a sex offender. He was a resident in Mercy Medical Center-North Iowa's family practice program at the time.

**B**



However, Cerro Gordo County Attorney Carlyle Dalen declined to prosecute Clowe because there was no willful intent by Clowe to violate the law and he was acting on the advice of his attorney.

Clowe did register as a sex offender after his arrest.



On Aug. 20, 2014, Clowe filed a petition asking for declaratory judgment for modification of registry requirements. The Iowa Department of Corrections completed a risk assessment on Aug. 24 and ruled Clowe as "low-risk to re-offend."



District Court Judge Rustin Davenport granted Clowe's request on Wednesday. The ruling modified the lifetime registry requirement to a period of 10 years from the original offense.

More than 10 years have passed since the original offense, which means Clowe, 34, no longer has to register as a sex offender in Iowa.

Clowe no longer works at Mercy Medical Center-North Iowa, according to a hospital spokeswoman.

Copyright 2015 . . . . . . . . . . . . . . . . . . . . This material may not be published, broadcast, rewritten or redistributed.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. ____21I____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

February 9, 2013

# St. Matthew's University School of Medicine

By Dr. Kasey Clowe

**Located on Grand Cayman Island,** St. Matthew's University School of Medicine **dedicates itself** to producing high-quality doctors who understand the many requirements of the health care field. Focused on providing pupils with the best experience, this institution offers student mentors, less expensive tuition than most United States medical schools, and a program where individuals can earn a Master of Business Administration along with their Doctor of Medicine.

Basing its curriculum on patient-centered care, St. Matthew's University School of Medicine features numerous courses. After completing their classes in basic science, students can learn about histology, microbiology, anatomy, and other specialized areas. Additionally, it maintains connections with teaching hospitals in Great Britain and the United States, and students can obtain clinical rotations at these facilities.

About the Author:

After acquiring a Master of Health Services Administration from St. Joseph's College, Dr. Kasey Clowe enrolled at St. Matthew's University School of Medicine. Graduating with the highest grade point average in his class, Dr. Clowe subsequently obtained an internship in family medicine at a Mason City, Iowa, medical center.

Text 1 – Kasey Clowe

Doctor of Medicine: Kasey Clowe




RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /

EXHIBIT NO. _____ 𝜕12 _____

CASE NO. _____

ADVERSARY NO. _____

FOR ID. _____ IN EVIDENCE _____

DATE REC'D

---

December 8, 2013

# Kasey Clowe – Common Penalties in Football



Having graduated in the top 5 percent of his class at St. Matthew's University School of Medicine, Dr. Kasey Clowe most recently served as an emergency room research associate at Hennepin County Medical Center in Minneapolis. Dr. Kasey Clowe received his early training at Carleton College in Northfield, Minnesota, where he earned a BA in biology and biochemistry. While at Carleton, Dr. Clowe also played on the school football team as a linebacker.

Here are a few of the most common penalties in football.

False start. A false start is when an offensive player moves or flinches prior to the ball being snapped. When this occurs, the team incurs a five-yard penalty.

Holding. Holding is called when one player grabs the jersey, the arm, or any part of an opposing player not carrying the ball in order to prevent him from advancing. Holding can be called on either an offensive or defensive player, with a 10-yard penalty being given for offensive holding and five yards given for defensive holding.

Face mask. A face mask penalty is called when one player grabs the face mask of an opposing player. A five-yard penalty is given for an incidental face mask, while a 15-yard penalty is assessed if a player uses the face mask to tackle or bring down a ball carrier.

Text 2 – Kasey Clowe

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /

EXHIBIT NO. _____ 𝜕13 _____

CASE NO. _____

ADVERSARY NO. _____

FOR ID. _____ IN EVIDENCE _____

DATE REC'D



## SLM
#### FINANCIAL CORPORATION
a Sallie Mae company

APRIL 7, 2008

JULIAN R. ROOKS SR.
3648 DARFORD LANE
TALLAHASSEE, FL. 32311

**Balance Due: $ 1,647.92**
PAYOFF BAL $ 10,611.06

Dear MR ROOKS SR.



### URGENT
### WARNING OF IMPENDING DEFAULT
### MAKE ALL OVERDUE PAYMENTS IMMEDIATELY

    You have seriously defaulted on your student loan. The consequences of default are extremely severe. We will assign your accounts to an attorney or a collection agency that will institute proceedings to either:

    1) Bring suit against you to enforce repayment of the loans.
    2) Garnish your wages as permitted by law.
    3) Initiate collection efforts that will demand payment of your total
       balance.

