Form defntc (Rev. 4/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks Jr.  
SSN/ITIN: xxx–xx–0775  
 Debtor

Bankruptcy Case No.: 16–40025

Chapter: 7

**AMENDED CLERK'S DEFICIENCY NOTICE**

   NOTICE IS GIVEN THAT you have failed to file and/or have not properly filed the following document(s) required by the court:

   Credit Counseling Certificate due 02/05/2016
   Schedule G due 02/05/2016
   Statement of Intent due 02/22/2016

   Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. All documents or amendments must be executed and acknowledged by the debtor and attorney of record. Failure to file all required documents, complete with signatures and/or declarations, may result in your case being dismissed.

*Reason amended:*

   To include all deficient items.

Dated: January 25, 2016

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

Service: by the Court to all Parties in Interest