Form ntprbono (Rev. 12/14)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re: Julian Rodney Rooks Jr.  
    SSN/ITIN: xxx–xx–0775  
    Debtor

Bankruptcy Case No.: 16–40025

Chapter: 7

---

### *NOTICE OF PRO BONO RESOURCES*

The following resources are available if you wish to retain an attorney and are interested in learning about qualifications for receiving *pro bono* (free) or reduced fee legal representation:

- **The Florida Bar Association Lawyer Referral Service**  
  www.floridabar.org/tfb/flabarwe.nsf

- **The Bankruptcy Pro Bono Resource Locator** (a free service of the American Bankruptcy Institute)  
  http://probono.abi.org

- **The Northern District of Florida Bankruptcy Pro Bono Initiative**  
  (866) 570–6692

- or the following non–profit organization(s) which provide free or reduced fee legal representation in your area:

    **Legal Services of North Florida (www.lsnf.org)**

| Tallahassee: | Quincy: |
|---|---|
| 2119 Delta Blvd. | 121 N. Jackson St. |
| Tallahassee, FL 32303 | Quincy, FL 32351 |
| (850) 385–9007 | (850) 875–9881 |

    **Three Rivers Legal Services (www.trls.org)**

901 NW 8th Ave., Ste. D–5  
Gainesville, FL 32608  
(352) 372–0519

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guaranty aid from or legal representation by these entities.**

Employees of the U.S. Bankruptcy Courts are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at www.flnb.uscourts.gov/filing–requirements.

Dated: January 25, 2016

FOR THE COURT  
Traci E. Abrams, Clerk of Court  
110 E. Park Ave., Ste. 100  
Tallahassee, FL 32301

Service by the Court to:  
    Debtor(s)