UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTHERN FLORIDA

Case number: 16-40025

Julian Rodney Rooks Jr.,

Debtor,

Julian Rodney Rooks Jr.,

*pro se,*

MOTION TO WAIVE CHAPTER 7 FILING FEE

Julian Rodney Rooks Jr. respectfully request the Court to waive the filing fee.

Respectfully submitted,
DATED: 1/27/2016

*/s/ Julian Rodney Rooks Jr.*
Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida 32311
(850) 329-7019

FILED 2016 JAN 27 A 10:01
CLERK BANKRUPTCY COURT
NORTHERN DISTRICT FL