UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTHERN FLORIDA

Case number: 16-40025

Julian Rodney Rooks Jr.,

Debtor,

Julian Rodney Rooks Jr.,

*pro se,*

MOTION FOR DETERMINATION AND WAIVER OF DEBTOR'S DUTY TO COMPLY WITH THE CREDIT COUNSELING REQUIREMENT OF 11 U.S.C. SECTION 109(h)(1).

Plaintiff's core proceedings are the direct and proximate cause of the unlawful conduct of the Defendants as alleged in the Complaint and exhibit 1 (and other exhibits) and Plaintiff respectfully requests to be relieved under 11 U.S.C. § 109(h)(3)(iii) of the credit counseling requirement.

Respectfully submitted,
DATED: 1/27/2016

Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida 32311
(850) 329-7019

2016 JAN 27  A 10: 01
CLERK
BANKRUPTCY COURT
NORTHERN DISTRICT FL.

FILED