United States Bankruptcy Court
Northern District of Florida

In re:                                                    Case No. 16-40025
Julian Rodney Rooks, Jr.                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1129-4          User: cromine          Page 1 of 1          Date Rcvd: Jan 25, 2016
                             Form ID: defntc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2016.
db            +Julian Rodney Rooks, Jr.,    3648 Dartford Lane,    Tallahassee, FL 32311-7773

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2016                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2016 at the address(es) listed below:
              United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                            TOTAL: 1

Form defntc (Rev. 4/15)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re:  Julian Rodney Rooks Jr.
     SSN/ITIN: xxx–xx–0775
     Debtor

Bankruptcy Case No.:  16–40025

Chapter:  7

## AMENDED CLERK'S DEFICIENCY NOTICE

    NOTICE IS GIVEN THAT you have failed to file and/or have not properly filed the following document(s) required by the court:

       Credit Counseling Certificate due 02/05/2016
       Schedule G due 02/05/2016
       Statement of Intent due 02/22/2016

    Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. All documents or amendments must be executed and acknowledged by the debtor and attorney of record. Failure to file all required documents, complete with signatures and/or declarations, may result in your case being dismissed.

***Reason amended:***

     To include all deficient items.

Dated: January 25, 2016

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

Service: by the Court to all Parties in Interest