United States Bankruptcy Court
Northern District of Florida

In re:                                                    Case No. 16-40025
Julian Rodney Rooks, Jr.                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1129-4        User: admin           Page 1 of 1          Date Rcvd: Jan 25, 2016
                           Form ID: ntprbono       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2016.
db            +Julian Rodney Rooks, Jr.,   3648 Dartford Lane,   Tallahassee, FL 32311-7773

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2016 at the address(es) listed below:
              United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                              TOTAL: 1

Form ntprbono (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Tallahassee Division

In Re: Julian Rodney Rooks Jr.                                    Bankruptcy Case No.:  16–40025
      SSN/ITIN: xxx–xx–0775
      Debtor
                                           Chapter:  7

## *NOTICE OF PRO BONO RESOURCES*

The following resources are available if you wish to retain an attorney and are interested in learning about qualifications for receiving *pro bono* (free) or reduced fee legal representation:

- **The Florida Bar Association Lawyer Referral Service**
  www.floridabar.org/tfb/flabarwe.nsf

- **The Bankruptcy Pro Bono Resource Locator** (a free service of the American Bankruptcy Institute)
  http://probono.abi.org

- **The Northern District of Florida Bankruptcy Pro Bono Initiative**
  (866) 570–6692

- or the following non–profit organization(s) which provide free or reduced fee legal representation in your area:

      **Legal Services of North Florida (www.lsnf.org)**

Tallahassee:                                      Quincy:
2119 Delta Blvd.                             121 N. Jackson St.
Tallahassee, FL 32303                    Quincy, FL 32351
(850) 385–9007                               (850) 875–9881

      **Three Rivers Legal Services (www.trls.org)**

901 NW 8th Ave., Ste. D–5
Gainesville, FL 32608
(352) 372–0519

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guaranty aid from or legal representation by these entities.**

Employees of the U.S. Bankruptcy Courts are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at www.flnb.uscourts.gov/filing–requirements.

Dated: January 25, 2016                         FOR THE COURT
                                                Traci E. Abrams, Clerk of Court
                                                110 E. Park Ave., Ste. 100
                                                Tallahassee, FL 32301

Service by the Court to:
    Debtor(s)