FORM ntsensvc (01/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re: Julian Rodney Rooks Jr.  
　SSN/ITIN: xxx–xx–0775  
　　Debtor

Bankruptcy Case No.: 16–40025–KKS

Chapter: 7  
Judge: Karen K. Specie

---

### *SUBMISSION ERROR NOTIFICATION*

TO:　Julian Rodney Rooks, Jr.

　You are hereby notified that the Motion to Waive Credit Counseling Requirement received in this office on 1/27/2016 ***will not be processed until the following error(s) are corrected***:

- ☑ Document does not include proper Certificate of Service as required by Section II.3.5. of the Administrative Procedures, applicable to all filers whether or not they are registered users of the electronic filing system.
- ☐ Improper or inadequate service to U.S. Government Agency; service not effected pursuant to Fed. R. Bankr. P. 7004(b)(4).
- ☐ Certificate of Service does not include a list of parties served and/or mailing matrix.

　You must take immediate action to resolve the error(s) noted above. No further action will be taken on this document until it is refiled correctly.

Dated: January 28, 2016

FOR THE COURT

/s/ Traci E. Abrams  
Traci E. Abrams, Clerk of Court  
U.S. Bankruptcy Court  
Northern District of Florida  
110 East Park Avenue, Suite 100  
Tallahassee, Florida 32301

Service: by the Court to all parties in interest.

*ENTERED IN ERROR* (watermark)