**FORM** orshowcf (Rev. 01/16)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
Tallahassee Division

| | |
|---|---|
| In Re:  Julian Rodney Rooks Jr. | Bankruptcy Case No.:  16–40025–KKS |
| SSN/ITIN: xxx–xx–0775 | |
| Debtor | |
| | Chapter:  7 |
| | Judge:  Karen K. Specie |

## ORDER TO SHOW CAUSE REGARDING OUTDATED FORMS

THIS MATTER is before the Court *sua sponte*. On January 22, 2016, the debtor(s) filed a Voluntary Chapter 7 Petition and/or Schedules, Statements, or other accompanying documents using outdated forms. The official bankruptcy forms were revised effective December 1, 2015, and must be used in all cases filed on or after that date. The correct version of the official forms can be found at http://www.uscourts.gov/forms/bankruptcy–forms.

It is

ORDERED: The debtor(s) shall refile their amended documents* no later than fourteen (14) days from the date of this order or show cause to the Court, in writing, within the time specified as to why this case should not be dismissed. Failure to show cause may result in the dismissal of this case with no further notice or hearing.

The Clerk is authorized to determine whether this Order to Show Cause has been satisfied upon the filing of the required document(s).

**DONE AND ORDERED** on January 28, 2016.

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge

**SERVICE:** Service by the Court to all parties in interest

*\* For assistance in filing amended documents, please contact the Clerk's Office Help Desk at (888) 765–1752 or by email at CMECF_HelpDesk@flnb.uscourts.gov.*