Case 16-40025-KKS   Doc 21   Filed 01/28/16   Page 1 of 3

United States Bankruptcy Court
Northern District of Florida

In re:                                                          Case No. 16-40025-KKS
Julian Rodney Rooks, Jr.                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1129-4         User: admin          Page 1 of 1          Date Rcvd: Jan 26, 2016
                             Form ID: b309a       Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2016.
db           +Julian Rodney Rooks, Jr.,   3648 Dartford Lane,    Tallahassee, FL 32311-7773
smg          +U.S. Attorney (Tallahassee Office),   111 N. Adams Street,   Fourth Floor,
              Tallahassee, FL 32301-7736
2057156     ++++DEUTSCH BANK ELT SLM TRUSTS,    ATTN: DEB SOUTHERLAND,   11600 AMERICAN DREAM WAY,
              RESTON VA  20190-4758
              (address filed with court: Deutsch Bank ELT SLM Trusts,   Attn: Deb Southerland,
              11600 Sallie Mae Dr.,   Reston, VA 20193)
2057159      Finance Authority of Maine (FAME),   P.O. Box 6180,   Indianapolis, IN 46206-6180
2057157     +JP Morgan Chase Bank, NA,   c/o Sallie Mae,   P.O. Box 59012,   Panama City, FL 32412-9012
2057158     +SLM Education Finance Credit Corp.,   2001 Edmund Halley Dr.,   Reston, VA 20191-3436
2057160      USA Funds, Inc.,   P.O. Box 6180,   Indianapolis, IN 46206-6180
2057155     +Wells Fargo ELT SLFA-WA, Inc.,   625 Marquette Ave.,   MAC N9311-115,
              Minneapolis, MN 55402-2308


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: BMWCOLON.COM Jan 27 2016 01:18:00   Mary W. Colon,   P.O. Box 14596,
              Tallahassee, FL 32317-4596
smg          EDI: FLDEPREV.COM Jan 27 2016 01:18:00   Florida Dept. of Revenue,   Bankruptcy Unit,
              P.O. Box 6668,   Tallahassee, FL  32314-6668
ust          +E-mail/Text: ustpregion21.TL.ecf@usdoj.gov Jan 27 2016 01:19:15    United States Trustee,
              110 E. Park Avenue,   Suite 128,   Tallahassee, FL 32301-7728
2057163      EDI: CAPITALONE.COM Jan 27 2016 01:18:00   Capital One,   Attn: General Correspondence,
              P.O. Box 30285,   Salt Lake City, UT 84130-0285
2057162      EDI: CHASE.COM Jan 27 2016 01:18:00   Chase Card Services,   P.O. Box 94014,
              Palatine, IL 60094-4014
2057161      EDI: CHASE.COM Jan 27 2016 01:18:00   Providian,   Parent/ JP Morgan Chase Bank,
              Cardmember Services,   P.O. Box 15148,   Wilmington, DE 19886-5148
2057154     +EDI: NAVIENTFKASMSERV.COM Jan 27 2016 01:18:00   Sallie Mae, Inc.,   220 Lasley Ave.,
              Wilkes-Barre, PA 18706-1496
                                                                                TOTAL: 7


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2016 at the address(es) listed below:
NONE.                                                                            TOTAL: 0

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Julian Rodney Rooks Jr.** | Social Security number or ITIN   **xxx–xx–0775** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Florida** | | Date case filed for chapter  **7   1/22/16** |
| Case number:   **16–40025–KKS** | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Julian Rodney Rooks Jr. | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 3648 Dartford Lane Tallahassee, FL 32311 | | |
| 4. | **Debtor's attorney** Name and address | None | | |
| 5. | **Bankruptcy trustee** Name and address | Mary W. Colon P.O. Box 14596 Tallahassee, FL 32317 | | Contact phone 850–241–0144  Email: trustee@marycolon.com |

**For more information, see page 2 >**

Debtor **Julian Rodney Rooks Jr.**                                              Case number **16–40025–KKS**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 110 E. Park Ave., Ste. 100<br>Tallahassee, FL 32301 | Hours open 9:00am – 4:00pm<br><br>Contact phone 850–521–5001<br><br>Date: 1/26/16 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 16, 2016 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification and proof of Social Security Number required \*\*\*** | Location:<br><br>**110 E. Park Avenue, Room 004, Tallahassee, FL** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/18/16** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |