United States Bankruptcy Court
Northern District of Florida

In re:	Case No. 16-40025-KKS
Julian Rodney Rooks, Jr.	Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1129-4        User: cromine        Page 1 of 1        Date Rcvd: Jan 28, 2016
                       Form ID: orshowcf     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2016.
db         +Julian Rodney Rooks, Jr.,   3648 Dartford Lane,   Tallahassee, FL 32311-7773

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2016 at the address(es) listed below:
            Mary W. Colon   trustee@marycolon.com, fl33@ecfcbis.com
            United States Trustee   USTPRegion21.TL.ECF@usdoj.gov
                                                                                                    TOTAL: 2

**FORM** orshowcf (Rev. 01/16)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks Jr.
    SSN/ITIN: xxx–xx–0775
      Debtor

Bankruptcy Case No.: 16–40025–KKS

Chapter: 7
Judge: Karen K. Specie

## ORDER TO SHOW CAUSE REGARDING OUTDATED FORMS

    THIS MATTER is before the Court *sua sponte*. On January 22, 2016, the debtor(s) filed a Voluntary Chapter 7 Petition and/or Schedules, Statements, or other accompanying documents using outdated forms. The official bankruptcy forms were revised effective December 1, 2015, and must be used in all cases filed on or after that date. The correct version of the official forms can be found at http://www.uscourts.gov/forms/bankruptcy–forms.

    It is

    ORDERED: The debtor(s) shall refile their amended documents* no later than fourteen (14) days from the date of this order or show cause to the Court, in writing, within the time specified as to why this case should not be dismissed. Failure to show cause may result in the dismissal of this case with no further notice or hearing.

    The Clerk is authorized to determine whether this Order to Show Cause has been satisfied upon the filing of the required document(s).

    **DONE AND ORDERED** on January 28, 2016.

                                            /s/ Karen K. Specie
                                            Karen K. Specie
                                            U.S. Bankruptcy Judge

**SERVICE:** Service by the Court to all parties in interest

*\* For assistance in filing amended documents, please contact the Clerk's Office Help Desk at (888) 765–1752 or by email at CMECF_HelpDesk@flnb.uscourts.gov.*