Certificate Number: 03088-FLN-CC-026898334



03088-FLN-CC-026898334

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 4, 2016</u>, at <u>8:07</u> o'clock <u>AM CST</u>, <u>Julian R Rooks Jr.</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>February 4, 2016</u>            By:   <u>/s/Susan D. Gann</u>

                                        Name:  <u>Susan D. Gann</u>

                                        Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).