```
                          United States Bankruptcy Court
                           Northern District of Florida
In re:                                                         Case No. 16-40025-KKS
Julian Rodney Rooks, Jr.                                       Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1129-4          User: cbikowitz            Page 1 of 1              Date Rcvd: Feb 03, 2016
                              Form ID: ntsen             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2016.
```
db             +Julian Rodney Rooks, Jr.,    3648 Dartford Lane,    Tallahassee, FL 32311-7773
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

```
               ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2016 at the address(es) listed below:
```
              Mary W. Colon    trustee@marycolon.com,  fl33@ecfcbis.com
              United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                                    TOTAL: 2
```

FORM ntsen (Rev. 07/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks Jr.  
    SSN/ITIN: xxx–xx–0775  
    Debtor

Bankruptcy Case No.: 16–40025–KKS

Chapter: 7  
Judge: Karen K. Specie

## *SUBMISSION ERROR NOTIFICATION*

TO: Julian Rodney Rooks, Jr.

You are hereby notified that the Schedule G and Statement Intent received in this office on 02/02/2016 *will not be processed until the following error(s) are corrected*:

- ☐ Improper forms used for filing: Must use most recently revised version of the official form(s).
- ☑ Document not signed: Per Fed. R. Bankr. P. 1008 and 9011, all documents must contain the signature of the filing attorney or the *pro se* debtor(s).
- ☐ Illegible document: Document cannot be read and must be refiled in its entirety.
- ☐ Incomplete document: Document appears to be missing pages and must be refiled in its entirety.
- ☐ Attachments missing: Document references attachments which were not included. Document must be refiled in its entirety as an amended document.
- ☐ Improper objection to claim of U.S. government agency: Negative notice may not be used for objections to claims of federal government agencies per Local Rule 3007–1. Court will schedule hearing by separate notice.
- ☐ Improper or inadequate service to U.S. government agency: Service not effected pursuant to Federal Rules of Bankruptcy Procedure 7004(b)(4).
- ☐ Improper Negative Notice: Negative Notice legend omitted or does not comply with requirements of Local Rule 2002–2 B (3).
- ☑ Document does not contain Certificate of Service: Certificate of Service required by Section II B.5. of the Administrative Procedures.
- ☐ Certificate of Service does not include list of parties served and/or mailing matrix.
- ☐ Document was filed contrary to the Local Rules and the Permissive Use of Negative Notice list.
- ☐ Pleadings must be double spaced pursuant to N.D. Fla. LBR 1001–1 D and N.D. Fla. Loc. R. 5.1(B)(3).
- ☐ Statement of Need Required for Emergency/Expedited documents pursuant to N.D. Fla. LBR 9073–1 B. (3).
- ☐ Other

You must take immediate action to resolve the error(s) noted above. No further action will be taken on this document until it is refiled correctly.

Dated: February 3, 2016

FOR THE COURT

/s/ Traci E. Abrams  
Traci E. Abrams, Clerk of Court  
U.S. Bankruptcy Court  
Northern District of Florida  
110 East Park Avenue, Suite 100  
Tallahassee, Florida 32301

Service: by the Court to all parties in interest