**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:

JULIAN RODNEY ROOKS, JR.,           CASE NO.: 16-40025-KKS
                                                    CHAPTER: 7

    Debtor.
_____/

## ORDER VACATING ORDER TO SHOW CAUSE REGARDING OUTDATED FORMS (DOC. 20)

THIS MATTER is before the Court *sua sponte*. On January 28, 2016, an Order to Show Cause Regarding Outdated Forms (the "OTSC," Doc. 20) was mistakenly generated and entered on the docket due to an administrative error. The self-represented Debtor's *Motion for Determination and Waiver of Debtor's Duty to Comply with the Credit Counseling Requirement of 11 U.S.C. Section 109(h)(1)* (the "Motion," Doc. 15), to which the OTSC was addressed, was filed in proper form. For that reason, it is

ORDERED: that the Order to Show Cause Regarding Outdated Forms (Doc. 20) is VACATED.

DONE and ORDERED on   February 18, 2016  .

                                                 KAREN K. SPECIE
                                                 United States Bankruptcy Judge

cc: All interested parties

2

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311