United States Bankruptcy Court  
Northern District of Florida

In re:  
Julian Rodney Rooks, Jr.  
     Debtor

Case No. 16-40025-KKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1129-4     User: ldavis     Page 1 of 1     Date Rcvd: Feb 18, 2016  
                     Form ID: pdf002     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2016.  
db         +Julian Rodney Rooks, Jr.,  3648 Dartford Lane,   Tallahassee, FL 32311-7773

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2016 at the address(es) listed below:  
         Mary W. Colon    trustee@marycolon.com,  fl33@ecfcbis.com  
         United States Trustee    USTPRegion21.TL.ECF@usdoj.gov  
                                                                         TOTAL: 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

JULIAN RODNEY ROOKS, JR.,   CASE NO.: 16-40025-KKS
                            CHAPTER: 7

Debtor.
_____/

## ORDER VACATING ORDER TO SHOW CAUSE REGARDING OUTDATED FORMS (DOC. 20)

THIS MATTER is before the Court *sua sponte*. On January 28, 2016, an Order to Show Cause Regarding Outdated Forms (the "OTSC," Doc. 20) was mistakenly generated and entered on the docket due to an administrative error. The self-represented Debtor's *Motion for Determination and Waiver of Debtor's Duty to Comply with the Credit Counseling Requirement of 11 U.S.C. Section 109(h)(1)* (the "Motion," Doc. 15), to which the OTSC was addressed, was filed in proper form. For that reason, it is

ORDERED: that the Order to Show Cause Regarding Outdated Forms (Doc. 20) is VACATED.

DONE and ORDERED on   February 18, 2016   .

KAREN K. SPECIE
United States Bankruptcy Judge

cc: All interested parties

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311