FORM orifpyes (Rev. 06/14)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Julian Rodney Rooks Jr.  　　　　　　　　Bankruptcy Case No.:  16–40025–KKS
　　　 SSN/ITIN: xxx–xx–0775
　　　　 Debtor

　　　　　　　　　　　　　　　　　　　　　　　　Chapter:  7
　　　　　　　　　　　　　　　　　　　　　　　　Judge:  Karen K. Specie

### *ORDER APPROVING DEBTOR(S)' APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED*

　　Upon consideration of the Debtor(s)' *Application to Have the Chapter 7 Filing Fee Waived*, the Court orders that the application be APPROVED. This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted or it appears that the filing fee should be paid out of assets recovered by the Trustee.

　　***DONE AND ORDERED*** at Tallahassee, Florida, February 23, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Karen K. Specie
　　　　　　　　　　　　　　　　　　　　　　　　Karen K. Specie
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

**SERVICE:** Service by the Court pursuant to applicable Rules.