

*172960*

# UNITED STATES DISTRICT COURT
### Northern District of Florida

**In RE: Julian Rodney Rooks, Jr.; Barbara Rooks**

       Plaintiff(s),

vs.

**Advocate Health Care, an Illinois Corporation, et al**

       Defendant(s).
_____/

Case No.: 16-40025-KKS Tallahasse Div.

**AFFIDAVIT OF SERVICE**

I certify that I received this process on **02/12/2016** at **9:48 AM** to be served upon:

**Equinox Capital**

STATE OF CONNECTICUT
                          ss: East Hartford
HARTFORD COUNTY

FILED 2016 FEB 25 A 10: 2[?] CLERK BANKRUPTCY COURT NORTHERN DISTRICT FL

I, **Eric Rubin**, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On **02/16/2016** at **3:45 PM**, I served the within **Summons in an Advsersary Proceeding, Complaint, Jury Demanded** on **Equinox Capital** at **c/o Steven C. Rodger, Managing Partner, 41 West Putnam Ave, Greenwich, CT 06830** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process with the date and hour endorsed thereon by me to **Jane Doe, Managing Agent** of the above named corporation and informing him/her of the contents.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Blonde** - Age: **56** - Height: **5'6"** - Weight: **130**
Other:

Comments/Prev. Attempts: **02/12/2016 @ 3:15 P.M., they are on the third floor. They are closed. 02/16/2016 @ 3:45 P.M., upon entering the office, a white male, brown hair, 45-55, 5'11", and 175lbs. is sitting in the office directly in front of the waiting area refused to accept service. He stated he does not know Equinox Capital. A white female in the office directly to the left of him refused to take in hand service; however stated to leave it on the Reception desk and she will review it. She refused to provide her name or say if Steven Rodger is in.**

Under penalty of perjury I declare that I have read the foregoing Affidavit Of Service and that the facts stated in it are true.

X_____
**Eric Rubin**

Signed and sworn to before me on **02/17/2016**
by an affiant who is personally known to
me or produced identification.

Nolan Process Servers, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
850-562-6058

_____
Notary Public

AMY J. CHANTRY
NOTARY PUBLIC
3/31/18

Commission Expires: ~~08/31/2018~~
03/31/2018