```
                          United States Bankruptcy Court
                           Northern District of Florida
```

In re:                                                         Case No. 16-40025-KKS
Julian Rodney Rooks, Jr.                                       Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 1129-4          User: ldavis               Page 1 of 1            Date Rcvd: Feb 23, 2016
                              Form ID: orifpyes          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2016.
db             +Julian Rodney Rooks, Jr.,    3648 Dartford Lane,    Tallahassee, FL 32311-7773

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2016 at the address(es) listed below:
              Mary W. Colon    trustee@marycolon.com,  fl33@ecfcbis.com
              United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                             TOTAL: 2

FORM orifpyes (Rev. 06/14)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks Jr.  
    SSN/ITIN: xxx–xx–0775  
      Debtor

Bankruptcy Case No.: 16–40025–KKS

Chapter: 7  
Judge: Karen K. Specie

*ORDER APPROVING DEBTOR(S)' APPLICATION TO HAVE*
*THE CHAPTER 7 FILING FEE WAIVED*

    Upon consideration of the Debtor(s)' *Application to Have the Chapter 7 Filing Fee Waived*, the Court orders that the application be APPROVED. This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted or it appears that the filing fee should be paid out of assets recovered by the Trustee.

    ***DONE AND ORDERED*** at Tallahassee, Florida, February 23, 2016.

                                                    <u>/s/ Karen K. Specie</u>  
                                                    Karen K. Specie  
                                                    U.S. Bankruptcy Judge

**SERVICE:** Service by the Court pursuant to applicable Rules.