    We strongly urge you to pay the past due amount today or contact us discuss a satisfactory arrangement.

    To assist in payment, you may use a CREDIT CARD (Visa, MasterCard or Discover) or CHECK BY PHONE. Please contact our office at 800-559-3220 EXT 8380 for details.

    According to guidelines issued by the National Automated Clearing House Association (NACHA), financial service providers like Sallie Mae may electronically process payments (checks) received from their customers. Sallie Mae has begun clearing your check electronically as opposed to depositing the paper check. Accordingly, (1) all received checks will clear the bank faster and (2) your check will not be returned to you in your bank statement (neither the original check, nor an imaged copy). In the event that Sallie Mae is unable to process your payment electronically, it will be converted to a paper check. Your bank statement is valid proof of payment. Please note the check debit on your bank statement will reflect Sallie Mae as the payee. If you should have any further questions, please visit our web site at www.salliemae.com. Customer Service

Sincerely,

Kurt Felder
kurtis.felder@sima.com
Recovery Investigator



**SLM Financial PO Box 470 Marlton NJ 08053**
Phone: (856) 642-8380 ● Fax: (317) 594-1069

| | |
|---|---|
| RECEIVED AS PLAINTIFF / DEFENDANT / / JOINT / / | |
| EXHIBIT NO. | 214 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. | IN EVIDENCE |
| DATE REC'D | |

In re    Barbara Ann Rooks                                    Case No.    08-40810
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9654347950-1 | | | 2000 Student Loan | | | | |
| Sallie Mae P.O. Box 9555 Wilkes Barre, PA 18773-9500 | | - | | | | | 9,449.00 |
| Account No. 5049-9481-0319-7457 | | | 2002 Misc. Purchases | | | | |
| Sears P.O. Box 6937 The Lakes, NV 88901-6564 | | - | | | | | 2,176.00 |
| Account No. 101919-40 | | | 2007 Medical Expenses | | | | |
| Southeastern Center for Infect. Diseases 1213 TMH Court, Suite A Tallahassee, FL 32308 | | - | | | | | 28.56 |
| Account No. 0029153395 | | | 2000 Phone Service | | | | |
| Sprint PO BOX 27288 Tempe, AZ 85282-7288 | | - | | | | | 1,271.54 |
| Account No. 6011-5493-0022-5117 | | | 2007 Car Repair | | | | |
| Tire Kingdom Processing Center Des Moines, IA 50364-0001 | | - | | | | | 483.00 |
| Sheet no. 3 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | 13,408.10 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. ___215___
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

In re   Barbara Ann Rocks _____    Case No. ___95-40810___
                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3603000<br><br>TMH Federal Credit Union<br>345 S. Magnolia Dr<br>STE F1<br>Tallahassee, FL 32308 | | - | 2001<br>Personal Loan | | | | 2,607.44 |
| Account No. 002215939  ←A<br><br>Universal Fidelity Corporation<br>Creditor: Wells Fargo<br>P.O. Box 941911<br>Houston, TX 77094-8911 | | - | 2000 ←B<br>Student Loan | | | | C↘ 13,909.00 |
| Account No. 18392459<br><br>Wells Fargo<br>1110 Capital Circle NE<br>Tallahassee, FL 32301 | | - | 2006<br>Personal Loan | | | | 790.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. _4_ of _4_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  17,306.44

Total (Report on Summary of Schedules)  56,331.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _216_
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

(Form 18J) (08/07)

## United States Bankruptcy Court
### Northern District of Florida
### Tallahassee Division
### Case No. 08-40810-LMK
### Chapter 7

In re: Debtor(s)*
    Barbara Ann Rooks
    aka Judy Rooks
    3648 Dartford Ln
    Tallahassee, FL 32311

Social Security or Individual Taxpayer
Identification (ITIN) Numbers:
    xxx-xx-3076

Employer's Tax I.D. No(s)., if any:

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is/are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 2/9/09                    Lewis M. Killian Jr.
                                  United States Bankruptcy Judge



**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Name(s) used by the debtor(s) in the last 8 years, including married, maiden and trade names

| RECEIVED AS | PLAINTIFF | / / DEFENDANT / / JOINT / / |
|---|---|---|
| EXHIBIT NO. | 217 | |
| CASE NO. | | |
| ADVERSARY NO. | | |
| FOR ID. | IN EVIDENCE | |
| DATE REC'D | | |



**Education Financial Services**
P.O. Box 5119
Sioux Falls, SD  57117-5119
1-888-299-4179
FAX: 1-800-456-0561

The Next Stage

March 11, 2009

BARBARA ROOKS
3648 DARTFORD LN
TALLAHASSEE, FL 32311

RE: Important Account Information

Account Number: 0092215939

Dear Barbara,

Please contact our office immediately regarding your above-referenced student loan account which currently has a balance of $10,908.34, which is now due and payable.  We need to make arrangements to satisfy this outstanding balance on your account.

If you have additional questions or concerns regarding the account referenced above, please contact us at 1-888-299-4179 from 8:00 a.m. to 5:00 p.m. Central Time, Monday through Friday. You can also contact us at the address listed above.

Sincerely,

Recovery Department
Wells Fargo Education Financial Services

C&C 1408 (02-07)
The laws of some states require us to inform you that this communication is an attempt to collect a debt and any information obtained will be used for that purpose.

*Wells Fargo Education Financial Services is a division of Wells Fargo Bank, N.A.*

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. 218
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

## Return this page with payment

11/23/10

Borrower's Name          BARBARA A ROOKS
Borrower's Account Number    9654347950-1  ◄———— **A**
Amount Paid  $_____

This will be applied to the loan(s) identified below, unless otherwise indicated. If your payment is to be applied to another specific loan(s), please indicate the first disbursement date(s) of the loan(s). Be sure to write the borrower's name and account number on your check.

All payments must be remitted in U.S. dollars drawn on a U.S. bank.

According to guidelines issued by the National Automated Clearing House Association (NACHA), financial service providers like Sallie Mae may electronically process payments (checks) received from the customers. When you provide a check as payment, you authorize Sallie Mae either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When Sallie Mae uses information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. In the event that Sallie Mae is unable to process your electronic payment, it will be processed as a check transaction. Your bank statement is valid proof of payment. Please note the debit on your bank statement will reflect Sallie Mae as the payee.

You're welcome to contact us at the address or phone number listed with any questions. We appreciate the opportunity to serve you.

Sincerely,

Sallie Mae Customer Service

| Loan Program | First Disbursed Date | Loan Amount | Loan Interest Rate | Current Principal Balance | Outstanding Accrued Interest | Loan Status |
|---|---|---|---|---|---|---|
| CTITIONRA | 12/27/99 | $11,807.00 | 3.250% | $9,449.31 | $2,685.48 | RPMT |
| BORROWER TOTAL | | $11,807.00 | | $9,449.31 | $2,685.48 | |

**B**    **C**    **D**

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D_____

9654347950559409699

**Progressive Financial Services**
P.O. Box 22083
Tempe, AZ 85285

05-25-10

BARBARA A ROOKS          3808066-2
JULIAN R ROOKS
3648 DARTFORD LN
TALLAHASSEE FL  32311-7773

CREDITOR:      SALLIE MAE INC
ACCOUNT #:     8654347950-0201 
BALANCE DUE:   $14,733.16

Dear BARBARA A ROOKS,

This letter serves as formal notice that your above referenced account has
been referred to us for collection.

You are hereby notified that your responsibilities include repayment of
the balance.

The balance of your account is due in full. In order to avoid any further
collection activity, mail your payment directly to my attention or call to
discuss arrangements.

Do not hesitate resolving this very important matter. It requires your
utmost attention.

Sincerely,

Matthew Roberts     866-484-0201 or 602-453-8903
Debt Collector
Hours of operation: Mon-Thu 7AM-6PM, Fri 7AM-5PM, Sat 7AM-11AM MST

Unless you notify this office within 30 days after receiving this notice
that you dispute the validity of this debt, or any portion thereof, this
office will assume this debt is valid. If you notify this office in
writing within 30 days from receiving this notice, this office will
obtain verification of the debt or obtain a copy of a judgment and mail
you a copy of such judgment or verification. If you request this office in
writing within 30 days after receiving this notice, this office will
provide you with the name and address of the original creditor, if
different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be
used for that purpose. This communication is from a debt collector. PFS/1.0 SCH

---

***NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION***

---

1919 W Fairmout Dr Building 8 Tempe, AZ 85282

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 220
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

SallieMae
www.SallieMae.com

## Return this page with payment

| | | |
|---|---|---|
| Borrower's Name | BARBARA A ROOKS | 09/12/11 |
| Borrower's Account Number | 9654347950-1 ◄— **C** | |
| Amount Paid $ _____ | | |

This will be applied to the loan(s) identified below, unless otherwise indicated. If your payment is to be applied to another specific loan(s), please indicate the first disbursement date(s) of the loan(s). Be sure to write the borrower's name and account number on your check.

All payments must be remitted in U.S. dollars drawn on a U.S. bank.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

Questions? You're welcome to visit us online at SallieMae.com, or call us toll free at 888-2-SALLIE (888-272-5543). We're here to help you Monday - Thursday 8 a.m. to 9 p.m., and Friday from 8 a.m. to 8 p.m., ET.

Sincerely,

Sallie Mae Customer Service

| Loan Program | First Disbursed Date | Loan Amount | Loan Interest Rate | Current Principal Balance | Outstanding Accrued Interest | Loan Status |
|---|---|---|---|---|---|---|
| CITITION*A | 12/27/99 | $11,807.00 | 5.250% | $9,449.51 | $2,929.71 | RPMT |
| BORROWER TOTAL | | $11,807.00 | | $9,449.51 | $2,929.71 | |

**A** (arrow pointing to First Disbursed Date)

**B** (arrow pointing to Loan Amount)

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

9654347950592620399

KS20    SYSTEM 0001



NATIONAL ENTERPRISE SYSTEMS
29125 Solon Road • Solon, OH 44139-3442

RE: SALLIE MAE INC.
Client ID: 01019654347950
For: ST MATHEW'S UNIV-SCHL OF MED

January 23, 2012

13086530 SCT005
Barbara A Rooks
3648 Dartford Ln
Tallahassee FL 32311-7773



Date of Referral:    01/08/2012
Date of Service:     12/27/1999

Please contact: (800) 507-8401

**Total Amount Due: $15240.90**

This account has been listed with our office for collection. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

As of the date of this letter, you owe the above referenced balance. Because of interest charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, write this office or call the above referenced number.

| Client | Account # | | Amount |
|---|---|---|---|
| SALLIE MAE INC. | 13086530 | | $15240.90 |
| | | Total Amount Due: | $15240.90 |

You can now pay by automated phone system at (800) 238-0868 or on the internet at https://www.paymynesbill.com. Just enter your account number 13086530. Transaction fees will be charged if you use the automated phone system or the internet to make payment on this account. You are not required to use the automated phone system or the internet to make payment on this account. If you make payment on this account by check, the face amount of the check may be presented to your bank by paper draft or electronically as permitted by law.

[ONNESI02701]

*NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

***PLEASE COMPLETE AND RETURN THE FORM BELOW WITH YOUR PAYMENT.***

Daytime Phone:   (_____) _____ - _____

Evening Phone:   (_____) _____ - _____

☐ Enclosed is Payment in Full



ONNESI02
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

^ 701    710098131

*PERSONAL & CONFIDENTIAL*
Barbara A Rooks
3648 Dartford Ln
Tallahassee FL 32311-7773

200

Please forward all payments and correspondence to:
NATIONAL ENTERPRISE SYSTEMS
29125 Solon Road
Solon  OH  44139-3442

| January 23, 2012 | | 13086530 | SSCT |
|---|---|---|---|
| Client ID: | 01019654347950 | | |
| Amount Due: | $15240.90 | Amt Paid:  $ | |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____  IN EVIDENCE _____
DATE REC'D _____



NATIONAL ENTERPRISE SYSTEMS
29125 Solon Road • Solon, OH 44139-3442

February 7, 2012

13086530 SCT005
Barbara A Rooks
3648 Dartford Ln
Tallahassee FL 32311-7773



RE: SALLIE MAE INC.
Client ID: 01019654347950
For: ST MATHEW'S UNIV-SCHL OF MED
Date of Referral: 01/08/2012
Date of Service: 12/27/1999
Please contact: (800) 507-8401

**Total Amount Due: $15256.04**

We have been authorized by our client to settle your account for something less than the balance in full. Please contact this office if you would like to discuss this offer.

This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

As of the date of this letter, you owe the above referenced balance. Because of interest charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, write this office or call the above referenced number.

You can now pay by automated phone system at (800) 238-0868 or on the internet at https://www.paymynesbill.com. Just enter your account number 13086530. Transaction fees will be charged if you use the automated phone system or the internet to make payment on this account. You are not required to use the automated phone system or the internet to make payment on this account. If you make payment on this account by check, the face amount of the check may be presented to your bank by paper draft or electronically as permitted by law.

IONNESI02783

*NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

***PLEASE COMPLETE AND RETURN THE FORM BELOW WITH YOUR PAYMENT.***



ONNESI02
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

| PAYMENT BY: (___) CHECK | | |
|---|---|---|
| CARD NUMBER PLUS 3 DIGIT SECURITY CODE (on back of card) | EXP. DATE / | |
| CARDHOLDER SIGNATURE | DATE | AMOUNT $ |

200

Please forward all payments and correspondence to:
NATIONAL ENTERPRISE SYSTEMS
29125 Solon Road
Solon OH 44139-3442

783    723377350

*PERSONAL & CONFIDENTIAL*
Barbara A Rooks
3648 Dartford Ln                    16960
Tallahassee FL 32311-7773

February 7, 2012        13086530        SSCT

Client ID:      01019654347950
Amount Due:   $15256.04      Amt Paid:  $
Daytime Phone:   (___) 
Evening Phone:   (___) 

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 223
CASE NO._____
ADVERSARY NO._____
FOR ID._____ IN EVIDENCE_____
DATE REC'D



ONNES02
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED



NATIONAL ENTERPRISE SYSTEMS
29125 Solon Road • Solon, OH 44139-3442

March 7, 2012

RE: SALLIE MAE INC.
Client ID: 0101965434795O
For: ST MATHEW'S UNIV-SCHL OF MED
0000000000000000
Please contact: (800) 507-8401

13086530 SCT005-785SPC    744362958
սիսիվիկիվիկիիսիվիիստիկիիկիիկիիկիիկ
Barbara A Rooks
3648 Dartford Ln                    27569
Tallahassee FL 32311-7773

| | |
|---|---|
| OUTSTANDING BALANCE AS OF TODAY FOR YOUR ACCOUNT NUMBER: 0101965434795O | $15280.42 |
| WE WILL ACCEPT THIS REDUCED AMOUNT | $7640.21 |
| AMOUNT YOU SAVE: | $7640.21 |

**Settlement Plan**

Limited–time offer.
Call (800) 507-8401 immediately.

When you accept this settlement plan and pay the
reduced amount shown, we will waive your remaining
balance.

Reply By    03/30/2012

**Lighten your load**
Pay a reduced amount and we'll
waive the remaining balance.

Call (800) 507-8401 to discuss this
offer.

**Settle your account for cents on the dollar**



**We'll waive your remaining debt**



**Stop collection calls from us**



**Call toll-free today:**
(800) 507-8401

Dear Barbara A Rooks:

It's not too late to make a very smart decision - one that can take a considerable weight off your shoulders. Use your tax
return to settle the above referenced account at a tremendous savings.

**Settle your account for good.**

With our simple settlement plan, you have a great opportunity to put your outstanding balance behind you once and for
all. Best of all, you can do it for a lot less than what you owe.

As it shows above, we will accept a reduced payment of just $7640.21 if you respond by the date above. When you pay
this amount, we'll stop any collection calls immediately and waive your remaining debt, saving you a significant
amount of money. We will have our client report your account as settled to the credit reporting agencies upon
completion of your settlement.

**Put your tax return money to good use.**

When your account is past due, it's falling further behind with each passing day, even if you don't hear from us. That's
why it's so important that you call now to accept this settlement.

If you do nothing or wait too long, you'll miss out on this special opportunity. If that happens, you'll once again be
responsible for the full amount of your balance.

**One phone call is all it takes.**

Wouldn't it feel great to resolve your balance, and have one less bill to worry about? Call us today at (800) 507-8401 to
make payment arrangements. Or simply talk to us about your situation and get it off your chest. Odds are, we have a
way to help you get the weight off your shoulders.

Sincerely,

NES Collections Department

P.S. VERY IMPORTANT: Even if you don't think a settlement offer is right for you, there are other ways we can help.
Call us today at (800) 507-8401. We'll be glad to discuss other payment solutions that can help you resolve your debt.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be
used for that purpose.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

XONNES02785SPC

| |
|---|
| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
| EXHIBIT NO. _____ 204 |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |